# GROUP EXHIBIT 1



Start 　 Results 　 Data Card 　 Request 　 Finished

# Time Inc. Magazines Group Enhanced Masterfile Mailing List

Reach millions of consumers from a rich variety of lifestyles and demographics for highly targeted mailings with this merged, unduplicated database of over 19 titles from Time Inc. Subscribers have been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments. Included in this Group Enhanced Database are subscribers to All You, Coastal Living, Cooking Light, Entertainment Weekly, ESSENCE, FORTUNE, GOLF Magazine, Health, InStyle, Money, People, People StyleWatch, Real Simple, Southern Living, Sports Illustrated, Sunset, This Old House, and TIME. With the broad range of lifestyle demographic and purchase data available, combined with the substantial universe, even the most targeted campaigns will have success with this masterfile.

| Get Count | Get Pricing | Get More Information |

| SEGMENTS | | COUNTS THROUGH 05/24/2012 | POPULARITY: ▬▬ 100 |
|---|---|---|---|
| 13,545,210 | TOTAL UNIVERSE / BASE RATE | $95.00/M | MARKET: CONSUMER |
| 13,545,210 | ACTIVE ENHANCED SUBSCRIBERS | $95.00/M | CHANNELS: ✉ |
| 1,407,919 | 1 MONTH SUBSCRIBERS | + $16.00/M | SOURCE: OTHER |
| 5,651,240 | 3 MONTH SUBSCRIBERS | + $12.00/M | PRIVACY: UNKNOWN |
| 6,117,692 | ACTIVE MALE SUBSCRIBERS | + $8.00/M | DMA?: YES – |
| 9,855,748 | ACTIVE FEMALE SUBSCRIBERS | + $8.00/M | MEMBER |
| 378,824 | ACTIVE SUBSCRIBERS AGE 18-25 | + $16.00/M | STATUS: STANDARD |
| 1,734,772 | ACTIVE SUBSCRIBERS AGE 26-35 | + $16.00/M | PROVIDER |
| 4,015,832 | ACTIVE SUBSCRIBERS AGE 36-49 | + $16.00/M | GEO: USA |
| 8,637,628 | ACTIVE SUBSCRIBERS AGE 50+ | + $16.00/M | SELECTS |
| 3,598,068 | ACTIVE SUBSCRIBERS AGE 66+ | + $16.00/M | 1 MONTH HOTLINE $16.00/M |
| 5,498,803 | ACTIVE SUBSCRIBERS WITH CHILDREN | + $16.00/M | 3 MONTH HOTLINE $12.00/M |
| 6,564,591 | ACTIVE SUBSCRIBERS WITH INCOME $75K+ | + $16.00/M | 6 MONTH HOTLINE $8.00/M |
| 2,140,233 | ACTIVE SUBSCRIBERS WITH NETWORTH $1MM+ | + $16.00/M | AGE, INCOME $16.00/M |
| 11,575,420 | ACTIVE HOMEOWNERS | + $16.00/M | AILMENTS $50.00/M |
| 10,451,083 | ACTIVE MARRIED SUBSCRIBERS | + $16.00/M | BUSINESS ADDRESS $14.00/M |
| 10,063,930 | ACTIVE DONORS | + $16.00/M | CANCELLATION FEE $100.00/F |
| 663,156 | ACTIVE HISPANIC SUBSCRIBERS | + $16.00/M | GENDER/SEX $8.00/M |
| 1,087,885 | ACTIVE AFRICAN AMERICAN SUBSCRIBERS | + $16.00/M | KEY CODE $2.00/M |
| 1,471,782 | ACTIVE VETERANS | + $16.00/M | LIFESTYLE $16.00/M |
| 11,232,086 | ACTIVE SUBSCRIBERS WITH COOKING INTEREST | + $16.00/M | MINIMUM FULFILLMENT FEE $50.00/F |
| 2,848,472 | ACTIVE SUBSCRIBERS WITH WINE INTEREST | + $16.00/M | SOURCE $10.00/M |
| 9,097,650 | ACTIVE SUBSCRIBERS WITH CRAFTS INTEREST | + $16.00/M | STATE, SCF, ZIP $8.00/M |
| 6,338,834 | ACTIVE PET OWNERS | + $16.00/M | ZIP PROCESSING FEE $50.00/F |
| 5,228,736 | ACTIVE SUBSCRIBERS WITH GREEN LIVING INTEREST | $16.00/M | |
| 4,045,821 | ACTIVE SUBSCRIBERS WITH SWEEPSTAKES INTEREST | + $16.00/M | |
| 3,759,005 | ACTIVE CATHOLICS | + $16.00/M | |
| 3,670,791 | ACTIVE SUBSCRIBERS WITH RELIGIOUS/INSPIRATIONAL INTEREST | + $16.00/M | |

FUNDRAISING/CATALOG RATE $75/M

**ADDRESSING**

| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**DESCRIPTION**

Reach millions of consumers from a rich variety of lifestyles and demographics for highly targeted mailings with this merged, unduplicated database of over 19 titles from Time Inc. Subscribers have been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

Included in this Group Enhanced Database are subscribers to All You, Coastal Living, Cooking Light, Entertainment Weekly, ESSENCE, FORTUNE, GOLF Magazine, Health, InStyle, Money, People, People en Español, People StyleWatch, Real Simple, Southern Living, Sports Illustrated, Sunset, This Old House, and TIME. With the broad range of lifestyle, demographic and purchase data available, combined with the substantial

**RELATED LISTS**

AMERICAN EXPRESS PUBLISHING
ENHANCED DATABASE
SMITHSONIAN MAGAZINE
MONEY ENHANCED BONNIER
CORPORATION
ENHANCED MASTERFILE
DISABLED AMERICAN

universe, even the most targeted campaigns will have success with this masterfile.

- VETERANS ACTIVE DONORS
- READER'S DIGEST
- WILLIAMS SONOMA INC THE UNIVERSE FILE
- CONSUMER REPORTS
- I-BEHAVIOR DATABASE
- HEARST MASTERFILE

**Source:**   Direct Mail

**Pricing:**

| | |
|---|---|
| Policy: | Net Name 85% |
| Minimum: | 50,000      Run Charge: $10/M |
| Terms: | $100/L and select charges apply on all cancelled orders. Orders cancelled after mail date must be paid in full. |

**Additional Selects (Please inquire for specific counts)**

| Demographics | | Contributor/Donors | |
|---|---|---|---|
| Age 18-99 | 14,734,450 | Animal Welfare | 1,326,245 |
| Presence of Children 0-17 | 5,498,803 | Arts/Cultural | 158,880 |
| Child Gender- Female | 664,344 | Children | 1,569,388 |
| Child Gender- Male | 724,932 | Environmental/Wildlife | 1,813,004 |
| # Children in Household | 6,686,501 | Health | 3,767,654 |
| Household Income $30K+ | 12,272,583 | International Aid | 73,479 |
| Networth | 15,914,149 | Political | 158,311 |
| Homeowners | 12,575,420 | Political- Conservative | 95,351 |
| Renter | 2,187,281 | Political- Liberal | 65,343 |
| Home Value | 15,889,814 | Religious | 2,183,443 |
| Length of Residence 1+ Years | 14,465,734 | Veterans | 1,252,378 |
| Married | 10,451,083 | General Donor | 10,063,930 |
| Single | 3,657,986 | Donates via Mail | 548,331 |
| | | | |
| **Health Ailments (Interest in)** | | **Travel** | |
| Arthritis | 176,067 | Airline Travel | 1,065,985 |
| Cholesterol | 837,153 | Business Travel- Domestic | 1,316,279 |
| Corrective Lenses | 4,771,467 | Cruise | 2,831,917 |
| Diabetic | 523,914 | Family Vacation | 1,165,491 |
| Overweight | 883,996 | International Travel | 1,083,542 |
| Diabetic | 88,996 | | |
| | | Leisure Travel | 1,437,504 |
| **Hobbies/Interests** | | RV | 305,377 |
| American History Interest | 507,204 | Time Share | 370,001 |
| Arts | 4,834,014 | Travel in US | 7,717,032 |
| Auto Work/Mechanics | 5,291,585 | Travel Purchase | 1,884,236 |
| Avid Music Listener | 6,554,055 | | |
| Beauty/Fashion | 9,009,435 | **Personal Finance** | |
| Birdwatching | 70,491 | Money Seekers | 1,383,509 |
| Book Enthusiast | 7,488,185 | Personal Finance - Active Investors | 1,433,814 |
| Casino Gambling | 1,948,086 | Personal Finance - Foreign Investments | 327,781 |
| Children/Family Interest | 5,764,529 | Personal Finance - Real Estate | 983,807 |
| Collectibles | 8,016,275 | Personal Investments | 7,055,998 |
| Collectibles- Antiques | 8,009,921 | Real Estate Investments | 1,904,571 |
| Collectibles- Arts | 867,154 | Stocks/Bonds | 4,453,218 |

| | | | |
|---|---|---|---|
| Collectibles- Coins | 1,847,449 | | |
| Collectibles- Stamps | 1,024,492 | **Sports/Outdoors** | |
| Cooking | 11,232,086 | ATV Interest | 49,150 |
| Cooking- Gourmet | 9,299,656 | Auto Racing Interest | 1,270,919 |
| Cooking- Low Fat | 2,958,017 | Baseball Interest | 2,387,602 |
| Crafts | 9,097,650 | Basketball Interest | 2,206,381 |
| Crafts - Knit/Crochet | 98,699 | Boat Owner | 620,926 |
| Crafts - Needlepoint | 31,953 | Boating/Sailing Interest | 2,201,663 |
| Crafts - Painting | 209,679 | Camping/Hiking Interest | 3,107,332 |
| Crafts - Quilting | 65,450 | Equestrian Interest | 432,065 |
| Crafts - Scrapbooking | 145,968 | Fishing Interest | 3,207,212 |
| Crafts - Sewing | 216,831 | Football Interest | 3,066,422 |
| Crafts - Woodworking | 156,157 | Golf Interest | 3,860,456 |
| Current Affairs | 4,245,636 | Hockey Interest | 876,789 |
| Gardening | 10,630,651 | Hunting/Shooting Interest | 3,583,274 |
| Gift Givers | 575,985 | Motorcycles | 825,152 |
| Grandchildren | 2,795,630 | Mountain Biking Interest | 1,676,551 |
| History/Military Interest | 997,407 | NASCAR Interest | 1,604,409 |
| Home Furnishing | 11,869,207 | Power Boating Interest | 553,311 |
| Home Improvement Interest | 7,733,463 | Scuba Diving | 118,106 |
| Mail Order Buyer | 13,145,752 | Skiing | 1,067,824 |
| Pet Owner | 6,338,834 | Soccer | 145,893 |
| Pets - Cat Owner | 2,933,365 | Tennis | 689,794 |
| Pets - Dog Owner | 4,202,063 | Water Sports | 84,194 |
| Photography Enthusiast | 146,996 | | |
| Photography Interest | 2,557,753 | **Religion** | |
| Reading - General | 12,732,230 | Buddhist | 242,057 |
| Reading - Religious/Inspirational | 2,467,110 | Catholic | 3,753,840 |
| Reading - Science Fiction | 695,915 | Greek Orthodox | 45,379 |
| Reading - Top Sellers | 2,275,408 | Hindu | 91,344 |
| Religious/Inspirational Interest | 3,670,790 | Islamic | 95,837 |
| Space/Science Interest | 1,293,652 | Jewish | 391,504 |
| Smoking Tobacco | 604,893 | Sikh | 9,128 |
| Sweepstakes/Contests | 4,053,706 | Lutheran | 8,587 |
| Swimming Pool | 1,832,040 | Mormon | 46,693 |
| Wines | 3,364,117 | Eastern Orthodox | 127,892 |
| Woodworking | 2,955,674 | Protestant | 9,616,927 |
| | | Shinto | |
| **Apparel** | | | |
| Apparel - Children | 942,267 | **Ethnicity** | |
| Apparel - General | 10,097,560 | African American | 1,085,713 |
| Apparel - Infant/Toddler | 486,436 | American | 52,687,220 |
| Apparel - Men | 2,651,354 | Asian | 489,801 |
| Apparel - Petite | 419,156 | Eastern European | 567,403 |
| Apparel - Plus Size | 2,338,198 | French | 476,669 |
| Apparel - Women | 7,257,915 | German | 1,540,581 |
| Apparel - Women's Footwear | 1,849,132 | Hispanic | 829,936 |
| | | Italian | 631,770 |
| **Computers/Online/Electronics** | | Jewish | 319,096 |
| Cell Phone | 8,282,803 | Mediterranean | 1,559,951 |
| DSL/Cable- High Speed Internet | 3,137,343 | Middle Eastern | 62,060 |
| DVD-VCR-Laser Disc Owner | 842,254 | Native American | 30,764 |
| PC Owner | 11,320,957 | Northern European | 396,466 |
| PC Software Buyer | 5,773,490 | Polynesian | 40,071 |
| PC Mac Owners | 51,340 | Scandinavian | 317,370 |
| Satellite Dish | 750,729 | Western European | 10,069,160 |
| Video Games | 939,391 | | |
| Wireless Products | 5,836,714 | | |
| | | | |
| **Health/Fitness** | | | |
| Aerobic/Cardio | 662,175 | | |
| Dieting/Weight Loss | 5,546,064 | | |
| Exercise/Health General Interest | 10,056,150 | | |
| Natural Foods | 4,258,278 | | |

| | |
|---|---|
| Running/Jogging | 1,438,045 |
| Self-Improvement | 3,118,273 |
| Vegetarian | 129,787 |
| Walking | 4,072,585 |

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #79591 or click here to place your request.

- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT

- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)

- EXCHANGE IS NOT AVAILABLE

- REUSE IS NOT AVAILABLE

Get Count   Get Pricing   Get More Information



⊙ Start   ⊙ Results ⊙ Data Card ⊙ Request ⊙ Finished

# GOLF Magazine Enhanced Mailing List

GOLF Magazine is the most innovative, instructive and insightful publication covering the world of golf. GOLF Magazine provides a comprehensive view of the sport with playing tips, equipment reviews, and places to play. Subscribers are affluent, college educated individuals with the means to spend on their desires and passions. GOLF Magazine has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

| Get Count | Get Pricing | Get More Information |

## SEGMENTS

| | | COUNTS THROUGH 06/21/2012 |
|---|---|---|
| 686,464 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 450,788 | HEALTH & FITNESS | + $16.00/M |
| 213,485 | HOUSEHOLDS WITH CHILDREN | + $16.00/M |
| 196,473 | INCOME $50K-$100K | + $16.00/M |
| 416,138 | INTEREST IN PERSONAL FINANCE | + $16.00/M |
| 468,486 | DONORS/CHARITABLE CAUSES | + $16.00/M |
| 395,451 | TRAVELERS | + $16.00/M |
| 161,919 | WINE ENTHUSIASTS | + $16.00/M |

FUNDRAISER'S RATE $75/M; NON-GOLF CATALOG RATE $75/M

## DESCRIPTION

GOLF Magazine is the most innovative, instructive and insightful publication covering the world of golf. GOLF Magazine provides a comprehensive view of the sport with playing tips, equipment reviews, and places to play. Subscribers are affluent, college educated individuals with the means to spend on their desires and passions.

GOLF Magazine has been enhanced with InfoBase Data to identify hundred of lifestyle and demographic segments.



| POPULARITY: | ■■■■ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ▣ |
| SOURCE: | SEE DESCRIPTION |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 5% FEMALE 95% MALE |
| SPENDING: | $19.95 AVERAGE ORDER |

### SELECTS

| | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| AGE, INCOME | $16.00/M |
| CANCELLATION FEE | $100.00/F |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $8.00/M |
| KEY CODE | $2.00/M |
| LIFESTYLE | $16.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $8.00/M |
| ZIP PROCESSING FEE | $50.00/F |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

## Demographics / Profile:

| | |
|---|---|
| Women | 5% |
| Men | 95% |
| Homeowners | 91% |
| Average Age | 47 |
| Average Home Value | $ 380,000 |
| Median Age | 46 |
| Median Household Income | $ 77,560 |
| Average HH Income | $ 148,000 |

**Source:**
Agents
Direct Mail
Insert Cards
Internet
Renewals

### RELATED LISTS
⊟ MONEY ENHANCED
⊟ GOLF DIGEST MAGAZINE
⊟ GOLF ILLUSTRATED MAGAZINE
  AMERICAN EXPRESS
⊟ PUBLISHING ENHANCED DATABASE
⊟ FORTUNE ENHANCED
⊟ SMITHSONIAN MAGAZINE ENHANCED DATABASE
⊟ LINKS MAGAZINE THE BEST OF GOLF
  TRAVEL + LEISURE
⊟ ENHANCED
⊟ GOLF MAGAZINE
⊟ GOLF TIPS

## Pricing:

| Policy: Minimum: | Net Name 85% 50,000 | Run Charge: $10/M |
|---|---|---|

Terms:   $100/L and select charges apply on all cancelled orders. Orders cancelled after mail date must be paid in full. All list rentals must be reciprocal to all Golf Magazine offers.

**Additional Selects (Please inquire for specific counts)**

**Demographics**
Age
Presence of Children 0-17
Child Gender
Number of Children in Household
Household Income
Networth
Homeowners
Home Value
Length of Residence
Married / Single

**Health Ailments (Interest in)**
Arthritis
Cholesterol
Corrective Lenses
Diabetic
Disabled
Orthopedic

**Hobbies/Interests**
American History Interest
Arts
Auto Work/Mechanics
Avid Music Listener
Beauty/Fashion
Birdwatching
Book Enthusiast
Casino Gambling
Children/Family Interest
Collectibles
Collectibles- Antiques
Collectibles- Arts
Collectibles- Coins
Collectibles- Stamps
Cooking
Cooking- Gourmet
Cooking- Low Fat
Crafts
Crafts - Knit/Crochet
Crafts - Needlepoint
Crafts - Painting
Crafts - Quilting
Crafts - Scrapbooking
Crafts - Sewing
Crafts - Woodworking
Current Affairs
Gardening

Gift Givers
Grandchildren
History/Military Interest
Home Furnishing
Home Improvement Interest
Mail Order Buyer
Pet Owner
Pets - Cat Owner
Pets - Dog Owner
Photography Enthusiast
Photography Interest
Reading - General
Reading - Religious/Inspirational
Reading - Science Fiction

**Contributor/Donors**
Animal Welfare
Arts/Cultural
Children
Environmental/Wildlife
Health
International Aid
Political
Political- Conservative
Political- Liberal
Religious
Veterans
General Donor
Donates via Mail

**Travel**
Airline Travel
Business Travel- Domestic
Cruise
Family Vacation
Frequent Flyer
International Travel
Leisure Travel
RV
Time Share
Travel in US
Travel Purchase

**Personal Finance**
Money Seekers
Personal Finance - Active Investors
Personal Finance - Foreign Investments
Personal Finance - Real Estate
Personal Investments
Real Estate Investments
Stocks/Bonds

**Sports/Outdoors**
ATV Interest
Auto Racing Interest
Baseball Interest
Basketball Interest
Boat Owner
Boating/Sailing Interest
Camping/Hiking Interest
Equestrian Interest
Fishing Interest
Football Interest

Golf Interest
Hockey Interest
Hunting/Shooting Interest
Motorcycles
Mountain Biking Interest
NASCAR Interest
Power Boating Interest
Scuba Diving
Skateboarding
Skiing
Skiing Products Purchase
Snowboarding
Soccer
Tennis

Reading - Top Sellers
Religious/Inspirational Interest
Space/Science Interest
Smoking Tobacco
Sweepstakes/Contests
Swimming Pool
Wines
Woodworking

**Apparel**
Apparel - Children
Apparel - General
Apparel - Infant/Toddler
Apparel - Junior
Apparel - Men
Apparel - Petite
Apparel - Plus Size
Apparel - Women
Apparel - Women's Footwear

**Computers/Online/Electronics**
Cell Phone
DSL/Cable- High Speed Internet
DVD-VCR-Laser Disc Owner
PC Owner
PC Software Buyer
PC Mac Owners
Satellite Dish
Video Games
Wireless Products

**Health/Fitness**
Aerobic/Cardio
Dieting/Weight Loss
Exercise/Health General Interest
Natural Foods
Running/Jogging
Self-Improvement
Vegetarian
Walking

Water Sports

**Religion**
Buddhist
Catholic
Greek Orthodox
Hindu
Islamic
Jewish
Sikh
Lutheran
Mormon
Eastern Orthodox
Protestant
Shinto

**Ethnicity**
African American
American
Arab
Asian
Eastern European
French
German
Hispanic
Italian
Jewish
Mediterranean
Middle Eastern
Native American
Northern European
Polynesian
Scandinavian
Western European

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #80065 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE ON ORDERS OF 2,500

Get Count | Get Pricing | Get More Information



🌀 Start   🌀 Results  🌀 Data Card  🌀 Request  🌀 Finished

# All You Magazine Email Email List

Reach All You readers via their email addresses! All You magazine speaks directly to women, giving them the recognition and encouragement they deserve-for all that they are, all that they do, and all they want to do. Each monthly issue provides practical, realistic, and affordable ideas for every area of life to make each day easier and more enjoyable for its readers. The magazine offers simple healthy recipes, quick and easy hair and beauty tips, flattering and affordable fashion ideas, relationship advice, easy do-it-yourself decorating and home-repair projects, and great craft ideas as well as diet, health, and fitness advice. All You subscribers are busy, value-driven, all-American women.

| Get Count | Get Pricing | Get More Information |

## SEGMENTS

| | COUNTS THROUGH 05/31/2012 |
|---|---|
| 282,564 TOTAL UNIVERSE / BASE RATE | $150.00/M |
| 282,564 ACTIVE MAGAZINE SUBSCRIBERS | $150.00/M |
| 36,601 6 MONTH EXPIRED SUBSCRIBERS | $70.00/M |
| DEPLOYMENT | + $25.00/M |
| NOW ENHANCED WITH OVER 1,500 INFOBASE SELECTS. CALL FOR COUNTS TODAY! | |

## DESCRIPTION

Reach **All You** readers via their email addresses!

**All You** magazine speaks directly to women, giving them the recognition and encouragement they deserve—for all that they are, all that they do, and all they want to do. Each monthly issue provides practical, realistic, and affordable ideas for every area of life to make each day easier and more enjoyable for its readers. The magazine offers simple healthy recipes, quick and easy hair and beauty tips, flattering and affordable fashion ideas, relationship advice, easy do-it-yourself decorating and home-repair projects, and great craft ideas as well as diet, health, and fitness advice. **All You** subscribers are busy, value-driven, all-American women.



| POPULARITY: | ▬▬▬■ 99 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | 📧 |
| SOURCE: | OTHER |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 99% FEMALE |
| SPENDING: | $21.24 AVERAGE ORDER |

## SELECTS

| | |
|---|---|
| 30 DAY | $16.00/M |
| 6 MONTH HOTLINE | $10.00/M |
| 90 DAY | $12.00/M |
| AGE | $20.00/M |
| DEPLOYMENT CHARGE | $25.00/M |
| GENDER/SEX | $10.00/M |
| HOUSE FILE SUPPRESSION | $300.00/F |
| INCOME | $20.00/M |
| LIFESTYLE | $20.00/M |
| PERSONALIZATION | $15.00/M |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $10.00/M |
| ZIP SET UP | $50.00/F |

## ADDRESSING

| | |
|---|---|
| KEY CODING | NOT AVAILABLE |

## RELATED LISTS

📧 BAUER PUBLISHING EMAIL MASTERFILE
📧 INSTYLE EMAIL
📧 COOKING LIGHT MAGAZINE EMAIL
📧 RODALE, INC. E-MAIL MASTERFILE
📧 ESSENCE EMAIL
📧 REAL SIMPLE EMAIL
📧 WOMEN'S HEALTH E-MAIL FILE
📧 TIME STYLE & DESIGN EMAIL
📧 HEALTH MAGAZINE EMAIL
📧 NEW YORK MAGAZINE E-MAIL MASTERFILE

## Demographics/Profile:

| | |
|---|---|
| Women | 99% |
| Median Age | 44 |
| Children in Household | 53% |
| Median Household Income | $ 61,948 |

## General Comments:

**All emails are sent "Third Party Blind" and not endorsed by Time Inc. or All You. All email campaigns must identify the advertiser in the FROM: line.
**Full creative is required for each offer and must be sent in HTML and Text formats. NOTE: Creative changes will result in additional charges and/or delay in deployment.
**Please inquire about split creative.
**Personalization is available for $15/M. Please Inquire.

\*\*Please inquire about sending a postal campaign with your email

campaign to the same audience.

\*\*CPA opportunities are available, please inquire

**Pricing:**

Terms:            20% commission to all recognized brokers.
                 Full charges are incurred on orders cancelled
                 after test deployment.
                 Processing charges may be incurred on orders
                 cancelled before the Test Deployment and these
                 charges will be calculated per each order.

Additional Selects (Please inquire for specific counts):

**Demographics**
Age
Presence of Children 0-17
Child Gender
Number of Children in
Household
Household Income
Net Worth
Homeowners
Home Value
Length of Residence
Married / Single

**Health Ailments (interest in)**
Arthritis
Cholesterol
Corrective Lenses
Diabetic
Disabled
Orthopedic

**Hobbies/Interests**
American History Interest
Arts
Auto Work/Mechanics
Avid Music Listener
Beauty/Fashion
Birdwatching
Book Enthusiast
Casino Gambling
Children/Family Interest

Collectibles
Collectibles - Antiques
Collectibles - Arts
Collectibles - Coins
Collectibles - Stamps
Cooking
Cooking - Gourmet
Cooking - Low Fat
Crafts
Crafts - Knit/Crochet
Crafts - Needlepoint
Crafts - Painting
Crafts - Quilting
Crafts - Scrapbooking
Crafts - Sewing
Crafts - Woodworking
Current Affairs

**Contributor/Donors**
Animal Welfare
Arts/Cultural
Children
Environmental/Wildlife
Health
International Aid
Political
Political - Conservative
Political - Liberal
Religious
Veterans
General Donor
Donates via Mail

**Travel**
Airline Travel
Business Travel - Domestic
Cruise
Family Vacation
Frequent Flyer
International Travel
Leisure Travel
RV
Time Share
Travel in US
Travel Purchase

**Personal Finance**
Money Seekers
Personal Finance - Active

Investors
Personal Finance - Foreign
Investments
Personal Finance - Real
Estate
Personal Investments
Real Estate Investments
Stocks/Bonds

**Sports/Outdoors**
ATV Interest
Auto Racing Interest
Baseball Interest
Basketball Interest
Boat Owner
Boating/Sailing Interest
Camping/Hiking Interest

~~Current Affairs~~     ~~Camping/Hiking Interest~~
Gardening
Gift Givers
Grandchildren
History/Military Interest
Home Furnishing
Home Improvement Interest
Mail Order Buyer
Pet Owner
Pets - Cat Owner
Pets - Dog Owner
Photography Enthusiast
Photography Interest
Reading - General
Reading -
Religious/Inspirational
Reading - Science Fiction
Reading - Top Sellers
Religious/Inspirational Interest Water Sports
Space/Science Interest
Smoking Tobacco
Sweepstakes/Contests
Swimming Pool
Wines
Woodworking

Equestrian Interest
Fishing Interest
Football Interest
Golf Interest
Hockey Interest
Hunting/Shooting Interest
Motorcycles
Mountain Biking Interest
NASCAR Interest
Power Boating Interest
Scuba Diving
Skateboarding
Skiing
Skiing Products Purchase
Snowboarding
Soccer
Tennis

**Religion**
Buddhist
Catholic
Greek Orthodox
Hindu
Islamic
Jewish
Sikh

**Apparel**
Apparel - Children
Apparel - General
Apparel - Infant/Toddler
Apparel - Junior
Apparel - Men
Apparel - Petite
Apparel - Plus Size
Apparel - Women
Apparel - Women's Footwear

Lutheran
Mormon
Eastern Orthodox
Protestant
Shinto

**Ethnicity**
African American
American

**Computers/Online/Electronics** Arab
Cell Phone
DSL/Cable- High Speed
Internet
DVD-VCR-Laser Disc Owner
PC Owner
PC Software Buyer
PC Mac Owners

Asian
Eastern European
French
German
Hispanic
Italian
Jewish

Satellite Dish
Video Games
Wireless Products

Mediterranean
Middle Eastern
Native American
Northern European

**Health/Fitness**
Aerobic/Cardio
Dieting/Weight Loss
Exercise/Health General
Interest
Natural Foods
Running/Jogging
Self-Improvement
Vegetarian
Walking

Polynesian
Scandinavian
Western European

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #257117 or click here to place your request.
- 15,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- PLEASE INQUIRE ABOUT REUSE

Get Count | Get Pricing | Get More Information



⚙ Start    ◎ Results  ⦿ Data Card  ⚙ Request  ⚙ Finished

# Southern Living Magazine Enhanced Mailing List

The unquestioned authority on life in the South, Southern Living celebrates the best of life in the South with coverage of travel, gardening, home decorating and food to enrich the lives of its devoted readers. From Dallas to Delaware, the magazine shares fascinating places, people, homes, and gardens-not to mention delicious foods-that make this region unique. Southern Living subscribers look to the magazine for highlights on the beauty and culture of the growing South. With characteristic Southern hospitality, Southern Living is committed to sharing the region with readers, wherever they may live.

Get Count   Get Pricing   Get More Information

| SEGMENTS | COUNTS THROUGH 06/21/2012 | | POPULARITY: ▄▄▄ 99 |
|---|---|---|---|
| 1,771,362 TOTAL UNIVERSE / BASE RATE | $110.00/M | MARKET: | CONSUMER |
| 114,860 ACTIVE SUBSCRIBERS AGE 18-35 | + $16.00/M | CHANNELS: | 📧 |
| 272,352 ACTIVE SUBSCRIBERS AGE 36-49 | + $16.00/M | SOURCE: | DIRECT MAIL SOLD |
| 1,389,777 ACTIVE SUBSCRIBERS AGE 50+ | + $16.00/M | | |
| 742,333 ACTIVE SUBSCRIBERS AGE 66+ | + $16.00/M | PRIVACY: | UNKNOWN |
| 1,437,347 ACTIVE SUBSCRIBERS W/HHI $50K+ | + $16.00/M | DMA?: | YES - MEMBER |
| 1,076,044 ACTIVE SUBSCRIBERS W/HHI $75K+ | + $16.00/M | STATUS: | STANDARD PROVIDER |
| 651,770 ACTIVE SUBSCRIBERS W/HHI $100K+ | + $16.00/M | | |
| 1,445,156 DONATES TO CHARITABLE CAUSES | + $16.00/M | GEO: | USA |
| 1,308,859 FASHION/BEAUTY INTEREST | + $16.00/M | GENDER: | 78% FEMALE 22% MALE |
| 464,677 PRESENCE OF CHILD | + $16.00/M | | |
| 1,637,459 HOMEOWNER SUBSCRIBERS | + $16.00/M | SPENDING: | $24.00 AVERAGE ORDER |
| 1,263,555 PERSONAL FINANCE INTEREST | + $16.00/M | | |
| 916,041 PET OWNERS | + $16.00/M | SELECTS | |
| 1,617,028 GARDENING INTEREST | + $16.00/M | 1 MONTH HOTLINE | $16.00/M |
| 1,311,843 TRAVEL INTEREST | + $16.00/M | 3 MONTH HOTLINE | $12.00/M |
| 1,484,821 HEALTH/FITNESS INTEREST | + $16.00/M | 6 MONTH HOTLINE | $8.00/M |
| 539,246 GRANDCHILDREN | + $16.00/M | CHANGE OF ADDRESS | $14.00/M |
| FUNDRAISING/CATALOG RATE $75/M BASE | | ENHANCED | $16.00/M |
| | | GENDER/SEX | $8.00/M |

**DESCRIPTION**



Southern Living is enhanced with demographic and lifestyle information for the best in target marketing. Use in combination with the transactional information available on the core list to identify your specific audience.

Southern Living celebrates the best of life in the South with coverage of travel, gardening, home decorating and food to enrich the lives of its devoted readers. From Dallas to Delaware, the magazine shares fascinating places, people, homes, and gardens—not to mention delicious foods—that make this region unique. Southern Living subscribers look to the magazine for highlights on the beauty and culture of the growing South. With characteristic Southern hospitality, Southern Living is committed to sharing the region with readers, wherever they may live.

| | |
|---|---|
| MINIMUM FULFILLMENT FEE | $50.00/F |
| NEW TO FILE | $10.00/M |
| PAID | $10.00/M |
| RENEWALS | $10.00/M |
| SCF | $8.00/M |
| SOURCE | $10.00/M |
| STATE | $8.00/M |
| TELEMARKETING | $25.00/M |
| ZIP | $8.00/M |
| ZIP SET UP | $50.00/F |
| **ADDRESSING** | |
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**RELATED LISTS**

⚟ EDDIE BAUER - CATALOG BUYERS
⚟ TRAVELSMITH
⚟ SOUTHERN LIVING MAGAZINE
⚟ SUNSET ENHANCED
⚟ COLDWATER CREEK - ALEXA ENHANCED
⚟ SUNDANCE CATALOG
⚟ SPORTYS TOOL SHOP
⚟ GARNET HILL
⚟ CHASING FIREFLIES ALEXA
⚟ SMITHSONIAN MAGAZINE

**Demographics/Profile:**
Women          78%

| | | | |
|---|---|---|---|
| Women | 78% | | |
| Men | 22% | | |
| College Educated | 64% | | |
| Homeowner | 83% | **Source:** | |
| Median Age | 52 | DTP Subscribers | 92% |
| Median Household Income | $75,552 | | |

**General Comments:**

**Pricing:**

| | | |
|---|---|---|
| Policy: | Net Name 85% | |
| Minimum: | 50,000 | Run Charge: $10/M |

Terms: Payment required 30 days after mail date. Orders cancelled 5 days prior to or after original mail date require payment in full. Orders cancelled before mail date will be subject to a $100 flat fee, $8/M run charges, plus production charges. Mailer will incur extra fees, in addition to normal cancellation charges for names cancelled post merge/purge.

**Additional Selects (Please inquire for specific counts)**

**Demographics**
Age
Presence of Children 0-17
Child Gender
Number of Children in Household
Household Income
Networth
Homeowners
Home Value
Length of Residence
Married / Single

**Health Ailments (Interest in)**
Arthritis
Cholesterol
Corrective Lenses
Diabetic
Disabled
Orthopedic

**Hobbies/Interests**
American History Interest
Arts
Auto Work/Mechanics
Avid Music Listener
Beauty/Fashion
Birdwatching
Book Enthusiast
Casino Gambling
Children/Family Interest
Collectibles
Collectibles- Antiques
Collectibles- Arts
Collectibles- Coins
Collectibles- Stamps
Cooking
Cooking- Gourmet
Cooking- Low Fat

**Contributor/Donors**
Animal Welfare
Arts/Cultural
Children
Environmental/Wildlife
Health
International Aid
Political
Political- Conservative
Political- Liberal
Religious
Veterans
General Donor
Donates via Mail

**Travel**
Airline Travel
Business Travel- Domestic
Cruise
Family Vacation
Frequent Flyer
International Travel
Leisure Travel
RV
Time Share
Travel in US
Travel Purchase

**Personal Finance**
Money Seekers
Personal Finance - Active Investors
Personal Finance - Foreign Investments
Personal Finance - Real Estate
Personal Investments
Real Estate Investments
Stocks/Bonds

**Sports/Outdoors**

Crafts
Crafts - Knit/Crochet
Crafts - Needlepoint
Crafts - Painting
Crafts - Quilting
Crafts - Scrapbooking
Crafts - Sewing
Crafts - Woodworking
Current Affairs
Gardening
Gift Givers
Grandchildren
History/Military Interest
Home Furnishing
Home Improvement Interest
Mail Order Buyer
Pet Owner
Pets - Cat Owner
Pets - Dog Owner
Photography Enthusiast
Photography Interest
Reading - General
Reading - Religious/Inspirational
Reading - Science Fiction
Reading - Top Sellers
Religious/Inspirational Interest
Space/Science Interest
Smoking Tobacco
Sweepstakes/Contests
Swimming Pool
Wines
Woodworking

**Apparel**
Apparel - Children
Apparel - General
Apparel - Infant/Toddler
Apparel - Junior
Apparel - Men
Apparel - Petite
Apparel - Plus Size
Apparel - Women
Apparel - Women's Footwear

**Computers/Online/Electronics**
Cell Phone
DSL/Cable- High Speed Internet
DVD-VCR-Laser Disc Owner
PC Owner
PC Software Buyer
PC Mac Owners
Satellite Dish
Video Games
Wireless Products

**Health/Fitness**
Aerobic/Cardio
Dieting/Weight Loss
Exercise/Health General Interest
Natural Foods
Running/Jogging
Self-Improvement
Vegetarian
Walking

ATV Interest
Auto Racing Interest
Baseball Interest
Basketball Interest
Boat Owner
Boating/Sailing Interest
Camping/Hiking Interest
Equestrian Interest
Fishing Interest
Football Interest
Golf Interest
Hockey Interest
Hunting/Shooting Interest
Motorcycles
Mountain Biking Interest
NASCAR Interest
Power Boating Interest
Scuba Diving
Skateboarding
Skiing
Skiing Products Purchase
Snowboarding
Soccer
Tennis
Water Sports

**Religion**
Buddhist
Catholic
Greek Orthodox
Hindu
Islamic
Jewish
Sikh
Lutheran
Mormon
Eastern Orthodox
Protestant
Shinto

**Ethnicity**
African American
American
Arab
Asian
Eastern European
French
German
Hispanic
Italian
Jewish
Mediterranean
Middle Eastern
Native American
Northern European
Polynesian
Scandinavian
Western European

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #231229 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE ON ORDERS OF 2,500
- CANCELLATION FEE AT $100.00/F

Get Count | Get Pricing | Get More Information



Start   Results   Data Card   Request   Finished

# TIME Enhanced Mailing List

TIME stays on top of all the important news and events happening around the world with interesting and thought provoking articles. From the latest breakthroughs in technology to the newest government policies affecting Americans, TIME gives insightful and in-depth reporting on many different topics to help readers make informed decisions concerning their family, their careers, their finances and even their personal time. TIME has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

Get Count  |  Get Pricing  |  Get More Information

**SEGMENTS**                                                    *COUNTS THROUGH 06/21/2012*

| | |
|---|---|
| 2,011,332 TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 593,304 HOUSEHOLDS WITH CHILDREN | + $16.00/M |
| 1,121,005 INCOME $50K+ | + $16.00/M |
| 1,368,087 DONORS/CHARITABLE CAUSES | + $16.00/M |
| 420,984 HAVE GRANDCHILDREN | + $16.00/M |
| 1,324,548 HEALTH & FITNESS | + $16.00/M |
| 1,190,710 INTEREST IN PERSONAL FINANCE | + $16.00/M |
| 1,146,675 TRAVELERS | + $16.00/M |
| 1,363,648 GARDENERS | + $16.00/M |
| 1,168,185 FASHION/BEAUTY INTEREST | + $16.00/M |
| 788,733 PET OWNERS | + $16.00/M |
| 1,328,329 AGE 50+ | + $16.00/M |
| FUNDRAISING/CATALOG RATE $75/M | |

**POPULARITY:** ▬▬▬ 99

| | |
|---|---|
| **MARKET:** | CONSUMER |
| **CHANNELS:** | 🖂 |
| **SOURCE:** | SEE DESCRIPTION |
| **PRIVACY:** | UNKNOWN |
| **DMA?:** | YES - MEMBER |
| **STATUS:** | STANDARD PROVIDER |
| **GEO:** | USA |
| **GENDER:** | 47% FEMALE 53% MALE |
| **SPENDING:** | $49.00 AVERAGE ORDER |

**SELECTS**

| | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| AGE, INCOME | $16.00/M |
| CANCELLATION FEE | $100.00/F |
| COMPUTER | $16.00/M |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $8.00/M |
| KEY CODE | $2.00/M |
| LIFESTYLE | $16.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $8.00/M |
| ZIP PROCESSING FEE | $50.00/F |

**DESCRIPTION**

TIME stays on top of all the important news and events happening around the world with interesting and thought provoking articles. From the latest breakthroughs in technology to the newest government policies affecting Americans, TIME gives insightful and in-depth reporting on many different topics to help readers make informed decisions concerning their family, their careers, their finances and even their personal time.



TIME has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**RELATED LISTS**

⊟ MONEY ENHANCED
⊟ FORTUNE ENHANCED
⊟ TIME INC. MAGAZINES GROUP ENHANCED MASTERFILE
AMERICAN EXPRESS
⊟ PUBLISHING ENHANCED DATABASE
⊟ SPORTS ILLUSTRATED ENHANCED
⊟ SMITHSONIAN MAGAZINE ENHANCED DATABASE
⊟ FORTUNE
⊟ GOLF MAGAZINE ENHANCED
⊟ TRAVEL + LEISURE ENHANCED
⊟ ENTERTAINMENT WEEKLY ENHANCED

**Demographics/Profile:**

| | |
|---|---|
| Women | 47% |
| Men | 53% |
| College Educated | 72% |
| Median Age | 47 |
| Median Household Income | $ 76,993 |

**Source:**

Agents
Direct Mail
Insert Cards
Internet
Renewals
Television

**General Comments:**

For additional listing of lifestyles and demographic selects with counts, please
refer to the list counts link.

**Pricing:**

| | | |
|---|---|---|
| Policy: | Net Name 85% | |
| Minimum: | 50,000 | Run Charge: $10/M |

Terms:      $100/L and select charges apply on all cancelled orders.
            Orders cancelled after mail date must be paid in full.
            All list rentals must be reciprocal to all TIME offers.

**Additional Selects (Please inquire for specific counts)**

**Demographics**
Age
Presence of Children 0-17
Child Gender
Number of Children in Household
Household Income
Networth
Homeowners
Home Value
Length of Residence
Married / Single

**Health Ailments (Interest in)**
Arthritis
Cholesterol
Corrective Lenses
Diabetic
Disabled
Orthopedic

**Hobbies/Interests**
American History Interest
Arts
Auto Work/Mechanics
Avid Music Listener
Beauty/Fashion
Birdwatching
Book Enthusiast
Casino Gambling
Children/Family Interest
Collectibles
Collectibles- Antiques
Collectibles- Arts
Collectibles- Coins
Collectibles- Stamps
Cooking
Cooking- Gourmet

Cooking- Low Fat
Crafts
Crafts - Knit/Crochet
Crafts - Needlepoint
Crafts - Painting
Crafts - Quilting
Crafts - Scrapbooking
Crafts - Sewing
Crafts - Woodworking
Current Affairs
Gardening
Gift Givers
Grandchildren
History/Military Interest

**Contributor/Donors**
Animal Welfare
Arts/Cultural
Children
Environmental/Wildlife
Health
International Aid
Political
Political- Conservative
Political- Liberal
Religious
Veterans
General Donor
Donates via Mail

**Travel**
Airline Travel
Business Travel- Domestic
Cruise
Family Vacation
Frequent Flyer
International Travel
Leisure Travel
RV
Time Share
Travel in US
Travel Purchase

**Personal Finance**
Money Seekers
Personal Finance - Active Investors
Personal Finance - Foreign Investments
Personal Finance - Real Estate
Personal Investments
Real Estate Investments
Stocks/Bonds

**Sports/Outdoors**
ATV Interest
Auto Racing Interest
Baseball Interest
Basketball Interest
Boat Owner
Boating/Sailing Interest
Camping/Hiking Interest
Equestrian Interest
Fishing Interest
Football Interest
Golf Interest
Hockey Interest
Hunting/Shooting Interest

Home Furnishing
Home Improvement Interest
Mail Order Buyer
Pet Owner
Pets - Cat Owner
Pets - Dog Owner
Photography Enthusiast
Photography Interest
Reading - General
Reading - Religious/Inspirational
Reading - Science Fiction
Reading - Top Sellers
Religious/Inspirational Interest
Space/Science Interest
Smoking Tobacco
Sweepstakes/Contests
Swimming Pool
Wines
Woodworking

**Apparel**
Apparel - Children
Apparel - General
Apparel - Infant/Toddler
Apparel - Junior
Apparel - Men
Apparel - Petite
Apparel - Plus Size
Apparel - Women
Apparel - Women's Footwear

**Computers/Online/Electronics**
Cell Phone
DSL/Cable- High Speed Internet
DVD-VCR-Laser Disc Owner
PC Owner
PC Software Buyer
PC Mac Owners
Satellite Dish
Video Games
Wireless Products

**Health/Fitness**
Aerobic/Cardio
Dieting/Weight Loss
Exercise/Health General Interest
Natural Foods
Running/Jogging
Self-Improvement
Vegetarian
Walking

Motorcycles
Mountain Biking Interest
NASCAR Interest
Power Boating Interest
Scuba Diving
Skateboarding
Skiing
Skiing Products Purchase
Snowboarding
Soccer
Tennis
Water Sports

**Religion**
Buddhist
Catholic
Greek Orthodox
Hindu
Islamic
Jewish
Sikh
Lutheran
Mormon
Eastern Orthodox
Protestant
Shinto

**Ethnicity**
African American
American
Arab
Asian
Eastern European
French
German
Hispanic
Italian
Jewish
Mediterranean
Middle Eastern
Native American
Northern European
Polynesian
Scandinavian
Western European

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #79587 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE ON ORDERS OF 2,500

| Get Count | Get Pricing | Get More Information |



🏳 Start 🔴 Results 🔵 Data Card 🔵 Request 🔵 Finished

# Real Simple Enhanced Mailing List

Subscribers open the pages of Real Simple and step into a welcome world of uncomplicated living. There, they find actionable solutions to streamline the way they manage their busy lives, smarter ways to manage their money, and organizational systems for reducing clutter, saving time, and reducing stress. Real Simple provides its subscribers with inspiring ideas that embrace a more satisfying way of living, focusing on the things that matter most. Real Simple has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

| Get Count | Get Pricing | Get More Information |

**SEGMENTS**

| | COUNTS THROUGH 06/21/2012 | |
|---|---|---|
| 933,977 TOTAL UNIVERSE / BASE RATE | $105.00/M | |
| 302,395 HOUSEHOLDS WITH CHILDREN | + $16.00/M | |
| 342,070 INCOME $50K-$100K | + $16.00/M | |
| 654,077 ENJOYS GARDENING | + $16.00/M | |
| 524,723 INTEREST IN PERSONAL FINANCE | + $16.00/M | |
| 697,218 ENJOYS COOKING | + $16.00/M | |
| 588,276 DONORS/CHARITABLE CAUSES | + $16.00/M | |
| 530,360 TRAVELERS | + $16.00/M | |
| 158,450 WINE ENTHUSIASTS | + $16.00/M | |
| 618,796 HEALTH & FITNESS INTEREST | + $16.00/M | |
| FUNDRAISING/CATALOG RATE $75/M | | |

| | |
|---|---|
| **POPULARITY:** | ▪▪▪▪▪ 99 |
| **MARKET:** | CONSUMER |
| **CHANNELS:** | 📧 |
| **SOURCE:** | SEE DESCRIPTION |
| **PRIVACY:** | UNKNOWN |
| **DMA?:** | YES - MEMBER |
| **STATUS:** | STANDARD PROVIDER |
| **GEO:** | USA |
| **GENDER:** | 88% FEMALE |
| **SPENDING:** | $28.95 AVERAGE ORDER |

**DESCRIPTION**

Subscribers open the pages of Real Simple and step into a welcome world of uncomplicated living. There, they find actionable solutions to streamline the way they manage their busy lives, smarter ways to manage their money, and organizational systems for reducing clutter, saving time, and reducing stress. Real Simple provides its subscribers with inspiring ideas that embrace a more satisfying way of living, focusing on the things that matter most.

Real Simple has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.



**SELECTS**

| | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| AGE, INCOME | $16.00/M |
| CANCELLATION FEE | $100.00/F |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $8.00/M |
| KEY CODE | $2.00/M |
| LIFESTYLE | $16.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $8.00/M |
| ZIP PROCESSING FEE | $50.00/F |

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**RELATED LISTS**

- SUNSET ENHANCED
- REAL SIMPLE
- INSTYLE ENHANCED
- PEOPLE ENHANCED
- MONEY ENHANCED
- SMITHSONIAN MAGAZINE ENHANCED DATABASE
- TRAVEL + LEISURE ENHANCED
- TIME INC. MAGAZINES GROUP ENHANCED MASTERFILE
- THIS OLD HOUSE ENHANCED
- MARTHA STEWART LIVING ENHANCED

**Demographics / Profile:**

| | | | |
|---|---|---|---|
| Women | 88% | **Source:** | |
| College Educated | 86% | | |
| Married | 64% | Agents | |
| Median Age | 45.6 | | |
| Children | 43 | Direct Mail Insert Cards | |
| Employed | 75 | Internet | |
| Median Household Income | $ 93,186 | Renewals | |

**General Comments:**

For a additional lifestyles and demographic selects with counts, please refer to the list counts link.

**Pricing:**

| | | |
|---|---|---|
| Policy: | Net Name 85% | |
| Minimum: | 50,000 | Run Charge: $10/M |

Terms: $100/L and select charges apply on all cancelled orders. Orders cancelled after mail date must be paid in full. All orders must be reciprocal to all Real Simple offers.

**Additional Selects (Please inquire for specific counts)**

**Demographics**
Age
Presence of Children 0-17
Child Gender
Number of Children in Household
Household Income
Networth
Homeowners
Home Value
Length of Residence
Married / Single

**Health Ailments (Interest in)**
Arthritis
Cholesterol
Corrective Lenses
Diabetic
Disabled
Orthopedic

**Hobbies/Interests**
American History Interest
Arts
Auto Work/Mechanics
Avid Music Listener
Beauty/Fashion
Birdwatching
Book Enthusiast
Casino Gambling
Children/Family Interest
Collectibles
Collectibles- Antiques
Collectibles- Arts
Collectibles- Coins
Collectibles- Stamps

Cooking- Gourmet
Cooking- Low Fat
Crafts
Crafts - Knit/Crochet
Crafts - Needlepoint
Crafts - Painting
Crafts - Quilting
Crafts - Scrapbooking
Crafts - Sewing
Crafts - Woodworking
Current Affairs
Gardening
Gift Givers
Grandchildren
History/Military Interest

**Contributor/Donors**
Animal Welfare
Arts/Cultural
Children
Environmental/Wildlife
Health
International Aid
Political
Political- Conservative
Political- Liberal
Religious
Veterans
General Donor
Donates via Mail

**Travel**
Airline Travel
Business Travel- Domestic
Cruise
Family Vacation
Frequent Flyer
International Travel
Leisure Travel
RV
Time Share
Travel in US
Travel Purchase

**Personal Finance**
Money Seekers
Personal Finance - Active Investors
Personal Finance - Foreign Investments
Personal Finance - Real Estate
Personal Investments
Real Estate Investments

Stocks/Bonds

**Sports/Outdoors**
ATV Interest
Auto Racing Interest
Baseball Interest
Basketball Interest
Boat Owner
Boating/Sailing Interest
Camping/Hiking Interest
Equestrian Interest
Fishing Interest
Football Interest
Golf Interest
Hockey Interest
Hunting/Shooting Interest

Home Furnishing
Home Improvement Interest
Mail Order Buyer
Pet Owner
Pets - Cat Owner
Pets - Dog Owner
Photography Enthusiast
Photography Interest
Reading - General
Reading - Religious/Inspirational
Reading - Science Fiction
Reading - Top Sellers
Religious/Inspirational Interest
Space/Science Interest
Smoking Tobacco
Sweepstakes/Contests
Swimming Pool
Wines
Woodworking

**Apparel**
Apparel - Children
Apparel - General
Apparel - Infant/Toddler
Apparel - Junior
Apparel - Men
Apparel - Petite
Apparel - Plus Size
Apparel - Women
Apparel - Women's Footwear

**Computers/Online/Electronics**
Cell Phone
DSL/Cable- High Speed Internet
DVD-VCR-Laser Disc Owner
PC Owner
PC Software Buyer
PC Mac Owners
Satellite Dish
Video Games
Wireless Products

**Health/Fitness**

Aerobic/Cardio
Dieting/Weight Loss
Exercise/Health General Interest
Natural Foods
Running/Jogging
Self-Improvement
Vegetarian
Walking

Motorcycles
Mountain Biking Interest
NASCAR Interest
Power Boating Interest
Scuba Diving
Skateboarding
Skiing
Skiing Products Purchase
Snowboarding
Soccer
Tennis
Water Sports

**Religion**
Buddhist
Catholic
Greek Orthodox
Hindu
Islamic
Jewish
Sikh
Lutheran
Mormon
Eastern Orthodox
Protestant
Shinto

**Ethnicity**
African American
American
Arab
Asian
Eastern European
French
German
Hispanic
Italian
Jewish
Mediterranean
Middle Eastern
Native American
Northern European
Polynesian

Scandinavian
Western European

**ORDERING INSTRUCTIONS**
- To order this list, contact your List Broker and ask for NextMark List ID #80001 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE ON ORDERS OF 2,500

Get Count | Get Pricing | Get More Information



🌐 Start    🔴 Results 🔵 Data Card ⚪ Request ⚪ Finished

# This Old House Enhanced Mailing List

This Old House leads its readers through the journey of home projects to the destination of the ultimate dream house. Each issue contains articles and photography on renovations for kitchens, baths, and living areas along with tips on improving the outside of homes with gardening and landscaping advice. From the construction of elegant water gardens to the less-elegant but practical roof gutters, This Old House is THE magazine with the latest designs and techniques for home improvement...even if one doesn't own a hammer. This Old House has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

Get Count | Get Pricing | **Get More Information**

**SEGMENTS** — COUNTS THROUGH 06/21/2012

| | |
|---|---|
| 639,091 TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 184,155 HOUSEHOLDS WITH CHILDREN | + $16.00/M |
| 234,827 INCOME $100K+ | + $16.00/M |
| 516,850 ENJOYS GARDENING | + $16.00/M |
| 537,762 HOME FURNISHING AND DECORATING | + $16.00/M |
| 518,984 ENJOYS COOKING | + $16.00/M |
| 472,395 DONORS | + $16.00/M |
| 400,859 TRAVELERS | + $16.00/M |
| FUNDRAISING/NON-DIY CATALOG RATE $75/M | |

**POPULARITY:** ▄▄▄ 99

| | |
|---|---|
| **MARKET:** | CONSUMER |
| **CHANNELS:** | 📧 |
| **SOURCE:** | SEE DESCRIPTION |
| **PRIVACY:** | UNKNOWN |
| **DMA?:** | YES - MEMBER |
| **STATUS:** | STANDARD PROVIDER |
| **GEO:** | USA |
| **GENDER:** | 30% FEMALE 58% MALE |
| **SPENDING:** | $15.76 AVERAGE ORDER |

**DESCRIPTION**

This Old House leads its readers through the journey of home projects to the destination of the ultimate dream house. Each issue contains articles and photography on renovations for kitchens, baths, and living areas along with tips on improving the outside of homes with gardening and landscaping advice. From the construction of elegant water gardens to the less-elegant but practical roof gutters, This Old House is THE magazine with the latest designs and techniques for home improvement...even if one doesn't own a hammer.



This Old House has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

**SELECTS**

| | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| AGE, INCOME | $16.00/M |
| CANCELLATION FEE | $100.00/F |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $8.00/M |
| KEY CODE | $2.00/M |
| LIFESTYLE | $16.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| NEW TO FILE | $10.00/M |
| PAID | $10.00/M |
| RENEWALS | $10.00/M |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $8.00/M |
| ZIP PROCESSING FEE | $50.00/F |

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**RELATED LISTS**

- SUNSET ENHANCED
- MONEY ENHANCED
- TIME INC. MAGAZINES GROUP ENHANCED MASTERFILE
- REAL SIMPLE ENHANCED
- PEOPLE ENHANCED
- GOLF MAGAZINE ENHANCED
- SOUTHERN LIVING ENHANCED
- PUBLISHING ENHANCED DATABASE
- ENTERTAINMENT WEEKLY ENHANCED
- SPORTS ILLUSTRATED ENHANCED
- SMITHSONIAN MAGAZINE ENHANCED DATABASE

| **Demographics / Profile:** | | **Source:** |
|---|---|---|
| Women | 30% | Agents |
| Men | 58% | Direct Mail |
| Median Age | 46 | Insert Cards |
| Children | 46% | Internet |
| Gardeners | 48% | Renewals |
| Median HH Income | $ 62,920 | Television |

**General Comments:**

For additional lifestyles and demographic selects with counts, please refer to the list counts link.

**Pricing:**

Policy:        Net Name 85%

Minimum:        50,000                  Run Charge: $10/M

Terms:        $100/L and select charges apply on all cancelled orders.
              Orders cancelled after mail date must be paid in full.
              All list rentals must be reciprocal to all This Old House offers.

## Additional Selects (Please inquire for specific counts)

**Demographics**
Age
Presence of Children 0-17
Child Gender
Number of Children in Household
Household Income
Networth
Homeowners
Home Value
Length of Residence
Married / Single

**Health Ailments (Interest in)**
Arthritis
Cholesterol
Corrective Lenses
Diabetic
Disabled
Orthopedic

**Hobbies/Interests**
American History Interest
Arts
Auto Work/Mechanics
Avid Music Listener
Beauty/Fashion
Birdwatching
Book Enthusiast
Casino Gambling
Children/Family Interest
Collectibles
Collectibles- Antiques
Collectibles- Arts
Collectibles- Coins
Collectibles- Stamps
Cooking
Cooking- Gourmet
Cooking- Low Fat
Crafts
Crafts - Knit/Crochet
Crafts - Needlepoint

Crafts - Painting
Crafts - Quilting
Crafts - Scrapbooking
Crafts - Sewing
Crafts - Woodworking
Current Affairs
Gardening
Gift Givers
Grandchildren
History/Military Interest
Home Furnishing
Home Improvement Interest
Mail Order Buyer
Pet Owner
Pets - Cat Owner
Pets - Dog Owner

**Contributor/Donors**
Animal Welfare
Arts/Cultural
Children
Environmental/Wildlife
Health
International Aid
Political
Political- Conservative
Political- Liberal
Religious
Veterans
General Donor
Donates via Mail

**Travel**
Airline Travel
Business Travel- Domestic
Cruise
Family Vacation
Frequent Flyer
International Travel
Leisure Travel
RV
Time Share
Travel in US
Travel Purchase

**Personal Finance**
Money Seekers
Personal Finance - Active Investors
Personal Finance - Foreign Investments
Personal Finance - Real Estate
Personal Investments
Real Estate Investments
Stocks/Bonds

**Sports/Outdoors**
ATV Interest
Auto Racing Interest
Baseball Interest
Basketball Interest
Boat Owner
Boating/Sailing Interest
Camping/Hiking Interest
Equestrian Interest
Fishing Interest
Football Interest
Golf Interest
Hockey Interest
Hunting/Shooting Interest
Motorcycles
Mountain Biking Interest
NASCAR Interest
Power Boating Interest
Scuba Diving
Skateboarding

Photography Enthusiast
Photography Interest
Reading - General
Reading - Religious/Inspirational
Reading - Science Fiction
Reading - Top Sellers
Religious/Inspirational Interest
Space/Science Interest
Smoking Tobacco
Sweepstakes/Contests
Swimming Pool
Wines
Woodworking

**Apparel**
Apparel - Children
Apparel - General
Apparel - Infant/Toddler
Apparel - Junior
Apparel - Men
Apparel - Petite
Apparel - Plus Size
Apparel - Women
Apparel - Women's Footwear

**Computers/Online/Electronics**
Cell Phone
DSL/Cable- High Speed Internet
DVD-VCR-Laser Disc Owner
PC Owner
PC Software Buyer
PC Mac Owners
Satellite Dish
Video Games
Wireless Products

**Health/Fitness**
Aerobic/Cardio
Dieting/Weight Loss
Exercise/Health General Interest
Natural Foods

Running/Jogging
Self-Improvement
Vegetarian
Walking

Skiing
Skiing Products Purchase
Snowboarding
Soccer
Tennis
Water Sports

**Religion**
Buddhist
Catholic
Greek Orthodox
Hindu
Islamic
Jewish
Sikh
Lutheran
Mormon
Eastern Orthodox
Protestant
Shinto

**Ethnicity**
African American
American
Arab
Asian
Eastern European
French
German
Hispanic
Italian
Jewish
Mediterranean
Middle Eastern
Native American
Northern European
Polynesian
Scandinavian
Western European

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #79643 or click here to place your request.

- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT

- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)

- PLEASE INQUIRE ABOUT EXCHANGE

- REUSE IS AVAILABLE ON ORDERS OF 2,500

| Get Count | Get Pricing | Get More Information |



🏠 Start   📊 Results   📇 Data Card   📋 Request   ✅ Finished

# All You Magazine Mailing List

All You magazine speaks directly to women, giving them the recognition and encouragement they deserve-for all that they are, all that they do, and all they want to do. Each monthly issue provides practical, realistic, and affordable ideas for every area of life to make each day easier and more enjoyable for its readers. The magazine offers simple healthy recipes, quick and easy hair and beauty tips, flattering and affordable fashion ideas, relationship advice, easy do-it-yourself decorating and home-repair projects, and great craft ideas as well as diet, health, and fitness advice. All You subscribers are busy, value-driven, all-American women.

| Get Count | Get Pricing | Get More Information |

**SEGMENTS**                                    COUNTS THROUGH 06/21/2012

| | |
|---|---|
| 605,426 TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 30,194 1 MONTH SUBSCRIBERS | + $16.00/M |
| 202,546 3 MONTH SUBSCRIBERS | + $12.00/M |
| 441,181 12 MONTH SUBSCRIBERS | $105.00/M |
| 498,798 ACTIVE DIRECT TO PUBLISHER SUBSCRIBERS | + $10.00/M |
| 101,234 ACTIVE AGENT SOLD SUBSCRIBERS | + $10.00/M |
| 282,564 ALL YOU EMAIL ADDRESSES | $150.00/M |
| FUNDRAISING/CATALOG RATE $75/M | |

**DESCRIPTION**

*All You* magazine speaks directly to women, giving them the recognition and encouragement they deserve—for all that they are, all that they do, and all they want to do. Each monthly issue provides practical, realistic, and affordable ideas for every area of life to make each day easier and more enjoyable for its readers. The magazine offers simple healthy recipes, quick and easy hair and beauty tips, flattering and affordable fashion ideas, relationship advice, easy do-it-yourself decorating and home-repair projects, and great craft ideas as well as diet, health, and fitness advice. *All You* subscribers are busy, value-driven, all-American women.



| POPULARITY: | ▬▬▬ 99 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | SEE DESCRIPTION |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 99% FEMALE |
| SPENDING: | $21.24 AVERAGE ORDER |

**SELECTS**

| | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| CANCELLATION FEE | $100.00/F |
| GENDER/SEX | $8.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| SOURCE | $10.00/M |
| STATE/ZIP/SCF | $8.00/M |
| ZIP SET UP | $50.00/F |

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**RELATED LISTS**

- ▤ COOKING LIGHT MAGAZINE
- ▤ WEIGHT WATCHERS MAGAZINE
- ▤ GOOD HOUSEKEEPING
- ▤ REAL SIMPLE
- ▤ REDBOOK
- ▤ MARTHA STEWART LIVING
- ▤ SELF MAGAZINE
- ▤ SOUTHERN LIVING MAGAZINE
- ▤ SHAPE
- ▤ HEALTH MAGAZINE

**Demographics/Profile:**

| | | **Source:** |
|---|---|---|
| Women | 99% | Agents |
| Median Age | 44 | Direct Mail |
| Children in Household | 53% | Insert Cards |
| Employed | 71% | Internet |
| Median Household Income $61,948 | | Renewals |

**Pricing:**

| | |
|---|---|
| Policy: | Net Name 85% |
| Minimum: | 50,000 |

Run Charge: $10/M

Terms:  $100/L fee on all cancelled orders.
Orders cancelled after mail date must be paid in full.



All list rentals must be reciprocal to all All You offers.

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #232856 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE ON ORDERS OF 2,500
- CANCELLATION FEE AT $100.00/F

Get Count | Get Pricing | Get More Information