UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Susan Fox,

           Plaintiff(s),

v.　　　　　　　　　　　　　　　　　Case No. 4:12−cv−14390−GAD−MKM
　　　　　　　　　　　　　　　　　　　Hon. Gershwin A. Drain
Time, Inc.,

           Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 11/14/2012, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

　　　　　　　　　　　　　　　　　　s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　　Gershwin A. Drain
　　　　　　　　　　　　　　　　　　U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

　　　　　　　　　　　　　　　By: s/T Bankston
　　　　　　　　　　　　　　　　　Case Manager

Dated: November 7, 2012