UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSAN FOX, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIME, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 4:12-cv-14390<br><br>Hon. Gershwin A. Drain<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for plaintiff Susan Fox ("Plaintiff") and defendant Time, Inc. ("Defendant") as follows:

1. Plaintiff filed a complaint in this putative class action against Defendant on October 3, 2012 (the "Complaint").

2. Defendant plans to move to dismiss Plaintiff's Complaint.

3. Accordingly, the parties have agreed to the following briefing schedule and extension of page limitations set forth in Local Rule 5.1, subject to this Court's approval:

    a. The opening memorandum of law shall be no longer than 30 pages and submitted on or before December 3, 2012;

    b. The opposition memorandum of law shall be no longer than 30 pages and submitted on or before January 18, 2013; and

    c. The reply memorandum of law shall be no longer than 15 pages and submitted on or before February 8, 2013.

Dated: November 20, 2012

By: /s/with consent of Ari J. Scharg
Edelson McGuire, LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
ascharg@edelson.com

*Attorney for Plaintiff Susan Fox*

By: /s/ Herschel P. Fink
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
(313) 465-7400
P13427
hfink@honigman.com

/s/ with consent of Sharon L. Schneier
Davis Wright Tremaine LLP
1633 Broadway – 27th Floor
New York, New York 10019
Tel: (212) 489-8230
sharonschneier@dwt.com

*Attorneys for Defendant Time, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I electronically filed the foregoing paper with the Clerk of the Court via the ECF system, which shall send a notification of such filing to all counsel of record.

/s/ Herschel P. Fink
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendant
2290 First National Building
Detroit, Michigan 48226
(313) 465-7400
P13427
hfink@honigman.com

11701270.1

2