UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSAN FOX, individually, and on behalf of all others similarly situated, | Case No. 4:12-cv-14390 |
| Plaintiff, | Hon. Gershwin A. Drain |
| v. | **RULE 7.1 DISCLOSURE STATEMENT** |
| TIME, INC., a Delaware Corporation, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Time Inc. states that: (i) Time Inc. is an indirect wholly-owned subsidiary of Time Warner Inc., which is a publicly traded Delaware corporation; and (ii) no publicly held corporation owns more than 10% of the stock of Time Warner Inc.

Dated: November 29, 2012

By:   /s/ Sharon L. Schneier

Herschel P. Fink
Robert M. Jackson
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
(313) 465-7400
hfink@honigman.com
rjackson@honigman.com

Sharon L. Schneier
Collin J. Peng-Sue
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:     (212) 489-8340
sharonschneier@dwt.com
collinpengsue@dwt.com

*Attorneys for Defendant Time Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, I electronically filed the foregoing paper with the Clerk of the Court via the ECF system, which shall send a notification of such filing to all counsel of record.

/s/ Sharon L. Schneier
Sharon L. Schneier
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:     (212) 489-8340
sharonschneier@dwt.com

DWT 20564969v1 0069628-000031