UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SUSAN FOX, individually, and
on behalf of all others similarly situated,

               Plaintiff,

v.

TIME, INC., a Delaware Corporation,

               Defendant.

Case No. 4:12-cv-14390

Hon. Gershwin A. Drain

## DECLARATION OF SHARON L. SCHNEIER

Pursuant to 28 U.S.C. § 1746, I, **SHARON L. SCHNEIER**, declare as follows:

1.      I am an attorney duly admitted to practice law before this United States District Court and a partner of the firm of Davis Wright Tremaine LLP, counsel for defendant Time Inc. in the above-captioned action.  I submit this declaration in support of Time Inc.'s motion to dismiss the complaint brought by Susan Fox pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  This declaration is based on my personal knowledge, except as otherwise indicated.

2.      A true and correct copy of the cover and page 2 of the August 13, 2012 issue of *TIME* magazine is annexed hereto as Exhibit A.

3.      A true and correct copy of the cover and page 6 of the July/August 2012 issue of *Health* magazine is annexed hereto as Exhibit B.

4.      The *TIME* privacy policy is available at https://subscription.timeinc.com/ storefront/privacy/time/generic_privacy_new.html?dnp-source=E. That privacy policy states:

> The types of personally identifiable information that may be collected at these
> pages and elsewhere include but are not limited to: name, address, gender, e-mail

> address, telephone number, fax number and credit or debit card information. . . .
> We may use the information you provide about yourself or others to fulfill
> requests for our publications, products or services, to respond to inquiries about
> offerings and to offer other products, programs or services that may be of interest.

5.     The *TIME* privacy policy further provides links to "opt-out of any sharing of your personally identifiable offline information" with Time Inc. or third parties, and to "opt-out of any sharing of your email address" with Time Inc. or third parties.

6.     The *Health* privacy policy is available at https://subscription.timeinc.com/storefront/privacy/health/generic_privacy_new.html?dnp-source=E. That privacy policy states:

> The types of personally identifiable information that may be collected at these
> pages and elsewhere include but are not limited to: name, address, gender, e-mail
> address, telephone number, fax number and credit or debit card information. . . .
> We may use the information you provide about yourself or others to fulfill
> requests for our publications, products or services, to respond to inquiries about
> offerings and to offer other products, programs or services that may be of interest.

7.     The *Health* privacy policy further provides links to "opt-out of any sharing of your personally identifiable offline information" with Time Inc. or third parties, and to "opt-out of any sharing of your email address" with Time Inc. or third parties.

8.     The *Real Simple* privacy policy is available at https://subscription.timeinc.com/storefront/privacy/realsimple/generic_privacy_new.html?dnp-source=E. That privacy policy states:

> The types of personally identifiable information that may be collected at these
> pages and elsewhere include but are not limited to: name, address, gender, e-mail
> address, telephone number, fax number and credit or debit card information. . . .
> We may use the information you provide about yourself or others to fulfill
> requests for our publications, products or services, to respond to inquiries about
> offerings and to offer other products, programs or services that may be of interest.

9.     The *Real Simple* privacy policy further provides links to "opt-out of any sharing of your personally identifiable offline information" with Time Inc. or third parties, and to "opt-out of any sharing of your email address" with Time Inc. or third parties.

10.     The *This Old House* privacy policy is available at https://subscription.timeinc.com /storefront/privacy/realsimple/generic_privacy_new.html?dnp-source=E.  That privacy policy states:

> The types of personally identifiable information that may be collected at these pages and elsewhere include but are not limited to: name, address, gender, e-mail address, telephone number, fax number and credit or debit card information. . . . We may use the information you provide about yourself or others to fulfill requests for our publications, products or services, to respond to inquiries about offerings and to offer other products, programs or services that may be of interest.

11.     The *This Old House* privacy policy further provides links to "opt-out of any sharing of your personally identifiable offline information" with Time Inc. or third parties, and to "opt-out of any sharing of your email address" with Time Inc. or third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 3, 2012.


            /s/ Sharon L. Schneier
            Sharon L. Schneier


11752173.1

3

**Index of Exhibits**

A.    2012 – 08-13 Time

B.    2012 July-August Health

# EXHIBIT A



# TIME

VOL. 180, NO. 7 | 2012

**4 | Editor's Desk**

**BRIEFING**
**9 | Verbatim**

**10 | LightBox**
An Aurora victim

**12 | World**
Romney gaffes;
Ebola in Uganda

**16 | Olympics**
Jordyn Wieber's
redemption; Iceland's
handball obsession

**22 | Nation**
Mark Halperin's
Between the Lines
on a Tea Party victory
in Texas

**25 | Economy**
The turboprop
renaissance

**26 | Health & Science**
How drought makes
your peaches sweeter

**28 | Appreciation**
Gay Talese on
Gore Vidal

**COMMENTARY**
**30 | The Curious
Capitalist**
Rana Foroohar on the
tools of the Fed

**33 | In the Arena**
Joe Klein on ads
in Ohio



*Ultra-Orthodox Jews in Jerusalem attend the funeral of an influential rabbi on July 18. Photograph by Oded Balilty—AP for* TIME

**FEATURES**

**34 The Man with the Plan**
Karl Rove is back, and GOP candidates,
including Mitt Romney,
need him *by Michael Crowley*

**42 The Limits of People Power**
The small, online money that
helped Obama win in 2008
can't beat the big money of 2012
*by Michael Scherer*

**46 The New Jerusalem**
How ultra-Orthodox Jews became the
fastest-growing population in Israel
*by Karl Vick*

**THE CULTURE**
**54 | Pop Chart**
Lady Gaga, film star;
Internet cat videos
get their own festival

**56 | Food**
Vanilla who? Ice
cream flavors you
never saw coming

**58 | Art**
A pair of Brazilian
graffiti artists
take their street
art to Boston

**60 | Tech**
Google and Microsoft
enter the hardware
business

**61 | Tuned In**
Does NBC's online
Olympics coverage
trump TV?

**62 | The Awesome
Column**
Joel Stein's chicken
conundrum

**64 | 10 Questions**
Best-selling
*Wimpy Kid* author
Jeff Kinney

*Flavor craze,
page 56*



ICE CREAM: ELIZABETH RENSTROM FOR TIME

**ON THE COVER:**
*Photo-Illustration by
Joe Zeff Design for*
TIME. *White House:
Susan Walsh—AP*

TIME (ISSN 0040-781X) is published weekly, except for two issues combined at year-end, by Time Inc. Principal Office: Time & Life Building, Rockefeller Center, New York, NY 10020-1393. Periodicals postage paid at New York, N.Y., and at additional mailing offices. Canada Post Publications Mail Agreement No. 40110178. Return undeliverable Canada addresses to: Postal Stn A, P.O. Box 4322, Toronto, Ont., M5W 3G9. GST #888381621RT0001 © 2012 Time Inc. All rights reserved. Reproduction in whole or in part without written permission is prohibited. TIME and the Red Border Design are protected through trademark registration in the United States and in the foreign countries where TIME magazine circulates. U.S. subscriptions: $49 for one year. Subscribers: If the Postal Service alerts us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within two years. Postmaster: Send address changes to P.O. Box 62120, Tampa, FL 33662-2120. CUSTOMER SERVICE AND SUBSCRIPTIONS—For 24/7 service, please use our website: www.time.com/customerservice. You can also call 1-800-843-TIME or write to TIME, P.O. Box 62120, Tampa, FL 33662-2120. Mailing list: We make a portion of our mailing list available to reputable firms. If you would prefer that we not include your name, please call, or write us at P.O. Box 62120, Tampa, FL 33662-2120, or send us an e-mail at privacy@time.customerservice.com. Printed in the U.S.

# EXHIBIT B



SPECIAL FLAT-BELLY
ISSUE

# Health

75 Best Energy Boosters

## BURN BELLY FAT FAST

EASY PLAN INSIDE

Drop 6 Lbs Exactly Where It Counts

## Gorgeous Skin At Any Age
See P.112

## Aching Back???
Try This Quick Pain Fix, P.16

SNACK MORE WEIGH LESS
Just Change WHEN You Eat

Rebecca Romijn:
*How I Got My Waist Back*
...After Twins!

## FEEL HAPPIER EVERY DAY

## So Long, Cellulite
And Spider Veins, Too

Health.com

$4.50US $5.50CAN

08>
0 70992 10410 9

JULY/AUGUST 2012


Unilever

New Dove® ClearTone™
Clinical Protection




The only clinical strength anti-perspirant with calendula and sunflower seed extracts, to help restore your skin to its natural tone.




Reflects moisturizing and visual minimization.

**EDITOR-IN-CHIEF, CORPORATE**   John Huey
**EDITORIAL DIRECTOR**   Martha Nelson

# Health

**EDITOR-IN-CHIEF**   Ellen Kunes

| | |
|---|---|
| Creative Director | Lan Yin Bachelis |
| Executive Editor | Lisa Lombardi |
| Managing Editor | Marc Einsele |
| Executive Deputy Editor | Jeannie Kim |
| West Coast Editor | Jen Furmaniak *(JB Talent)* |
| West Coast Associate | Rachel Goldman *(JB Talent)* |
| Deputy Editors | Camille Chatterjee, Kimberly Goad |
| Senior Beauty and Fashion Editor | Ilana Blitzer |
| Senior Editor | Kate Lowenstein |
| Acting Food Editor | Lisa Brainerd |
| Assistant Editors | Leslie Barrie, Rozalynn S. Frazier, Nicole McGovern *(fashion)* |
| Office Manager | Franka Kerr |
| Editorial Assistants | Diana Cerqueira *(beauty)*, Olivia Rassow |

## ART DEPARTMENT

| | |
|---|---|
| Art Director | Brant Louck |
| Associate Art Director | Maria Stegner |
| Production Designer | Ramón A. Gamarra |
| Contributing Digital Production | Ted Plonchak |
| Contributing Digital Designers | Marilu Lopez, Nancy Brooke Smith |
| Art Assistant | Erica Meneses |

## PHOTO DEPARTMENT

| | |
|---|---|
| Photo Director | Jo Miller |
| Senior Photo Editor | Tara Canova |

## COPY AND RESEARCH

| | |
|---|---|
| Copy Chief | Marti Trgovich |
| Contributing Copy Editor | Jamie Beckman |
| Research Editor | Michael Gollust |
| Contributing Researchers | Linda Chavers, Jeff Wells |

## TEST KITCHEN

| | |
|---|---|
| Recipe Contributors | Sarah Abrams, Stephana Bottom, Melissa Roberts, Adeena Sussman, Caroline Wright |

## CONTRIBUTING EDITORS

Contributing Fashion Director: Kate Moodie; Contributing Editor: Bethenny Frankel; Medical Editor: Roshini Rajapaksa, MD; Contributing Beauty and Lifestyle Editor: Bobbi Brown; Contributing Fashion Editors: Stacy London, Gretta Monahan; Contributing Fitness Editor: Kristin McGee; Maureen Callahan, MS, RD; Samantha Heller, MS, RD; Laura Himmelein

## EDITORIAL ADVISORY BOARD

William Berger, MD; Steven Blair, PED; Lisa Donofrio, MD; James Duke, PhD; Elsa-Grace Giardina, MD; Linda Giudice, MD, PhD; David Heber, MD, PhD; David Katz, MD; Richard Lipton, MD; Susan Love, MD; JoAnn E. Manson, MD, DPH; Bess Marcus, PhD; Vivian Pinn, MD; John S. Williamson, PhD

*The editorial content of Health is prepared in accordance with the highest standards of journalistic accuracy. Readers are cautioned, however, not to use information from the magazine as a substitute for regular professional health care.*

## HEALTH.COM

| | |
|---|---|
| Editorial Director | Ellen Kunes |
| Editor-in-Chief | Amy O'Connor |
| Executive Editor | Theresa Tamkins |
| Senior Editor | Ray Hainer |
| Editorial Assistant | Alyssa Sparacino |

**Editorial Offices** 1271 Avenue of the Americas, 5th Floor, New York, NY 10020-1393. **Customer Service** Health, P.O. Box 62376, Tampa, FL 33662-3768; 800-274-2522. Customer service online 24 hours a day: Health.com/customerservice. **Subscribers** If the post office alerts us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within two years. **Mailing List** We make a portion of our mailing list available to reputable firms. If you would prefer that we not include your name, please call or write us. Printed in the U.S.A.