UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Susan Fox,

                Plaintiff(s),

v.                                          Case No. 4:12−cv−14390−GAD−MKM
                                          Hon. Gershwin A. Drain

Time, Inc.,

                Defendant(s),

_____

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #22
        Motion to Reassign Case – #23

- MOTION HEARING:  March 12, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/T Bankston
                                                              Case Manager

Dated:  December 13, 2012