# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SUSAN FOX, individually, and on behalf of all others similarly situated, | Case No. 4:12-cv-14390-GAD-MKM |
| Plaintiff, | [Hon. Gershwin A. Drain] |
| v. | [Magistrate Judge Mona K. Majzoub] |
| TIME, INC., a Delaware Corporation, | |
| Defendant. | |

## NOTICE OF ELECTRONIC FILING

I, Ari J. Scharg, an attorney, certify that on December 24, 2012, I electronically filed *Plaintiff's Opposition to Time, Inc.'s Motion to Dismiss* with the Clerk of the United States District Court for the Eastern District of Michigan, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: December 24, 2012

Respectfully submitted,

**Susan Fox**, individually and on behalf of a class of similarly situated individuals,

By: /s/ Ari J. Scharg
 One of her Attorneys

Henry M. Scharg – P28804
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: (248) 596-1111
Fax: (248) 596-1578
hmsattyatlaw@aol.com

Ari J. Scharg
EDELSON MCGUIRE, LLC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com

*Counsel for Plaintiff Susan Fox and the Putative Class*

## CERTIFICATE OF SERVICE

       I, Ari J. Scharg, an attorney, certify that on December 24, 2012, I served the above and foregoing ***Notice of Plaintiff's Opposition to Time, Inc.'s Motion to Dismiss*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 24, 2012.


/s/  Ari J. Scharg