**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| SUSAN FOX, individually, and on behalf of all others similarly situated, | Case No. 4:12-cv-14390-GAD-MKM |
| Plaintiff, | [Hon. Gershwin A. Drain] |
| v. | [Magistrate Judge Mona K. Majzoub] |
| TIME, INC., a Delaware Corporation, | |
| Defendant. | |

**NOTICE OF ELECTRONIC FILING**

I, Ari J. Scharg, an attorney, certify that on December 24, 2012, I electronically filed

***Plaintiff's Opposition to Time, Inc.'s Motion to Reassign*** with the Clerk of the United States

District Court for the Eastern District of Michigan, using the CM/ECF system, which will send

notification of such filing to all attorneys of record.

Dated: December 24, 2012

Respectfully submitted,

**Susan Fox**, individually and on behalf of a class of similarly situated individuals,

By: /s/  Ari J. Scharg
       One of her Attorneys

| | |
|---|---|
| Henry M. Scharg – P28804 | Ari J. Scharg |
| LAW OFFICE OF HENRY M. SCHARG | EDELSON MCGUIRE, LLC |
| 302 W. Main Street | 350 N. LaSalle, Suite 1300 |
| Northville, Michigan 48167 | Chicago, Illinois 60654 |
| Tel: (248) 596-1111 | Tel: (312) 589-6370 |
| Fax: (248) 596-1578 | Fax: (312) 589-6378 |
| hmsattyatlaw@aol.com | ascharg@edelson.com |

*Counsel for Plaintiff Susan Fox and the Putative Class*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Ari J. Scharg, an attorney, certify that on December 24, 2012, I served the above and foregoing ***Notice of Plaintiff's Opposition to Time, Inc.'s Motion to Reassign*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 24, 2012.


/s/  Ari J. Scharg