UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN FOX, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIME, INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>[Hon. George C. Steeh]<br><br>[Magistrate Judge Mona K. Majzoub] |

### APPEARANCE OF J. DOMINICK LARRY ON BEHALF OF PLAINTIFF

**TO:**　Clerk of the Court and Counsel of Record:

　　Attorney J. Dominick Larry of Edelson McGuire, LLC hereby files his Appearance as attorney for Plaintiff Susan Fox in the above-captioned matter.

Dated: March 6, 2013　　　　　　　　　　By: /s/ J. Dominick Larry
　　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's attorneys

Ari J. Scharg (ascharg@edelson.com)
J. Dominick Larry (nlarry@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

Henry M. Scharg (hmsattyatlaw@aol.com)
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: (248) 596-1111
Fax: (248) 596-1578

*Counsel for Plaintiff Susan Fox*

2

## CERTIFICATE OF SERVICE

      I, J. Dominick Larry, an attorney, certify that on March 6, 2013, I served the above and foregoing *Appearance of J. Dominick Larry*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this March 6, 2013.

                                                    /s/  J. Dominick Larry