UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., LP, a Delaware Partnership,<br><br>   Defendant. | Case No. 2:12-cv-12831-GCS-RSW<br><br>Hon. George C. Steeh |
| DAVID GRENKE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>   Defendant. | Case No. 2:12-cv-14221-GCS-MKM<br><br>Hon. George C. Steeh |
| SUSAN FOX, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>TIME, INC., a Delaware Corporation,<br><br>   Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## STIPULATED ORDER TO EXTEND BRIEFING SCHEDULE

This Stipulation is entered into by and among Plaintiffs Cindy Halaburda, David Grenke, and Susan Fox ("Plaintiffs"), and Defendants Bauer Publishing Co., LP, Hearst Communications, Inc., and Time Inc. (collectively "Defendants"), by and through their respective counsel.

WHEREAS, on August 22, 2013, Defendants filed their Motion for Amendment and Certification of Orders for Interlocutory Appeal and Stay Pending Appeal ("Motion") (Halaburda Dkt. 50; Grenke Dkt. 41; Fox Dkt. 46);

WHEREAS, Plaintiffs filed their Response in opposition to Defendants' Motion on September 12, 2013 (Halaburda Dkt. 52; Grenke Dkt. 43; Fox Dkt. 48);

WHEREAS, Defendants' deadline to file a Reply is September 19, 2013;

WHEREAS, Defendants' counsel has conferred with counsel for Plaintiffs, and the Parties stipulate and agree, subject to Court approval, to extend Defendants' deadline to file their Response in opposition to Defendants' Motion up to and including September 26, 2013; and

WHEREAS, this Stipulation is not brought for purposes of delay.

**NOW THEREFORE,** the Parties stipulate as follows:

1.  Defendants' deadline to file their Reply in support of their Motion for Amendment and Certification of Orders for Interlocutory Appeal and Stay Pending Appeal shall be September 26, 2013.

**IT IS SO STIPULATED.**

        Respectfully submitted,

Dated: September 17, 2013    **Cindy Halaburda, David Grenke and Susan Fox,** individually and on behalf of all others similarly situated,

By: /s/    Ari J. Scharg
One of Plaintiffs' Attorneys

Ari J. Scharg
J. Dominick Larry
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
ascharg@edelson.com
nlarry@edelson.com
*Counsel for Plaintiffs and the putative classes*

Brian C. Summerfield – P57514
BODMAN PLC
201 W. Big Beaver Road
Suite 500
Troy, Michigan 48084
Tel: (248) 743-6075
bsummerfield@bodmanlaw.com
*Counsel for Plaintiffs Cindy Halaburda, David Grenke, and the putative classes*

Henry M. Scharg – P28804
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: (248) 596-1111
Fax: (248) 596-1578
hmsattyatlaw@aol.com
*Counsel for Plaintiff Susan Fox and the putative class*

Dated: September 17, 2013         **Bauer Publishing Co., LP, Hearst Communications, Inc., and Time Inc.**

By: /s/      Sharon L. Schneier
One of Defendants' Attorneys

Sharon L. Schneier
Collin J. Peng-Sue
Davis Wright Tremaine LLP
1633 Broadway – 27th Floor
New York, New York 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
sharonschneier@dwt.com
collinpengsue@dwt.com

Robert M. Jackson – P40732
Arthur T. O'Reilly – P70406
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226
Tel: (313) 465-7400
Fax: (313) 465-7401
rjackson@honigman.com
aoreilly@honigman.com

*Counsel for Defendants Bauer Publishing Co., LP, Hearst Communications, Inc., and Time Inc.*

SO ORDERED.

                              s/George Caram Steeh
                              United States District Judge

Dated:  September 17, 2013