## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSAN FOX, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-14390-GCS-MKM |
| Plaintiff, | Hon. George C. Steeh |
| v. | |
| TIME, INC., a Delaware Corporation, | |
| Defendant. | |

## STIPULATION TO ALLOW PLAINTIFF
## TO FILE FIRST AMENDED COMPLAINT

This Stipulation is entered into by and among Plaintiff Susan Fox ("Plaintiff") and Defendant Time Inc. ("Defendant"), by and through their respective counsel.

WHEREAS, on October 3, 2012, Plaintiff Susan Fox filed her class action complaint in the above-captioned matter (Dkt. 1);

WHEREAS, on December 3, 2012, Defendant filed a Motion to Dismiss Plaintiff's lawsuit (Dkt. 22);

WHEREAS, on August 6, 2013, the Court granted in part and denied in part Defendant's Motion to Dismiss (Dkt. 43);

WHEREAS, on October 3, 2013, the Court held a scheduling conference in chambers, during which Plaintiff's counsel informed the Court that due to a recent

medical issue, Plaintiff's counsel – in conjunction with Plaintiff and her family – determined that Plaintiff was no longer able to serve as class representative;

WHEREAS, Plaintiff and her counsel believe that the putative Class would be best served by substituting in a new named plaintiff to serve as class representative;

WHEREAS, Plaintiff's counsel has conferred with Defendant's counsel and the Parties have agreed to allow Plaintiff to substitute Rose Coulter-Owens into the action as named plaintiff, based on Plaintiff's counsel's representation that the claims asserted by Coulter-Owens are virtually identical to those asserted by Fox;

WHEREAS, Defendant agrees that it will not attempt to negotiate or otherwise settle Coulter-Owens's claims (which is commonly referred to as a "pick off"), without the prior written consent of Plaintiff's counsel.

**NOW THEREFORE,** the Parties stipulate as follows:

1.      Plaintiff Coulter-Owens shall have three weeks from the Court's entry of this stipulation to file an amended class action complaint;

2.      Defendant Time Inc. will not, directly or indirectly, attempt to negotiate, settle, or otherwise "pick off" Plaintiff Coulter-Owens's claims against it without the prior written consent of Coulter-Owens's counsel.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 7, 2013      **EDELSON LLC**

By: /s/ Ari J. Scharg
One of Plaintiffs' Attorneys

Ari J. Scharg
J. Dominick Larry
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
ascharg@edelson.com
nlarry@edelson.com

Henry M. Scharg – P28804
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: (248) 596-1111
Fax: (248) 596-1578
hmsattyatlaw@aol.com

*Counsel for Plaintiff Susan Fox and the putative class*

Dated: November 7, 2013      **DAVIS WRIGHT TREMAINE LLP**

By: /s/ Sharon L. Schneier
One of Defendants' Attorneys

Sharon L. Schneier
Collin J. Peng-Sue
Davis Wright Tremaine LLP
1633 Broadway – 27th Floor
New York, New York 10019
Tel: (212) 489-8230

Fax: (212) 489-8340
sharonschneier@dwt.com
collinpengsue@dwt.com

Robert M. Jackson – P40732
Arthur T. O'Reilly – P70406
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226
Tel: (313) 465-7400
Fax: (313) 465-7401
rjackson@honigman.com
aoreilly@honigman.com

*Counsel for Defendant Time Inc.*

Entered:  November 7, 2013          s/George Caram Steeh
                                   HONORABLE GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE