# EXHIBIT B



# Time Inc. Magazines Group Enhanced Masterfile Mailing List

Reach millions of consumers from a rich variety of lifestyles and demographics for highly targeted mailings with this merged, unduplicated database of over 19 titles from Time Inc. Subscribers have been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments. Included in this Group Enhanced Database are subscribers to All You, Coastal Living, Cooking Light, Entertainment Weekly, ESSENCE, FORTUNE, GOLF Magazine, Health, InStyle, Money, People, People StyleWatch, Real Simple, Southern Living, Sports Illustrated, Sunset, This Old House, and TIME. With the broad range of lifestyle demographic and purchase data available, combined with the substantial universe, even the most targeted campaigns will have success with this masterfile.

Get Count   Get Pricing   Get More Information

| SEGMENTS | | COUNTS THROUGH 10/03/2013 |
|---|---|---|
| 13,004,210 | TOTAL UNIVERSE / BASE RATE | $95.00/M |
| 1,415,242 | 1 MONTH SUBSCRIBERS | + $16.00/M |
| 3,678,767 | 3 MONTH SUBSCRIBERS | + $12.00/M |
| 4,866,150 | ACTIVE MALE SUBSCRIBERS | + $8.00/M |
| 8,333,538 | ACTIVE FEMALE SUBSCRIBERS | + $8.00/M |
| 251,444 | ACTIVE SUBSCRIBERS AGE 18-25 | + $16.00/M |
| 1,183,164 | ACTIVE SUBSCRIBERS AGE 26-35 | + $16.00/M |
| 2,855,345 | ACTIVE SUBSCRIBERS AGE 36-49 | + $16.00/M |
| 7,625,630 | ACTIVE SUBSCRIBERS AGE 50+ | + $16.00/M |
| 3,268,976 | ACTIVE SUBSCRIBERS AGE 66+ | + $16.00/M |
| 4,178,026 | ACTIVE SUBSCRIBERS WITH CHILDREN | + $16.00/M |
| 8,345,473 | ACTIVE SUBSCRIBERS WITH INCOME $75K+ | + $16.00/M |
| 1,949,452 | ACTIVE SUBSCRIBERS WITH NETWORTH $1MM+ | + $20.00/M |
| 10,625,557 | ACTIVE HOMEOWNERS | + $16.00/M |
| 8,457,327 | ACTIVE MARRIED SUBSCRIBERS | + $16.00/M |
| 8,977,975 | ACTIVE DONORS | + $16.00/M |
| 1,145,045 | ACTIVE HISPANIC SUBSCRIBERS | + $16.00/M |
| 1,393,415 | ACTIVE AFRICAN AMERICAN SUBSCRIBERS | + $16.00/M |
| 1,437,925 | ACTIVE VETERANS | + $16.00/M |
| 9,954,434 | ACTIVE SUBSCRIBERS WITH COOKING INTEREST | + $16.00/M |
| 2,150,343 | ACTIVE SUBSCRIBERS WITH WINE INTEREST | + $16.00/M |
| 8,213,697 | ACTIVE SUBSCRIBERS WITH CRAFTS INTEREST | + $16.00/M |
| 5,465,396 | ACTIVE PET OWNERS | + $16.00/M |
| 4,674,074 | ACTIVE SUBSCRIBERS WITH GREEN LIVING INTEREST | $16.00/M |
| 4,041,789 | ACTIVE SUBSCRIBERS WITH SWEEPSTAKES INTEREST | + $16.00/M |
| 3,373,681 | ACTIVE CATHOLICS | + $16.00/M |
| 2,190,231 | ACTIVE SUBSCRIBERS WITH RELIGIOUS/INSPIRATIONAL INTEREST | + $16.00/M |
| | FUNDRAISING/CATALOG RATE $75/M | |

| POPULARITY: | 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | OTHER |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| AGE, INCOME | $16.00/M |
| BUSINESS ADDRESS | $14.00/M |
| CANCELLATION FEE | $100.00/F |
| GENDER/SEX | $8.00/M |
| KEY CODE | $2.00/M |
| LIFESTYLE | $16.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $8.00/M |
| ZIP PROCESSING FEE | $50.00/F |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

**RELATED LISTS**

### DESCRIPTION

Reach millions of consumers from a rich variety of lifestyles and demographics for highly targeted mailings with this merged, unduplicated database of over 19 titles from Time Inc. Subscribers have been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

Included in this Group Enhanced Database are subscribers to All You, Coastal Living, Cooking Light, Entertainment Weekly, ESSENCE, FORTUNE, GOLF Magazine, Health, InStyle, Money, People, People en Español, People StyleWatch, Real Simple, Southern Living, Sports Illustrated, Sunset, This Old House, and TIME.  With the broad range of lifestyle, demographic and purchase data available, combined with the substantial universe, even the most targeted campaigns will have success with this masterfile.

- AMERICAN EXPRESS PUBLISHING ENHANCED DATABASE
- SMITHSONIAN MAGAZINE
- BONNIER CORPORATION ENHANCED MASTERFILE
- MONEY MAGAZINE ENHANCED
- HEARST MASTERFILE
- WILLIAMS-SONOMA - THE UNIVERSE FILE
- CONSUMER REPORTS
- PARALYZED VETERANS OF AMERICA PREMIUM DONOR MASTERFILE
- NOZA ENHANCED DONOR MASTERFILE
- CONDE NAST - ENHANCED DATABASE

**Source:**     Direct Mail

**Pricing:**
Policy:          Net Name 85%
Minimum:    50,000                                    Run Charge: $10/M

Terms:         Cancelled orders before the mail date incurs: 100/L cancellation fee, output, applicable run charges and enhancement fees.  Orders Cancelled after the mail date, full charges apply.

**Additional Selects (Please inquire for specific counts)**

| Demographics | | Contributor/Donors | |
|---|---|---|---|
| Age 18-99 | 14,734,450 | Animal Welfare | 1,326,245 |
| Presence of Children 0-17 | 5,498,803 | Arts/Cultural | 158,880 |
| Child Gender- Female | 664,344 | Children | 1,569,388 |
| Child Gender- Male | 724,932 | Environmental/Wildlife | 1,813,004 |
| # Children in Household | 6,686,501 | Health | 3,767,654 |
| Household Income $30K+ | 12,272,583 | International Aid | 73,479 |
| Networth | 15,914,149 | Political | 158,311 |
| Homeowners | 12,575,420 | Political- Conservative | 95,351 |
| Renter | 2,187,281 | Political- Liberal | 65,343 |
| Home Value | 15,889,814 | Religious | 2,183,443 |
| Length of Residence 1+ Years | 14,465,734 | Veterans | 1,252,378 |
| Married | 10,451,083 | General Donor | 10,063,930 |
| Single | 3,657,986 | Donates via Mail | 548,331 |

| Health Ailments (Interest in) | | Travel | |
|---|---|---|---|
| Arthritis | 176,067 | Airline Travel | 1,065,985 |
| Cholesterol | 837,153 | Business Travel- Domestic | 1,316,279 |
| Corrective Lenses | 4,771,467 | Cruise | 2,831,917 |
| Diabetic | 523,914 | Family Vacation | 1,165,491 |
| Disabled | 49,080 | Frequent Flyer | 395,827 |
| Orthopedic | 603,756 | International Travel | 1,383,942 |
| | | Leisure Travel | 1,437,504 |
| **Hobbies/Interests** | | RV | 305,377 |
| American History Interest | 507,204 | Time Share | 370,001 |
| Arts | 4,834,014 | Travel in US | 7,717,032 |
| Auto Work/Mechanics | 5,291,585 | Travel Purchase | 1,884,236 |
| Avid Music Listener | 6,554,055 | | |
| Beauty/Fashion | 9,009,435 | **Personal Finance** | |

| | | | |
|---|---|---|---|
| Birdwatching | 70,491 | Money Seekers | 1,383,509 |
| Book Enthusiast | 7,488,185 | Personal Finance - Active Investors | 1,433,814 |
| Casino Gambling | 1,948,086 | Personal Finance - Foreign Investments | 327,781 |
| Children/Family Interest | 5,764,529 | Personal Finance - Real Estate | 983,807 |
| Collectibles | 8,016,275 | Personal Investments | 7,055,998 |
| Collectibles- Antiques | 8,009,921 | Real Estate Investments | 1,904,571 |
| Collectibles- Arts | 867,154 | Stocks/Bonds | 4,453,218 |
| Collectibles- Coins | 1,847,449 | | |
| Collectibles- Stamps | 1,024,492 | **Sports/Outdoors** | |
| Cooking | 11,232,086 | ATV Interest | 49,150 |
| Cooking- Gourmet | 9,299,656 | Auto Racing Interest | 1,270,919 |
| Cooking- Low Fat | 2,958,017 | Baseball Interest | 2,387,602 |
| Crafts | 9,097,650 | Basketball Interest | 2,206,381 |
| Crafts - Knit/Crochet | 98,699 | Boat Owner | 620,926 |
| Crafts - Needlepoint | 31,953 | Boating/Sailing Interest | 2,201,663 |
| Crafts - Painting | 209,679 | Camping/Hiking Interest | 3,107,332 |
| Crafts - Quilting | 65,450 | Equestrian Interest | 432,065 |
| Crafts - Scrapbooking | 145,968 | Fishing Interest | 3,207,212 |
| Crafts - Sewing | 216,831 | Football Interest | 3,066,422 |
| Crafts - Woodworking | 156,157 | Golf Interest | 3,860,456 |
| Current Affairs | 4,245,636 | Hockey Interest | 876,789 |
| Gardening | 10,630,651 | Hunting/Shooting Interest | 3,583,274 |
| Gift Givers | 575,985 | Motorcycles | 825,152 |
| Grandchildren | 2,795,630 | Mountain Biking Interest | 1,676,551 |
| History/Military Interest | 997,407 | NASCAR Interest | 1,604,409 |
| Home Furnishing | 11,869,207 | Power Boating Interest | 553,311 |
| Home Improvement Interest | 7,733,463 | Scuba Diving | 118,106 |
| Mail Order Buyer | 13,145,752 | Skiing | 991,793 |
| Pet Owner | 4,085,150 | Soccer | 145,893 |
| Pets - Cat Owner | 2,581,398 | Tennis | 689,794 |
| Pets - Dog Owner | 3,658,361 | Water Sports | 84,194 |
| Photography Enthusiast | 146,996 | | |
| Photography Interest | 2,557,753 | **Religion** | |
| Reading - General | 12,732,230 | Buddhist | 242,057 |
| Reading - Religious/Inspirational | 2,467,110 | Catholic | 2,535,985 |
| Reading - Science Fiction | 695,915 | Greek Orthodox | 45,379 |
| Reading - Top Sellers | 2,275,408 | Hindu | 91,344 |
| Religious/Inspirational Interest | 3,670,790 | Islamic | 95,837 |
| Space/Science Interest | 1,293,652 | Jewish | 391,504 |
| Smoking Tobacco | 604,893 | Sikh | 9,128 |
| Sweepstakes/Contests | 4,053,706 | Lutheran | 8,587 |
| Swimming Pool | 1,832,040 | Mormon | 46,693 |
| Wines | 1,166,545 | Eastern Orthodox | 127,892 |
| Woodworking | 2,955,674 | Protestant | 9,616,927 |
| | | Shinto | |
| **Apparel** | | | |
| Apparel - Children | 942,267 | **Ethnicity** | |
| Apparel - General | 10,097,560 | African American | 723362 |
| Apparel - Infant/Toddler | 496,416 | American | 5,768,220 |
| Apparel - Junior | 466,190 | Arab | 48,451 |
| Apparel - Men | 2,651,354 | Asian | 489,801 |
| Apparel - Petite | 419,156 | Eastern European | 567,403 |
| Apparel - Plus Size | 2,338,198 | French | 476,669 |
| Apparel - Women | 7,257,915 | German | 1,540,581 |
| Apparel - Women's Footwear | 1,849,132 | Hispanic | 723,362 |
| | | Italian | 631,770 |
| **Computers/Online/Electronics** | | Jewish | 319,096 |
| Cell Phone | 8,282,803 | Mediterranean | 1,559,951 |
| DSL/Cable- High Speed Internet | 3,137,343 | Middle Eastern | 62,060 |

| | | | |
|---|---|---|---|
| DVD-VCR-Laser Disc Owner | 842,254 | Native American | 30,764 |
| PC Owner | 11,320,957 | Northern European | 396,466 |
| PC Software Buyer | 5,773,490 | Polynesian | 40,071 |
| PC Mac Owners | 51,340 | Scandinavian | 317,370 |
| Satellite Dish | 750,729 | Western European | 10,069,160 |
| Video Games | 939,391 | | |
| Wireless Products | 5,836,714 | | |
| **Health/Fitness** | | | |
| Aerobic/Cardio | 662,175 | | |
| Dieting/Weight Loss | 5,546,064 | | |
| Exercise/Health General Interest | 10,056,150 | | |
| Natural Foods | 4,258,278 | | |
| Running/Jogging | 1,438,045 | | |
| Self-Improvement | 3,118,273 | | |
| Vegetarian | 129,787 | | |
| Walking | 4,072,585 | | |

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #79591 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS NOT AVAILABLE
- REUSE IS AVAILABLE ON ORDERS OF 2,500

Get Count    Get Pricing    Get More Information

© 2013 NextMark, Inc. | Terms and conditions of Use