# EXHIBIT C



① Start  ② Results  ③ Data Card  ④ Request  ⑤ Finished

Exact Data CONSUMERBASE — POSTAL, EMAIL AND TELEPHONE LISTS — Click Here To Fill Out A Form And Receive A Free Quote

# TIME Magazine Enhanced Mailing List

TIME stays on top of all the important news and events happening around the world with interesting and thought provoking articles. From the latest breakthroughs in technology to the newest government policies affecting Americans, TIME gives insightful and in-depth reporting on many different topics to help readers make informed decisions concerning their family, their careers, their finances and even their personal time. TIME has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 08/29/2013 |
|---|---|---|
| 1,897,501 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 527,329 | HOUSEHOLDS WITH CHILDREN | + $16.00/M |
| 1,619,486 | INCOME $50K+ | + $16.00/M |
| 1,426,538 | DONORS/CHARITABLE CAUSES | + $16.00/M |
| 400,271 | HAVE GRANDCHILDREN | + $16.00/M |
| 1,429,344 | HEALTH & FITNESS | + $16.00/M |
| 1,340,438 | INTEREST IN PERSONAL FINANCE | + $16.00/M |
| 1,152,399 | TRAVELERS | + $16.00/M |
| 1,370,520 | GARDENERS | + $16.00/M |
| 1,163,973 | FASHION/BEAUTY INTEREST | + $16.00/M |
| 784,259 | PET OWNERS | + $16.00/M |
| 1,341,476 | AGE 50+ | + $16.00/M |
| | FUNDRAISING/CATALOG RATE $75/M | |

| POPULARITY: | ▮▮▮▮▮ 99 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | 🖃 |
| SOURCE: | SEE DESCRIPTION |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 47% FEMALE 53% MALE |
| SPENDING: | $49.00 AVERAGE ORDER |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| AGE, INCOME | $16.00/M |
| CANCELLATION FEE | $100.00/F |
| COMPUTER | $16.00/M |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $8.00/M |
| KEY CODE | $2.00/M |
| LIFESTYLE | $16.00/M |
| MINIMUM FULFILLMENT FEE | $50.00/F |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $8.00/M |
| ZIP PROCESSING FEE | $50.00/F |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| FTP | $50.00/F |

### DESCRIPTION



TIME stays on top of all the important news and events happening around the world with interesting and thought provoking articles. From the latest breakthroughs in technology to the newest government policies affecting Americans, TIME gives insightful and in-depth reporting on many different topics to help readers make informed decisions concerning their family, their careers, their finances and even their personal time.

TIME has been enhanced with InfoBase Data to identify hundreds of lifestyle and demographic segments.

### RELATED LISTS

- MONEY MAGAZINE ENHANCED
- FORTUNE ENHANCED
- TIME INC. MAGAZINES GROUP ENHANCED MASTERFILE
- SPORTS ILLUSTRATED ENHANCED
- AMERICAN EXPRESS PUBLISHING ENHANCED DATABASE
- FORTUNE
- CONDE NAST - ENHANCED DATABASE
- SMITHSONIAN MAGAZINE



ENHANCED DATABASE
GOLF MAGAZINE ENHANCED
ENTERTAINMENT WEEKLY ENHANCED

| Demographics/Profile: | | Source: |
|---|---|---|
| Women | 47% | Agents |
| Men | 53% | Direct Mail |
| College Educated | 72% | Insert Cards |
| Median Age | 46 | Internet |
| Median Household Income | $ 73,842 | Renewals |
| | | Television |

**General Comments:**
For additional listing of lifestyles and demographic selects with counts, please refer to the list counts link.

**Pricing:**
Policy:     Net Name 85%
Minimum:    50,000            Run Charge: $10/M

Terms:  Cancelled orders before the mail date incurs: 100/L cancellation fee, output, applicable run charges and enhancement fees.  Orders Cancelled after the mail date, full charges apply.  All list rentals must be reciprocal to all Time Magazine offers.

**Additional Selects (Please inquire for specific counts)**

| Demographics | Contributor/Donors |
|---|---|
| Age | Animal Welfare |
| Presence of Children 0-17 | Arts/Cultural |
| Child Gender | Children |
| Number of Children in Household | Environmental/Wildlife |
| | Health |
| Household Income | |
| | International Aid |
| Networth | |
| | Political |
| Homeowners | |
| | Political - Conservative |
| Home Value | |
| | Political - Liberal |
| Length of Residence | |
| | Religious |
| Married / Single | |
| | Veterans |

| | |
|---|---|
| Veterans | General Donor |
| Voter - Democrat | Donates via Mail |
| Voter - Republican | **Travel** |
| Voter - Independent | Airline Travel |
| Voter Registered - No Party | Business Travel - Domestic |
| **Hobbies/Interests** | Cruise |
| American History Interest | Family Vacation |
| Arts | Frequent Flyer |
| Auto Work/Mechanics | International Travel |
| Avid Music Listener | Leisure Travel |
| Beauty/Fashion | RV |
| Birdwatching | Time Share |
| Book Enthusiast | Travel in US |
| Casino Gambling | Travel Purchase |
| Children/Family Interest | **Personal Finance** |
| Collectibles | Money Seekers |
| Collectibles - Antiques | Personal Finance - Active Investors |
| Collectibles - Arts | Personal Finance - Foreign Investments |
| Collectibles - Coins | |
| Collectibles - Stamps | Personal Finance - Real Estate |
| Cooking | Personal Investments |
| Cooking- Gourmet | Real Estate Investments |
| Cooking- Low Fat | Stocks/Bonds |
| Crafts | **Sports/Outdoors** |
| Crafts - Knit/Crochet | ATV Interest |
| Crafts - Needlepoint | Auto Racing Interest |
| Crafts - Painting | Baseball Interest |

| | |
|---|---|
| Crafts - Quilting | Basketball Interest |
| Crafts - Scrapbooking | Boat Owner |
| Crafts - Sewing | Boating/Sailing Interest |
| Crafts - Woodworking | Camping/Hiking Interest |
| Current Affairs | Equestrian Interest |
| Gardening | Fishing Interest |
| Gift Givers | Football Interest |
| Grandchildren | Golf Interest |
| History/Military Interest | Hockey Interest |
| Home Furnishing | Hunting/Shooting Interest |
| Home Improvement Interest | Motorcycles |
| Mail Order Buyer | Mountain Biking Interest |
| Pet Owner | NASCAR Interest |
| Pets - Cat Owner | Power Boating Interest |
| Pets - Dog Owner | Scuba Diving |
| Photography Enthusiast | Skateboarding |
| Photography Interest | Skiing |
| Reading - General | Skiing Products Purchase |
| Reading - Religious/Inspirational | Snowboarding |
| | Soccer |
| Reading - Science Fiction | Tennis |
| Reading - Top Sellers | Water Sports |
| Religious/Inspirational Interest | **Religion** |
| Space/Science Interest | Buddhist |
| Smoking Tobacco | Catholic |
| Sweepstakes/Contests | Greek Orthodox |
| Swimming Pool | Hindu |
| Wines | |

Woodworking

**Apparel**

Apparel - Children

Apparel - General

Apparel - Infant/Toddler

Apparel - Junior

Apparel - Men

Apparel - Petite

Apparel - Plus Size

Apparel - Women

Apparel - Women's Footwear

**Computers/Online/Electronics**

Cell Phone

DSL/Cable - High Speed Internet

DVD/VCR/Laser Disc Owner

PC Owner

PC Software Buyer

PC Mac Owners

Satellite Dish

Video Games

Wireless Products

**Health/Fitness**

Aerobic/Cardio

Dieting/Weight Loss

Exercise/Health General Interest

Natural Foods

Islamic

Jewish

Sikh

Lutheran

Mormon

Eastern Orthodox

Protestant

Shinto

**Ethnicity**

African American

American

Arab

Asian

Eastern European

French

German

Hispanic

Italian

Jewish

Mediterranean

Middle Eastern

Native American

Northern European

Polynesian

Scandinavian

Western European

- Running/Jogging
- Self-Improvement
- Vegetarian
- Walking

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #79587 or click here to place your request.
- 7,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- REUSE IS AVAILABLE ON ORDERS OF 2,500

Get Count    Get Pricing    Get More Information

© 2013 NextMark, Inc. | Terms and conditions of Use