UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GRENKE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 2:12-cv-14221-GCS-MKM<br><br>Hon. George C. Steeh |
| ROSE COULTER-OWENS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>TIME INC., a Delaware Corporation,<br><br>       Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## ORDER LIFTING STAY

Plaintiffs' Unopposed Motion to Lift the Stay of All Deadlines, dated May 16, 2014, is GRANTED, and the above-captioned actions are no longer stayed and shall proceed along the schedule entered by this Court's March 19, 2014 Order (*Coulter-Owens* Dkt. 58; *Grenke* Dkt. 52.)

**IT IS SO ORDERED**

Dated: May 19, 2014                     s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE


Respectfully submitted,

Dated: May 19, 2014            **David Grenke and Rose Coulter-Owens**

                               By: s/ Ari J. Scharg
                               One of Plaintiffs' Attorneys

                               Ari J. Scharg
                               ascharg@edelson.com
                               J. Dominick Larry
                               nlarry@edelson.com
                               EDELSON PC
                               350 North LaSalle Street, Suite 1300
                               Chicago, IL 60654
                               Tel: 312.589.6370
                               Fax: 312.589.6378

                               *Counsel for Plaintiffs David Grenke, Rose Coulter-Owens, and the putative Classes*


                               Brian C. Summerfield – P57514
                               BODMAN PLC
                               201 W. Big Beaver Rd., Suite 500
                               Troy, MI 48084
                               Tel: (248) 743-6075
                               bsummerfield@bodmanlaw.com

                               *Counsel for Plaintiff David Grenke and the putative Class*

>Henry M. Scharg – P28804
>LAW OFFICE OF HENRY M. SCHARG
>302 W. Main Street
>Northville, MI 48167
>Tel: (248) 596-1111
>Fax: (248) 596-1578
>hmsattyatlaw@aol.com
>
>*Counsel for Plaintiff Rose Coulter-Owens and the putative Class*

## **CERTIFICATE OF SERVICE**

I, J. Dominick Larry, an attorney, certify that on May 19, 14, I served the above and foregoing by causing true and accurate copies of such paper to be transmitted to all counsel of record via electronic mail.

s/ J. Dominick Larry