UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Susan Fox, et al.,

                    Plaintiff(s),

v.                                                 Case No. 2:12−cv−14390−GCS−MKM
                                                 Hon. George Caram Steeh

Time, Inc.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge George Caram Steeh as follows:

- STATUS CONFERENCE: May 28, 2014 at 03:30 PM

    The conference shall be initiated by plaintiff's counsel.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/M. Beauchemin
                                                               Case Manager

Dated: May 19, 2014