# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| DAVID GRENKE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-cv-14221-GCS-MKM<br><br>Hon. George C. Steeh |
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Defendants Hearst Communications, Inc. and Time Inc. (collectively "Defendants"), and Plaintiffs David Grenke and Rose Coulter-Owens (collectively "Plaintiffs," and together with Defendants, the "Parties"), by and through their respective counsel hereby move the Court to extend the deadline for witness lists to be filed from September 8, 2014 to November 21, 2014, and state as follows:

1.     After motion practice and a stay of proceedings for the parties to determine whether a settlement of the above-captioned actions (either some or all) was possible, by Order dated May 19,

2014, the Court ordered the above-captioned actions to proceed along a previously-stipulated schedule that set January 9, 2015 as the discovery cutoff date in the actions and September 8, 2014 as the cutoff date for witness lists to be filed.  (Grenke Dkt. 52, 54; Coulter-Owens Dkt. 58, 60).

2.      Consistent with the current Scheduling Order, on June 23, 2014, Defendant Time Inc. filed its Answer to Plaintiff Rose Coulter-Owens' First Amended Class Action Complaint (Coulter-Owens Dkt. 65) and Defendant Hearst Communications, Inc. filed its Answer to Plaintiff David Grenke's Complaint. (Grenke Dkt. 59).  On August 8, 2014, each Defendant served its respective Rule 26(a) disclosures.  The Parties are currently engaged in discovery.

3.      On August 14, 2014, the Parties conferred and agreed that given the current posture of the actions, the deadline for the filing of witness lists should, subject to Court approval, be extended from September 8, 2014 to November 21, 2014.

4.      The Parties' joint request is supported by good cause—extending the witness list filing deadline to November 21, 2014 will enable the Parties to compile their respective witness lists with the benefit of additional discovery.

5.      The instant motion is filed in good faith and not for purposes of undue delay or for any improper purpose.  To the contrary, the Parties believe that extending the deadline for filing witness lists to November 21, 2014 will be more efficient for, and conserve the resources of, both the Parties and the Court.

WHEREAS, Defendants Hearst Communications, Inc. and Time Inc., and Plaintiffs David Grenke and Rose Coulter-Owens respectfully request that the Court enter an Order amending the current schedule to move the deadline for filing of witness lists to November 21, 2014.  The Parties request that relief be granted by text-only order.

**Respectfully submitted,**

Dated: September 5, 2014        By: <u>/s/ Ari J. Scharg</u>
Ari J. Scharg
ascharg@edelson.com
J. Dominick Larry
nlarry@edelson.com
John C. Ochoa
jochoa@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiffs Grenke and Coulter-Owens and
the putative classes*

Dated: September 5, 2014        By: <u>/s/ Jeffrey Landis</u>
Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
Tel: 202.296.3585
Fax: 202.706.5298

Robert M. Jackson (P40723)
rjackson@honigman.com
Arthur T. O'Reilly (P70406)

aoreilly@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN,
LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Tel: 313.465.7430
Fax: 313.465.7629

*Counsel for Defendant Time Inc.*

Dated: September 5, 2014          By: /s/ Kristina E. Findikyan
Jonathan R. Donnellan
jdonnellan@hearst.com
Kristina E. Findikyan
kfindikyan@hearst.com
Steven H. Yuhan
syuhan@hearst.com
HEARST CORPORATION
Office of General Counsel
300 W. 57th Street, 40th Floor
New York, NY 10019
Tel: 212.649.2009
Fax: 646.280.2009

James P. Feeney (P13335)
jfeeney@dykema.com
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI  48304
Tel: 248.203.0841
Fax: 855.243.9885

*Counsel for Defendant Hearst Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I, Jeffrey Landis, an attorney, certify that on September 5, 2014, I served the above and foregoing Joint Motion to Amend Scheduling Order by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the court's CM/ECF electronic filing system.

/s/ Jeffrey Landis_____