# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## STIPULATED ORDER TO EXTEND DATES

The Parties' Joint Motion to Amend the Scheduling Order is GRANTED IN PART and each of the dates previously set by the Court is extended as follows:

| Event | New Date |
|---|---|
| Witness lists filed by | January 5, 2015 |
| Discovery cutoff | February 9, 2015 |
| Class Certification Motion | March 10, 2015 |
| Dispositive Motions | May 4, 2015 |
| Final Pretrial order | August 3, 2015 |
| Final Pretrial conference | August 10, 2015 at 10:00 a.m. |
| Trial Date | August 25, 2015 at 9:00 a.m. |
| Estimated Length of Trial | 5 days |

Respectfully submitted,

Dated: November 21, 2014 By: /s/ Ari J. Scharg
Ari J. Scharg
ascharg@edelson.com
J. Dominick Larry
nlarry@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff Coulter-Owens and the putative classes*

Dated: November 21, 2014

By: /s/ Jeffrey Landis
Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

Robert M. Jackson (P40723)
rjackson@honigman.com
Arthur T. O'Reilly (P70406)
aoreilly@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN, LLP
660 Woodward Avenue

2290 First National Building
Detroit, MI 48226
(313) 465-7430

*Counsel for Defendant Time Inc.*

IT IS SO ORDERED.

Entered:   November 25, 2014         s/George Caram Steeh
                                     THE HON. GEORGE CARAM STEEH
                                     UNITED STATES DISTRICT JUDGE