IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER OWENS, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>TIME INC., a Delaware Corporation,<br><br>      Defendant. | Case No. 12-cv-14390 |

### APPEARANCE OF BENJAMIN S. THOMASSEN ON BEHALF OF PLAINTIFF

**TO:** Clerk of the Court and Counsel of Record:

  Attorney Benjamin S. Thomassen of Edelson PC hereby files his Appearance as attorney for Plaintiff Rose Coulter-Owens in the above-captioned matter.

Dated:  December 29, 2014        By: /s/  Benjamin S. Thomassen
                        One of Plaintiff's attorneys

Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
J. Dominick Larry
nlarry@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg (P28804)
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, certify that on December 29, 2014, I served the above and foregoing *Appearance of Benjamin S. Thomassen* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 29, 2014.

      /s/  Benjamin S. Thomassen

**CERTIFICATE OF SERVICE**

I, Benjamin S. Thomassen, an attorney, certify that on December 29, 2014, I served the above and foregoing *Appearance of Benjamin S. Thomassen* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 29, 2014.

/s/  Benjamin S. Thomassen