# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## **STIPULATED ORDER TO EXTEND DATES**

The Parties' Joint Motion to Amend the Scheduling Order and Extend Briefing Schedule, (Dkt. 80), is GRANTED. Plaintiff shall file her motion for class certification by March 13, 2015; Defendant Time, Inc. shall file its response to Plaintiff's motion for class certification by April 8, 2015; and Plaintiff shall file her reply in support of the motion by April 22, 2015.

　　　　　　　　　　　　　　　　　　Respectively submitted,

Dated: March 9, 2015　　　　　　　　By: /s/ Benjamin S. Thomassen

　　　　　　　　　　　　　　　　　　Ari J. Scharg
　　　　　　　　　　　　　　　　　　ascharg@edelson.com
　　　　　　　　　　　　　　　　　　Benjamin S. Thomassen
　　　　　　　　　　　　　　　　　　bthomassen@edelson.com
　　　　　　　　　　　　　　　　　　J. Dominick Larry
　　　　　　　　　　　　　　　　　　nlarry@edelson.com
　　　　　　　　　　　　　　　　　　EDELSON PC
　　　　　　　　　　　　　　　　　　350 North LaSalle Street, Suite 1300

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Coulter-Owens and the putative classes*

Dated: March 9, 2015                By: /s/ Jeffrey Landis

Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

*Counsel for Defendant Time Inc.*

**IT IS SO ORDERED.**

Entered: March 10, 2015            s/George Caram Steeh

                                   THE HON. GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE