## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ROSE COULTER-OWENS,
individually, and on behalf of all others
similarly situated,

                Plaintiff,

     v.

TIME INC., a Delaware Corporation,

                Defendant.

Case No. 2:12-cv-14390-GCS-MKM

Hon. George C. Steeh

## INDEX OF EXHIBITS TO SCHARG DECLARATION SUBMITTED
## IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

A.     Time Brands screenshot
B.     Excerpts of Transcript of Rule 30(b)(6) deposition Time
C.     Time's Responses to Plaintiff's Second Set of Interrogatories
D.     File Specifications for data upload to Time's FTP database
E.     Time's Responses to Plaintiff's First Set of Interrogatories
F.     Time's 2012 List Rental Corporate Overview
G.     Time List Rental Recommendations for Fundraising and Nonprofits
H.     Time Datacards
I.     Time-Acxiom Restatement of Work
J.     Time-Acxiom Contract
K.     Time-Wiland Contract
L.     Wiland website screenshots
M.     Amendment to the Time-Wiland Contract
N.     *TIME's* opt-out notice
O.     *Fortune's* opt-out notice
P.     *Real Simple's* opt-out notice
Q.     Excerpts of Transcript of the deposition of Rose Coulter-Owens
R.     Time Publisher Statements
S.     Edelson PC firm resume