# Exhibit A



# BRANDS

Explore over 90 iconic Time Inc. brands that have captivated millions of people around the world and connected them to some of the biggest ideas and innovations of our time.

SUBSCRIBE ›

BROWSE THE FULL LIST    US-BASED    UK-BASED    SORT A-Z

BUSINESS & TECHNOLOGY    ENTERTAINMENT    FASHION & BEAUTY    FOOD & WINE    HOME & DESIGN    LUXURY    NEWS
SPORTS & FITNESS    TRAVEL

   
   
   














VIEW MORE BRANDS

## GLOBAL OFFICES

New York Metro

Amsterdam

Bangalore

Birmingham

Chicago

Hong Kong

London

Los Angeles

Seattle

SF Bay Area

Stamford

Tampa



## FOLLOW TIME INC.

## OUR ICONIC BRANDS

  

25 Beautiful Homes

ALL YOU

ABOUT

BRANDS

Amateur Gardening

EXPERIENCES

Amateur Photographer

BUSINESSES

Angler's Mail

ADVERTISE

Beautiful Kitchens

INVEST

CAREERS

CONTACT

CENTURION

Chat

Coastal Living

Cooking Light

Country Homes & Interiors

Country Life

Cycle Sport

Cycling Active

Cycling Fitness

Cycling Weekly

Decanter

Departures*

Entertainment Weekly

ESSENCE

Essentials

Eventing

FOOD & WINE

FORTUNE

Golf

Golf Monthly

Goodtoknow

Health

Homes & Gardens

Horse & Hound

Housetohome

Ideal Home

InStyle

International Boat Industry (IBI)

Life

Livingetc

Look

Marie Claire UK*

Money

Motor Boat & Yachting

Mountain Bike Rider (MBR)

Mousebreaker

MyRecipes

NME

Now

PEOPLE

People en Español

People StyleWatch

Pick Me Up!

Practical Boat Owner

Real Simple

Rugby World

Shooting Gazette

Shooting Times

ShootingUK

Soaplife

Southern Living

Sporting Gun

Sports Illustrated

Sports Illustrated Kids

Style at Home

Sunset

Superyacht Business

SuperYacht World

The Field

This Old House

Time

Time For Kids

Travel + Leisure

TrustedReviews

TV&Satellite Week

TV Times

Uncut

VolksWorld

VW Camper & Bus

Wallpaper

What Digital Camera

What's on TV

Woman

woman&home

Woman's Own

Woman's Weekly

World Soccer

Yachting Monthly

Yachting World

YBW.com

# Time Inc.

Terms and Conditions    Privacy Policy    Your California Privacy Rights    Time Inc. Editorial Guidelines

*Trademark owned by third party and used under license.©2015 Time Inc. All Rights Reserved. All referenced trademarks are the property of their respective owners.