# Group Exhibit F
# (filed under seal)