# Group Exhibit L

Wiland, Inc. "About Us" Webpage (http://wiland.com/about)



WHO WE SERVE ▾    WHAT WE DELIVER ▾    CHANNELS ▾    ENGAGE ▾

# About Us

## Who We Are

Wiland is a leading marketing intelligence company serving many of the nation's top companies and organizations. We provide solutions to thousands of clients in a wide variety of markets and industries. Leveraging our vast transactional database, innovative analytical methodologies, and advanced technology, Wiland delivers a comprehensive set of services that drive client success.

The proof is in the numbers. The impact of each of our solutions is measurable, and our constant goal is to improve performance in every market we serve. We are absolutely dedicated to helping our clients achieve top and bottom line growth and improved investment returns. Marketers turn to Wiland to attain:

**Increased marketing ROI.** Clients use our services to direct their marketing budgets to audiences and channels likely to produce the best immediate and long-term results. The impact is higher marketing ROI, increased margins, and an improved bottom line.

**Incremental revenue and profit.** Our solutions utilize deep consumer intelligence and proprietary technology, empowering clients to present their marketing messages to the best audiences, at the ideal time, across the optimal channels. We help clients maximize the value of existing customer relationships, while providing highly targeted prospect audiences that produce superior long-term profits.

**Measurable results.** Whether online or offline, we insist on measurable marketing. We want to know with certainty that what we do for clients is working—and offer solutions for which results can be tracked and precisely measured.

In short, we are the company that helps clients achieve higher revenue, more profit, and a stronger brand.

## What We Deliver

Wiland delivers value to clients in several important ways:

**Responsive audiences.** The Wiland database houses billions of transactions from thousands of brands spanning many markets and industries, giving us unprecedented visibility into consumer spending and interests. We identify highly responsive offline and online audiences and enable clients to connect with them via carefully targeted direct mail and through the Wiland Digital Solutions™, featuring real-time bidding for display, video, mobile, and social media ads across dozens of networks. **The result: improved marketing productivity, faster investment returns, and better long-term customer value.**

**Optimized connections.** We connect clients to the right consumers in the optimal marketing channels. Leveraging our massive database, we build predictive models to help clients enhance active and lapsed segments by identifying the most profitable audiences for each channel. We also optimize audiences created by others, removing portions that waste marketing dollars so they can be deployed more productively. **The result: fewer poorly targeted messages and increased revenue and profit.**

**Actionable intelligence.** Wiland understands the transactional behaviors of virtually all U.S. consumers. This deep intelligence fuels a variety of strategic analytic services—such as Measured Brand Advertising™, Customer Lifecycle Segmentation and Modeling, and Loyalty Program Development—that give clients a competitive edge by enabling profitable, brand-enhancing marketing strategies. Analytical discoveries are put into action with Wiland-powered solutions that drive incremental revenue and profit. **The result: better, smarter marketing investments that propel long-term success.**

**Powerful insights.** The Wiland database provides powerful insights that enable clients to precisely target audiences. Clients also benefit from this intelligence in the form of a variety of reports that help them understand their customers, brands, market, and industry. Clients use our Insight Services to properly position their brands, uncover new opportunities, and make better marketing and business decisions. **The result: a stronger, more competitive brand.**

## Delivering The Future

Wiland is strongly focused on delivering solutions that help our clients become more successful and profitable, both now and in the future. Wiland clients realize immediate

Group Exhibit L - Page 2 of 18

bottom-line benefits from our targeted audiences and optimization services in current marketing efforts. But we also strive to deliver a more profitable future for clients—a year from now, five years from now, ten years from now. Helping clients understand their customers and markets better than ever before and act on that intelligence. Fueling improved results in the next marketing campaign and focus on increased long-term value are our trademarks. This is the future we are delivering.

Whether you are a current client, a marketer looking for new ways to boost your bottom line, or a consumer seeking to understand what we do, we invite you to learn more about Wiland. We are dedicated to providing excellent service and delivering solutions that help our clients build a bigger, brighter, more profitable future.

# History

Wiland, Inc. traces its roots to 1971, when founder Phil Wiland established Wiland Services, Inc., a data processing services company, with college buddy Jim Downs. Dedicated to serving marketers and nonprofit organizations, the company quickly gained a national reputation for quality and service—attributes that have remained Wiland hallmarks in the years that have ensued.

### 1971-1991

Throughout the 1970s and 1980s, Wiland was one of the nation's leading providers of database management, merge/purge, marketing analytics, and personalized communication carrier routes, and automated production of sophisticated statistical models. Such innovations helped hundreds of clients—such as 3M, Sears, Bank of America, U.S. News & World Report, March of Dimes, Lillian Vernon, and J. Jill, to name a few—market more productively and profitably. By 1991, when the original Wiland Services, Inc. was acquired by investors, Wiland's merge/purge software was being used to process more than 10% of USPS standard class mail.

### 1992-2004

In 1992, Phil entered the world of merchandising with the establishment of a new multichannel retail company and creation of the *Colorful Images* flagship brand. Drawing upon its marketing technology roots, the Wiland team built its own operational software, marketing database, and predictive modeling system for the retail business. Over the next decade, the company would launch six more brands and acquire another, growing to over $80 million in annual revenue with a strong bottom line. Helping to fuel this success was an internally developed consumer transactional database and predictive modeling platform that enabled the company to identify more successful consumer audiences for its brands than the outside database companies. This was a signal: the leadership team knew it could serve clients better in the transactional database arena than the leading firms of that time. Deeply interested in technology and modeling—and the health and prosperity of consumer marketers—Phil sold the retail brands in 2004 and began developing a new entry into the transactional database space.

### 2005-Present

With over 30 years in the consumer marketing business—as both technology service providers and multichannel retailers—the Wiland leadership team formed the current-day Wiland in 2005 with distinct advantages. Having operated eight brands of their own, they knew firsthand the challenges faced by multichannel retailers in the areas of marketing, merchandising, branding, creative, copywriting, and operations. They also brought years of experience developing state-of-the-art database and predictive modeling technology and delivering solutions to clients in all major industries.

The goals for the new company were familiar: superior software, superior predictive modeling, and excellent client service. After spending most of its first year developing software and services that the team believed would be superior to those of competitors, Wiland shipped its first order in October 2005. Within a year the company had hundreds of clients. It has added hundreds of others in each year since and now serves over 2,500 clients in a wide array of industries and markets. Wiland's diverse and ever-expanding clientele includes catalog brands, retail stores, internet merchants, continuity marketers, magazines, newsletters, newspapers, charitable organizations, hotels & resorts, consumer services companies, and others.

# Staff Listing

| Senior Management | New Business Development | Client Services | Product Management |
|---|---|---|---|


**Phil Wiland**
President and Chairman


**Mike Gaffney**
CFO


**Doug Kaczmarek**
EVP, Analytics


**Deb Swalley**
Human Resources Director


**Phil Tobias**
CTO


**Brent Eskew**
EVP, Sales and Marketing
(303) 485-8686


Group Exhibit L - Page 3 of 18


**Tom Murray**
EVP, Client Services
(303) 485-8686
✉ CONTACT ME


**Mark Kinney**
SVP, Product Management


**Paul Koelfgen**
VP, Digital Services


**Steve McKee**
SVP, Marketing Platforms



INSIDE WILAND
About Us
Career Center
Upcoming Events
Contact Us

ABOUT WILAND.COM
Terms
Privacy
Copyright Policy
Advertising Choices
FAQ

TRADE ASSOCIATION PARTNERS

©2014-2015 Wiland, Inc. all rights reserved.

https://wiland.com/about

Wiland, Inc. "Publishing" Webpage (http://wiland.com/market/publishing)



# Publishing

Wiland helps magazine, newspaper and newsletter publishers acquire highly-desirable new subscribers. We focus not only on initial paid response rates but also on probability of renewal and attractiveness to your advertisers. We also help publishers renew the most-desirable past subscribers. Our services are powered by the massive Wiland database, the world's largest repository of subscription information. The audiences we create are available for use in any marketing channel, including direct mail campaigns managed by our clients and online display, video, mobile, and social media campaigns managed by Wiland Digital Solutions™.



Group Exhibit L - Page 6 of 18




Wiland, Inc. "New Subscriber Acquisition" Webpage
(http://wiland.com/market/publishing/service/acquiring-new-subscribers)

Webpage Screenshot | https://wiland.com/market/publishing/service/acquiring-new-subscribers | Fri Mar 13 2015 14:53:51 GMT-0500 (CDT)

# wiland
DELIVERING THE FUTURE™

WHO WE SERVE ▾    WHAT WE DELIVER ▾    CHANNELS ▾    ENGAGE ▾

Publishing    Services    Today & Tomorrow    Our Team

# New Subscriber Acquisition

Company founder Phil Wiland and his team have been helping magazine, newspaper and newsletter publishers acquire new subscribers since the 1970s. No other company can match the depth and breadth of Wiland's capabilities or its unique dedication to the publishing industry. The company offers a wide variety of services to publishers, including "Acquiring New Subscribers". Technological innovation, massive data resources and excellent analytics capabilities enable Wiland to identify prospect audiences that respond at a good initial rate, renew at a rate that delivers superior long-term value, and bolster a title's position with the advertisers it serves.

This unparalleled expertise is evidenced year after year by success in helping publishers identify and cultivate new subscribers who pay and renew. And now, new technological breakthroughs make these proprietary services more powerful than ever.

Whether your objective is to maintain rate base by replacing subscribers lost to expiration, or to increase rate base by adding more new subscribers than the number that expire, Wiland stands ready to help deliver a better future for publishing clients—a future of superior new subscriber acquisition campaigns that improve your bottom line and strengthen your brand.

# Our Key Advantage: Unmatched Depth of Data



*Our massive database has billions of transactions*

Wiland offers its publishing clients a tremendous advantage: a massive database that includes more Direct to Publisher (DTP) subscription information than exists anywhere else, plus transactional information—billions of transactions that reveal subscriber activities as consumers (the products they buy) and donors (the charities and political causes they support).

This Wiland cooperative database, with over 2,500 participating clients, is unsurpassed in size and scope. In addition to its vast amount of transactional data, it contains demographic and psychographic data on virtually every direct responsive person in the United States, including about 160 million known subscriptions that are Direct-to-Publisher (DTP). The result is a robust, 360-degree view of subscriber behavior that enables Wiland to create new subscriber acquisition audiences that precisely identify the right prospects for a given title and reach them through a variety of marketing channels.

For direct mail and email marketing, Wiland provides the audience and our client arranges distribution. In digital channels, Wiland Digital Solutions™ not only provides the prospect audience but also manages digital campaigns via the Wiland Digital Network™ utilizing Google, Facebook, Yahoo, and more than 30 other networks, reaching a publishing title's target audience via digital display, online video, mobile advertising and social media.

# Wiland's Proprietary Prospect Audiences

Wiland helps publishers identify and reach prospects who will subscribe, pay and renew at profitable rates. In pursuit of this goal, we offer two types of new subscriber acquisition audiences:

## Prospect Audiences Generated by Proprietary Wiland Response Models:

There are many methods for creating a predictive model, and various types of sample files are used in the associated analytical work. All of the Wiland Response Models listed below use actual new subscriber acquisition campaigns (for example, the net names mailed in a direct mail campaign) and the associated subscribers (those who subscribed as a result of the campaign) as the research sample. We typically study three distinct campaigns to create a single model.

**Acquisition Response Model.** Draws upon all the publishing and transactional data in the Wiland database to uncover prospects with the highest likelihood of not only responding to your promotion, but also converting to paid subscribers. Driven by an analysis of net responders from past campaigns, this model is created using an advanced modeling methodology designed to produce optimal paid rates.

**Comprehensive Response Model.** Identifies direct-to-publisher (DTP), direct-mail-sold (DMS) subscribers that possess characteristics similar to your direct responders utilizing a proprietary modeling algorithm. Validation across multiple promotions creates a stable model that identifies "pockets of success" often missed with traditional statistical techniques

alone.

**Long-Term Subscriber Response Model.** Identifies prospects that most closely resemble your repeat renewal subscribers by analyzing prior expire renewal campaigns. This model delivers a unique universe of prospects that will respond well initially and possess a strong tendency to renew in the future.

**Paid Renewers Response Model.** Focuses on individuals who subscribed in a particular new subscriber acquisition campaign and have also renewed and paid. This model requires that the title be regularly providing all payment data to Wiland as part of their regular data updates. The clients that are most successful using Wiland audiences to acquire new subscribers test all four of these response model types, and then utilize them in three ways:

- Send offers to everyone in Segment 1 after testing an Nth of it to prove that it performs well.
- Test at least Segment 2, and ideally Segment 3 and beyond. Clients often succeed well beyond Segment 1.
- Conduct a depth test. The depth test is meant to determine just how deep into the model universe the publisher can market successfully. How deep to test? Test deep enough that if the test is successful the universe could be 50% to 100% of the publisher's total new subscriber acquisition volume. Thus, if a title's new subscriber acquisition campaign typically reaches 500,000 individuals, then the depth test would test to depths corresponding to a range of 250,000 to 500,000 prospective subscribers. Similarly, if the title has 3,000,000 total prospect circulation in a campaign, then the depth test would test 1,500,000 to 3,000,000 deep. A publisher seeking excellent performance on large volumes would conduct a large depth test, anticipating that it will fall short of key performance metrics for success in the first test. But, despite falling short, the sizable test will create a sample file that Wiland can utilize to refine the model based on the results. This should improve future results, ultimately creating substantial successful volume. This "test deep and refine" methodology, for publishers who stick with it over several promotion cycles is what leads to the largest successful volume...and thus to subscriber growth or improved bottom line within a static rate base.

Response models typically outperform profile models because they study two directly relevant questions: 1) When the title is marketed to a specific audience, who from that audience subscribed; and 2), how do those who subscribed differ from those who did not? Thus, the model-building research gets right to the heart of the issue: *who subscribes and who does not*.



## Prospect Audiences Generated by Proprietary Wiland Profile Models

Unlike response models that analyze marketing campaigns and their associated responders, profile models analyze a subscriber base and identify audiences whose characteristics have a high affinity with the subscribers. The theory is that prospective subscribers who "look like" actual subscribers will be highly responsive. Repeated past success proves that it works.

**Active Subscriber (Best Subscriber) Model** Uses advanced statistical techniques to identify prospects whose key characteristics most closely resemble those of your most recent subscribers. This model examines all publishing and transactional activity across the database, as well as key demographic and behavioral variables, to pinpoint DTP/DMS subscribers that are most likely to be interested in your publication.

**Long-Term Subscriber Model** Uses statistical techniques to identify those prospects whose transactional history most closely matches that of your long-term subscribers, those who have renewed more than once. This model draws on the strength of your publication file, as well as publication and transactional history spanning the database.

**List Affinity Model** Utilizes advanced techniques to identify the best prospects from subscriber lists that are highly correlated to yours. Lists are chosen based on key subscriber characteristics and statistically observed synergy with your subscriber base. A model is then developed to identify the most likely responders to your offer from within this universe of highly targeted active magazine subscribers.

**Comprehensive Correlation Model** Built on the same proprietary modeling platform as the Comprehensive Response Model, but uses recent new-to-file subscribers rather than responders as input. Subscribers are compared to the overall database to identify prospects whose characteristics resemble those of your newest subscribers. The model uses dozens of powerful cross-industry variables and is validated across multiple data sets, resulting in excellent performance and stability.

In addition to these proven models, Wiland offers other highly productive subscriber acquisition solutions. The Wiland Integrated Performance Series™ (WIPS) utilizes custom algorithms that assign a composite score to each subscriber in our database based on ranking across multiple models, revealing an integrated universe of the most responsive names for your campaign. This methodology offers three proven-successful approaches to new subscriber acquisition.

**Universal Performance** Perfect for higher-volume marketers, Wiland builds a series of powerful models, which are brought together to identify a single universe of the very best prospect names for your acquisition efforts. Models are weighted by predicted performance, and subscribers are given a single rank based on scoring across all models—simplifying the ordering process and resulting in large, high-performing segments that are easy to test and read.

**Incremental Depth** For marketers already mailing large volumes from multiple Wiland models, we will rank subscribers based on scoring across all models, enabling you to target incremental names that are likely to perform well. Ideal as a "best of the rest" approach to supplement your already successful Wiland models, this solution requires integration of at least three models beyond those being used extensively.

**Dynamic Interaction** With this approach, we score subscribers in the database using two models and make selections based on the intersection of model segments. This popular selection methodology produces excellent results by enabling publishers to target their ideal audience based on two separate dependencies, such as content affinity and likelihood to respond.



## Measured Brand Advertising™ for Publishers

Wiland's Measured Brand Advertising™ is a unique solution designed to substantially enhance a publishing brand. It can drive success not just in new subscriber acquisition, but also

in a general sense, by improving renewal rates and solidifying the target subscriber base makeup so that it appeals more to advertisers.

Measured Brand Advertising™ includes a new subscriber acquisition component specifically designed to acquire highly desirable new DTP subscribers who will pay and renew at above average rates while also making the rate base more appealing to advertisers. We recommend that every publishing title test the Measured Brand Advertising™ methodology. It is discussed comprehensively in a separate Measured Brand Advertising™ article.

The "acquiring new subscribers" component of the Measured Brand Advertising™ methodology is based on the fact that for every title there is a select group of potential subscribers who: 1) are Direct-to-Publisher (DTP) prone; 2) are likely to highly value the publication's editorial content; 3) meet demographic and psychographic criteria that are desirable to potential advertisers; and 4) are likely to subscribe, pay and renew at an above average rate. The same is true for current subscribers: some are prime and some are not. Prime subscribers are those who renew without extreme discounts and have demographic/psychographic characteristics that make them appealing to advertisers. Measured Brand Advertising™ involves identifying the prime audience for a title, both subscribers and prospects, and then focusing on it not as a list test but as a strategy that increases awareness within the prime audience, leading to higher subscription rates, higher renewal rates, earlier renewal, and a subscriber base that is more appealing to advertisers. It absolutely is not an audience test. It is a brand enhancement strategy.

The Measured Brand Advertising™ process begins with a simple conversation during which we ask a few questions about who the publisher wants its subscribers to be - questions such as maximum age of a desirable new subscriber, and the extent to which the title would like new subscribers to be internet transactors. We then use the answers to these questions in conjunction with our Paid Renewers Model™ to create the brand's unique Measured Brand Advertising™. It includes prospects who are prime in several respects: likely to subscribe, likely to pay, likely to renew and likely to enhance the brand in the eyes of advertisers. It also includes prime active and expired subscribers.

This prime audience is strategically contacted using Wiland Digital Solutions™. Brand-focused online ads (static or animated display, video, mobile or social media) are served to individuals in the prime audience wherever they are found online throughout the vast Wiland Media Network™ that includes Facebook, Google, Yahoo, MSN and more than 30 other ad networks, creating the possibility of bidding on over 1,000,000 advertising opportunities per second. Ads are served at a cadence determined in advance by the publisher and Wiland (once a minute, once an hour, once a day, etc.)

Measured Brand Advertising™ is extremely flexible. A publishing title can target a tiny audience and have a tiny budget, such as $500 per month. Or, it can target a huge audience. It can reach its prime audience anywhere they are online, or reach them only at contextually appropriate web sites. It can be continuous (which is what we recommend, because continuous exposure is what will eventually cause a title to be top of mind for highly desirable subscribers and potential subscribers), or it can be periodic. Cadence can be frequent (such as once per hour) or infrequent (perhaps once per week), or any frequency in between. The key is simply this: Measured Brand Advertising™ can make your brand known to and more respected by exactly the audience of subscribers and potential subscribers that are ideal for the title in question. Every title should utilize Measured Brand Advertising™, even if the budget is extremely small.

A portion of the prime audience is set apart as a holdout group in Measured Brand Advertising™ campaigns. As a result, the effectiveness of marketing campaigns utilizing the Measured Brand Advertising™ can be precisely measured and optimized over time. But the measurement period is not short. The question with Measured Brand Advertising™ is not "how many new subscribers did we get in a 30 day window". Rather, it is "over a period of 1-3 years, did individuals who were served Measured Brand Advertising™ ads subscribe, renew, and pay at a superior rate, and are they superior subscribers from an ad sales viewpoint." Thus, the titles that pursue Measured Brand Advertising™ should be ones that are willing to commit budget to brand enhancement, creating a better, stronger, more profitable brand over time.

Measured Brand Advertising™ is new. It is different. It is tomorrow. It is designed to deliver a better future for published titles. It demonstrates Wiland's innovative leadership in helping publishers find success in a continuously evolving, multi-channel marketplace. Yet, it is inexpensive. Don't overlook it. Alone, it won't deliver the new subscribers you need to meet rate base next week - but it will gradually improve your rate base over time, delivering a better future for the title.

## Multichannel Audiences



Every model type discussed in sections 1 and 2, above, can be employed to create audiences for any channel. Direct mail, display, video, mobile, and social - we provide audiences designed for any or all of these channels.

For the direct mail channel we prepare the prospect audience and send it to a reliable service provider, typically for input to merge/purge. In the other channels, our full range of Wiland Digital Solutions™ are available to reach target audiences - and we manage the entire digital campaign, seeking to achieve or surpass an agreed-upon key metric.

The optimum strategy a publisher should pursue in working with Wiland is to educate us concerning the title, its strengths, its weaknesses, its problems, its opportunities—and then work with us to find the right target audiences to be tested across multiple marketing channels.

A key point: many publishers have spent decades refining their direct mail subscriber acquisition offers, but are new to developing digital subscriber acquisition offers. If a title does not yet have proven digital offers this shortcoming should not cause the title to be inactive in the digital channels. Rather, they should keep their digital budget small and use Wiland Digital Solutions™ to test, learn, and refine until the right combination of offer, ad, and landing page are determined. Only then should large digital budget be allocated.

Wiland is all about measurement, regardless of channel, and our digital services are no exception. Our systems are built with holdout samples in order to prove whether digital subscriber acquisition is working or not working. Digital is a key part of the future. If digital works immediately, roll it out. If it doesn't, stay small, test, learn, and refine until it

## More Solutions: Reaching Beyond Wiland's Proprietary Prospect Audiences

The methodologies and models described above all draw new subscriber acquisition audiences from Wiland's cooperative database, which includes virtually every direct responsive person in the United States. These audiences can be sufficient to meet the entirety of a title's new subscription acquisition needs. But sometimes clients have additional requirements for their acquisition strategies. Here are some of the additional ways we develop effective new subscriber acquisition audiences drawn from other sources.

### Specific List Optimization

Sometimes a publisher has utilized a list that performs marginally or inconsistently. It may be an outside list (rented or exchange). It may be a list of online inquirers. It may be a sister title, owned by the same company. Or, it may be a compiled list. Whatever the source, Wiland can optimize it by finding the responsive segments within it—and equally important—inform the publisher which portions of the list would likely represent a poor investment from a marketing ROI perspective.

### Net File Optimization

Most titles, on some cycle, order lists or audiences from multiple sources and run a merge/purge process that results in a net file with duplicates eliminated. They send the net file to a printer (if the campaign is direct mail) or to another service provider if using email, telemarketing, display advertising, or another channel.

Net files always contain individuals who do not merit the marketing investment required to promote to them. These bad prospects are all mixed in with the good ones, obscured from view. The portion of the net file that is not worth promoting varies widely, from a low of 5% to a high of 50% or more. Typical is 10% to 25%. Do you really want to waste 10% to 25% of your new subscriber acquisition budget?

Wiland can separate the good prospects from the bad, so that marketing budget that would have been spent on people who won't respond sufficiently can be saved, falling to the bottom line, or be deployed in a more productive manner via Wiland Digital Solutions™ or some other marketing program.

Once we have ranked the names on a net file, the publisher has several options: drop them and reduce the marketing spend; drop them and replace with higher-scoring Wiland names; redeploy the saved budget to a Wiland-managed digital campaign that reaches an even larger audience; redeploy the budget to a campaign that Wiland doesn't manage; or, some combination of these options. Regardless of how the saved marketing budget is utilized, the key is this: *don't waste your marketing budget on bad prospects just because they happen to survive the merge/purge process and thus be on your net file.*

### Balance Modeling

Sometimes, particularly in the direct mail channel, a publisher needs to achieve a specific audience volume. Let's say, for example, that the publisher purchased 2,000,000 envelopes and printed 2,000,000 letters and other mail package components to be inserted in the envelopes. They ordered lists that, based on experience, were expected to result in a 2,000,000-name merge/purge net file. But it doesn't turn out as expected. The merge/purge net file is significantly larger or smaller than 2,000,000. What to do? The answer is clear.

If there are not enough names Wiland can provide "balance" names that leave campaign volume perfectly matched with available materials. If there are too many names on the merge/purge net file Wiland can optimize it (see Net File Optimization) to the specific desired quantity.

If there are too many names, use Marketing Budget Optimization for Publishers to drop the weakest ones.

### We're Here to Help

Magazine, newspaper and newsletter publishing is a vital component of our culture. Publishers connect people to information regarding the things they care about. They connect people to other parts of the country and other parts of the world that they may never visit in person. Publications teach. They inform. And they inspire.

We are committed to helping publishers thrive in today's challenging and evolving marketplace by improving their subscriber base and supporting their brands. Through the identification of audiences that subscribe, pay and renew at above average rates, we seek to insure the financial viability and editorial vitality of every publication we serve.

Contact us today to learn more about our entire suite of subscription acquisition and other publishing industry services. We are here to help.



**Digital Solutions for Publishers**
Leverage online audiences to find new subscribers and improve rate base



**Marketing Budget Optimization for Publishers**
Improve your promotion budget with

**Reactivating Expired Subscribers**
Efficiently reactivate your expired subscribers with our targeted analytical



https://wiland.com/market/publishing/service/acquiring-new-subscribers

Wiland, Inc. "Reactiving Expired Subscribers" Webpage
(http://wiland.com/market/publishing/service/reactivating-expired-subscribers)

# Reactivating Expired Subscribers

Reactivation of expired subscribers may seem like a simple topic, and in many ways it isn't very complicated. Many publishers simply follow the practice of marketing to expired subscribers regularly after they expire, tracking response, and reducing the frequency of promotions as there is more and more time elapsed since expiration. This works, it is the easiest thing to do, and it activates a lot of expires. But it isn't optimum for two reasons: expires are not of equal quality from an advertising sales viewpoint; and some will never renew, so marketing budget spent trying to renew them is wasted.

The reasons for expiration are many and varied. Some expired because they didn't enjoy the publication. Others loved it but decided they didn't have time for it. Some were very busy and lost track of the fact that they needed to renew. Some moved, didn't notify the publisher, and will renew as soon as reminded at their new address. Others moved to a new geographical location or a stage of life where the title is no longer relevant. Some are subscription hoppers—they read one publication for a while, drop it, and then read another. Others never really wanted the publication in the first place; it was free with something they bought, or the cute little girl next door sold it to them. As a rule, publishers deeply regret losing subscribers who paid for their subscription quickly and have demographics that fit the profile desired by advertisers. While failing to renew subscribers that paid slowly, required a deep discount, and/or were inconsistent with the profile that advertisers' desire is not lamented.

# Optimizing the Subscriber Reactivation Process

Optimization of the subscriber reactivation process, in our view, has three objectives:

1. Be willing to spend a little more to reactivate expires that are highly desirable from an advertising sales viewpoint.
2. Avoid reactivating at a loss any expire that is unlikely to have good Long-Term Value (LTV). It is better to spend the marketing budget finding desirable new subscribers.
3. Avoid waste of marketing budget attempting to renew those who are very unlikely to renew.

Wiland offers two approaches to accomplishing these objectives.

Option 1: Streamlined Expire Reactivation

Streamlined Expire Reactivation is a service we have provided for years. We develop a predictive model that ranks expired subscribers based on how likely they are to renew and pay for the renewed subscription. Our client tests the expired subscribers from the top down, marketing as deep into the modeled universe as is successful. This addresses the 2nd and 3rd objectives listed above. It finds renewals, and it avoids losses from marketing to weak segments of the expired subscriber universe.

Option 2: Wiland Expire Classifications

For titles that want to accomplish all three objectives we utilize Wiland Expire Classifications.





Wiland Expire Classifications divide an expired subscriber file into nine distinct groups based on two factors: probability of renewing and advertiser desirability. Cell "A", as illustrated in the above graphic, is the most desirable portion of an expired subscriber file. Expires in Cell "A" are likely to renew at a relatively high rate and are very desirable from the viewpoint of advertising sales. Conversely, expires in Cell "I" are undesirable from an ad sales viewpoint and are very expensive to renew.

As a starting point, we recommend that expires in the green shaded cells are worthy of marketing investment and those in pink cells are not. These groups should be tested to determine actual effectiveness. We can vary the definition of how high an expired subscriber must score in the model to be considered "High" in responsiveness. The key is this: don't throw good money at renewing unresponsive groups that are undesirable from an ad sales viewpoint.

Creating the Wiland Expire Classifications for a particular title is not difficult. Completing responsiveness axis is a simple matter of scoring the audience with our Paid Renewers Model and deciding on break points (for example, Segments 1-4 may be "High", Segments 5-8 "Moderate" and Segments 9-20 "Low". Exact break points are determined by our Client Services Staff. The Advertiser Desirability axis requires client consultation. One simple approach is to use Age and Household Income. For example, if Age 30-59 is desirable and Estimated Household Income over $100,000 is desirable then "High" would be individuals who meet both of these criteria, moderate would be individuals who meet one but not the other, and Low would be expired subscribers who don't meet either criterion.

## When to Begin Optimizing

Many publishers market extensively to expiring subscribers during the period of time immediately prior to expiration and shortly after expiration, often using little or no selectivity except for the date of expiration. This timeframe, when the expiration is recent, clearly is the best time to get someone to renew. Many titles begin with a rapid succession of renewal offers to everyone in the expiration pool. Then, after response to reactivation declines, they begin some form of selection, such as Wiland modeling, to identify the best candidates to receive additional renewal offers. The biggest opportunity for a publisher to save money may be in the early period immediately after expiration – or even earlier. For example, investing in renewal offers to subscribers and expires in Cell "I" may always be a mistake. Bottom line: Wiland is ready to begin optimizing at any point in the cycle.

## Reactivation Channels

How should a title deliver reactivation offers to subscribers?

First, virtually every title has an established, proven renewal methodology in place. We don't want to disrupt it very much, if at all. Keep doing whatever is working now to renew subscribers while they are still active.

Second, if the title has a direct mail offer that works for new subscriber acquisition and/or expire renewal, Wiland can simply score the expired subscribers as discussed above and they can receive the same offer.

Third, Wiland Digital Solutions™ also offers publishers a unique opportunity to serve digital ads to expiring and expired subscribers, precisely targeting messages to them when they are online—wherever they may go online. Offers can vary from one group to another (for example, each of the Wiland Expire Classifications could see a different ad/offer). Wiland Digital Solutions™ leverages the same in-depth consumer data used in our other direct marketing solutions, so publishers can deploy truly integrated, multi-channel reactivation campaigns.

## Leveraging the Power of the Wiland Cooperative Database

Looking beyond simple RFM methodologies, Wiland applies the deep and precise insights of its industry-best cooperative database to inform the reactivation process. With transaction data regularly supplied by our 2,500+ clients, this database enables us to understand the reading, buying, and giving behavior of virtually every adult in the U.S., including over 160 million direct-to-publisher subscriptions. It is this data, in conjunction with our advance analytical techniques, which allows us to produce superior results for our



including over 100 million circa to publisher subscriptions to this data, in conjunction with our advance analytical techniques, which allows us to produce superior results for our publishing clients.



## We're Here to Help

Wiland companies have been helping publishers optimize their reactivation campaigns for more than 40 years. We continue to lead the industry with the most advanced technology, unrivaled expertise, and the best strategic thinking. Call us today to learn more about subscriber reactivation or any other audience objectives. We are here to answer your questions, help you get started with a low-cost test of our methodologies, or simply explore opportunities.





©2014-2015 Wiland, Inc. all rights reserved.

https://wiland.com/market/publishing/service/reactivating-expired-subscribers