# Group Exhibit M (filed under seal)