# Exhibit N

2:12-cv-14390-GCS-MKM   Doc # 84-15   Filed 03/13/15   Pg 2 of 3   Pg ID 1366

FEBRUARY 27, 2012

# TIME

**Santorum's Stand**
+ What Romney must fix now by Mike Murphy

**How dangerous is Iran?** BY JOE KLEIN

WHAT WOULD STEVE DO? CEO LESSONS FROM THE APPLE FOUNDER

SPORTS
**Jeremy Lin's hoop dreams**

## LIL' KIM

Inside the bizarre world of North Korea's Kim Jong Un, the untested leader of a nuclear nation
**BY BILL POWELL**



www.time.com

TIME_RCO_0047162

# TIME

VOL. 179, NO. 8 | 2012

2 | Inbox

**BRIEFING**

7 | Verbatim

8 | LightBox
Europe's cold spell

10 | World
Israel fingers Iran in bombings; a rival for Chávez

12 | Nation
Parsing Santorum's odds; a Pekingese is top dog

14 | Health & Science
Pollution's hazards; lead in lipsticks

16 | Economy
A deal to (maybe) save the housing market

17 | Milestones
John Glenn's first Earth orbit; farewell to skier Jill Kinmont Boothe

**COMMENTARY**

18 | The Curious Capitalist
Rana Foroohar on Steve Jobs' lessons for management

20 | Murphy's Law
Mike Murphy on how Mitt can win

23 | In the Arena
Joe Klein on Iran

ON THE COVER:
*Illustration by Tim O'Brien for* TIME. *Background by Post Typography*



Jeremy Lin aims high in a game against the New Jersey Nets. Photograph by Nathaniel S. Butler—NBAE/Getty Images

**FEATURES**

24 Rickmentum
Santorum's surprise wins have shaken up the Republican field—again *by Alex Altman*

28 King of His World
How much power does North Korea's Kim Jong Un wield? *by Bill Powell*

36 Prenatal Politics
What early testing means for the future of Down syndrome *by Bonnie Rochman*

42 Linderella Story
Jeremy Lin invites Asian Americans to the hoops ball *by Sean Gregory*

**THE CULTURE**

50 | Pop Chart
Pizza Hut's $10,010 proposal package; a Mary Todd Lincoln stand-in; colleges selling naming rights…to bathroom stalls

52 | Art
Rineke Dijkstra sees past your selves

55 | Tuned In
James Poniewozik hears between the lines of Obama's Spotify playlist

56 | Appreciation
Remembering Whitney Houston

59 | Movies
Place your bets for Feb. 26: our critics' Oscar picks

62 | The Awesome Column
Joel Stein on his Supreme Court cameo

64 | 10 Questions
Kareem Abdul-Jabbar



*Whitney Houston, page 56*

HOUSTON: ROB VERHORST—REDFERNS/GETTY IMAGES

TIME (ISSN 0040-781X) is published weekly, except for two issues combined at year-end, by Time Inc. Principal Office: Time & Life Building, Rockefeller Center, New York, NY 10020-1393. Periodicals postage paid at New York, N.Y., and at additional mailing offices. Canada Post Publications Mail Agreement No. 40110178. Return undeliverable Canada addresses to: Postal Stn A, P.O. Box 4322, Toronto, Ont., M5W 3G9. GST #888381621RT0001 © 2012 Time Inc. All rights reserved. Reproduction in whole or in part without written permission is prohibited. TIME and the Red Border Design are protected through trademark registration in the United States and in the foreign countries where TIME magazine circulates. U.S. subscriptions: $49 for one year. **Subscribers:** If the Postal Service alerts us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within two years. **Postmaster:** Send address changes to P.O. Box 62120, Tampa, FL 33662-2120. **CUSTOMER SERVICE AND SUBSCRIPTIONS—For 24/7 service, please use our website:** www.time.com/customerservice. You can also call 1-800-843-TIME or write to TIME, P.O. Box 62120, Tampa, FL 33662-2120. **Mailing list:** We make a portion of our mailing list available to reputable firms. If you would prefer that we not include your name, please call, or write us at P.O. Box 62120, Tampa, FL 33662-2120, or send us an e-mail at privacy@time.customersvc.com. Printed in the U.S.

TIME_RCO_0047163