# Exhibit O

# FORTUNE

## THE BOMB BIZ

OVER THE PAST TWO YEARS, THE U.S. HAS APPROVED OVER $100 BILLION OF WEAPONS SALES TO PLACES LIKE EGYPT, IRAQ & SAUDI ARABIA

SO WHY IS BARACK OBAMA INCREASING ARMS EXPORTS TO THE MIDDLE EAST? SECURITY, DIPLOMACY, ...AND JOBS P.62

by MINA KIMES

DISPLAY UNTIL 03 | 07 | 2011

$4.99US $5.99CAN



**PLUS**

GE'S JEFF IMMELT: HIS 10-YEAR REPORT CARD
by Geoff Colvin P.74

CONAN O'BRIEN ON TWITTER: THE ONE-LINER AS A BUSINESS MODEL
by Douglas Alden Warshaw P.82

TIME_RCO_0047405

CHIEF EXECUTIVE OFFICER Jack Griffin  EDITOR-IN-CHIEF John Huey

# FORTUNE

FOUNDER Henry R. Luce, 1898–1967

**MANAGING EDITOR** Andy Serwer
**DEPUTY MANAGING EDITOR** Hank Gilman
**EXECUTIVE EDITOR** Stephanie Mehta  **MANAGING EDITOR, FORTUNE.COM** Daniel Roth
**SENIOR FEATURES EDITOR** Timothy K. Smith
**SENIOR EDITORS AT LARGE** Geoff Colvin, Brian Dumaine, Nina Easton, Adam Lashinsky, Carol Junge Loomis, Allan Sloan, Alex Taylor III
**ASSISTANT MANAGING EDITORS** Leigh Gallagher, Brian O'Keefe, Nicholas Varchaver

**EDITORS AT LARGE** James Bandler, Peter Elkind, Bill Powell (Asia), Patricia Sellers, Shawn Tully, David Whitford
**SENIOR EDITORS** L. Michael Cacace (lists), Roger Parloff (legal affairs), Jennifer Reingold
**SENIOR RESEARCH EDITOR** Doris Burke
**SENIOR WRITERS** Michael V. Copeland, Jon Fortt, Jessi Hempel
**COLUMNISTS** Stanley Bing, Susan Z. Callaway, Michael Elliott (international), Becky Quick
**WRITERS** Katie Benner, Michal Lev-Ram, Mina Kimes, Tory Newmyer
**WRITER-REPORTERS** Scott Cendrowski, Douglas G. Elam (lists), Beth Kowitt, Jessica Shambora
**REPORTER** Christopher Tkaczyk
**CONTRIBUTORS** Lee Clifford, William D. Cohan, Edith Fried, Marc Gunther, David A. Kaplan, Duff McDonald, Richard McGill Murphy, Sheridan Prasso, Christopher Redman (London), Julie Schlosser, David Sloan, Lawrence J. Shine, Richard K. Tucksmith, Vivienne Walt (Paris)
**RESEARCH DIRECTOR** Marilyn H. Adamo
**COPYROOM** Carol Gwinn (copy chief), Patricia A. Feimster (copy chief, Money), Alfred Graham (deputy), Jonathan Brown, Maria Carmicino, Judith Ferbel, Edward Karam, Nicholas Poluhoff
**EDITORIAL ASSISTANTS** Carolyn Walter (assistant to the managing editor), Kelly Champion, Hildegarde P. Smith, Zhang Dan (Beijing)
**FORTUNE.COM** Megan Barnett (deputy managing editor), Dan Primack, Paul Smalera, Tom Ziegler (senior editors), Colin Barr, Street Sweep, Philip Elmer-DeWitt, Apple 2.0, Seth Weintraub, Google 24/7 (senior writers), Scott Olster (associate editor), Shelly Dubois, JP Mangalindan, Nin-Hai Tseng (writer-reporters), Sheryl Sulistiawan (art/edit assistant)
**Video** Ben Baer (senior producer), Anastasia Anashkina, Jason Sanchez, Mason Cohn (producers)

**CREATIVE DIRECTOR** John Korpics
**PHOTO EDITOR** Mia J. Diehl
**ART STAFF** Robert Festino (design director), Emily Kehe (art director), Michael Myers (deputy art director), Andrea Nasca (senior associate art director), Roberto Dominguez, Peter Sucheski (associate art directors)
**PHOTOGRAPHY STAFF** Alix Colow (deputy photo editor), Armin Harris, Lauren Winfield (associate photo editors), Amy Wolff (assistant photo editor)
**EDITORIAL OPERATIONS** Richard K. Prue (director), Angel Mass (manager)
**ASSOCIATE PRODUCTION DIRECTOR** Ronald K. Moss
**PRODUCTION STAFF** Sarah Bentley (makeup chief), Gary Kelliher, Mary Michael, Lynn Ross, Rohini Persaud (ad production manager), Jason Jung
**INTERNATIONAL PRODUCTION** Nelson Luk (Asia); Carrie Mallie (Europe)
**TECHNOLOGY SUPPORT** Larry Corby (associate director), Arthur Wilson Jr. (manager), Gary Lou, Armando Rivera, Michael Tober
**TECHNOLOGY SOLUTIONS** Scott Smith (senior director), John Arbucci, Sue Falls, Joanne Recca, Michael Sheehan (managers), Ken Baierlein, Ellen Bohan, Richard Cassone, Dustin Gavin, Barry Heckard, Ryan Kelly, Michael Kiaer, John Meyer, Tom Morgan, Joe Ponzo, Chris Richter, Jonathan Vasata, Ed Wong
**MAGAZINE AND DIGITAL ENGINEERING** Craig Coffey, Lou Tsai (directors), Craig Cardillo, Tony Shin, Eric Soll (managers), Carlos Amédée, Harold Clark, Ryan Daniels, Martha Drattler, Shawn Hayne, Ashim Man Pradhan, Dan Seldow, Ron Taylor, Norman Vásquez
**LEGAL** Judith Margolin

## THE FORTUNE | MONEY GROUP

**GROUP PUBLISHER** Jed Hartman
**PUBLISHER, MONEY** Brendan Ripp
**VP, MARKETING** Rick Resnick
**PRESIDENT, INTERNATIONAL** Richard Evans
**PUBLISHING DIRECTORS** EMEA Andy Bush  ASIA PACIFIC: Andrew Butcher
**ASSOCIATE PUBLISHING DIRECTOR** ASIA: Ang Khoon Fong
**EXECUTIVE SALES DIRECTOR** Tony Haskel  **EXECUTIVE DIRECTOR, CUSTOM PUBLISHING** Newell Thompson
**MARKETING DIRECTOR** Brad Young  **MARKETING DIRECTOR, MONEY** Yodit Teklemariam
**VP, CONFERENCES** P.J. Boatwright

**ADVERTISING SALES**
ATLANTA/WASHINGTON, D.C.: Greg Bowerman (executive multimedia director), Lisa Danielczyk, Vornida Seng, Jennifer Werner  BOSTON: Mike McFadden (director), Chris Rand  CHICAGO: Meredith Wisniewski (director), Jason Garrett, Steve Lerch, Laurie Minor, Lauren Racine  DETROIT: Kevin Donley (group director), John Wattles (sales manager), Amy Kirk  DÜSSELDORF: Thomas Stickelmaier (director), Dirk Loede  GENEVA: Irina Hartmann (director), Valerie Loup  LONDON: Tim Howat (director), Ben Hill  LOS ANGELES: David Mayer, Maxwell Munson, Andrew Robinson  NEW YORK: Lisa Coffey (director), Carl Bauml, John Donnelly, William D. Eydt, Courtney Hano, Allison Izen, Georgiana Kane, Alan May, Michael Peck, Kate Solinsky, Jorg Stratmann  HONG KONG: Yoojin Ahn  PARIS: Magali Bois-O'Neill (director), Sandra Litas  SAN FRANCISCO: Rick Gruber (executive multimedia director), Pamela Schroeder (director), Krystle Lohman, Monica Sembler  SINGAPORE: Karen Mong  TOKYO: Yoshitane Shimizu
**MARKETING** Carrie Dolen (creative services director), Caroline Couvillon, Hollie Vose (directors), Lori Brennan Horowitz, Wendy Chin, Milka Grady, Danielle Hill, Daniella Johnson, Jeanne Lewis, Clarice Lorenzo, Summer Penney, Paton Roth, Cynthia Ahart Wood  ASIA: SooHui Chia, Judy Fong, Junie Ong, Lennard Phua, Audrey Yeong, Rosa Chow  TOKYO: Daishi Yoshida (director)  EUROPE: Charlotte Laycock (sales development director), Melissa Nayak, Hallman Ray, Cara Waddell, Jenny Cooper (research director), Daphne Vandeborre (creative director), Tracy Chan
**EVENTS** Christine Rosa (executive director), Robin Bigelli, Kristen Leoce (directors), Amy Gruetzmacher, Margot Hutchings, Meda Rosca (managers), Betsy Beam
**PUBLIC RELATIONS** Daniel Kile (executive director), Emily Edmonds (director), Caitlin O'Neill (associate director), Jed Nedeau (digital PR manager), Jill Watanabe (senior publicist), Kai Johnson (publicist), Pierce Ingle (PR coordinator)
**HUMAN RESOURCES** Liz Mattila
**ADMINISTRATION** Liz Perez

**CNNMONEY.COM**
**VP, BUSINESS AND REVENUE OPERATIONS** Howard Manus
**VP, SALES** Anne Toal  ATLANTA: Eric Shaver  BOSTON: Melissa Rodenhiser  CHICAGO: Brian Hickey, Alex Lovell (executive multimedia director), Sara Maters  DETROIT: Kevin Donley, Jeff Kelosky, John Wattles  NEW YORK: Crystal Jenkins, Tim Mullaly, Benjamin Richardson (director), Henry Rooney  SAN FRANCISCO: Matt Bontaites, Christina Card, Sarah Rathman
**SALES DEVELOPMENT** Brian Maher (executive director), Jonah Copiaco, Danielle Langer, Tiffanie Liu, Hulya Niver, Karen Szeto
**BUSINESS DEVELOPMENT** Mark Beavers (director), Sarah D. Huber
**ADVERTISING OPERATIONS** Donna L. Clarke (director), Michelle Chen, Michelle Colon, Lauren Kuefner, Brant Kim, Annie Vishudanand, Colleen Tully
**CONSUMER MARKETING** Jeremy Biloon (vice president, retail), Andrew Borinstein (research director), Adam Kushnick (finance director), Ernie Williams (partnerships director), Jennifer Levin (senior manager), Brian Brett, Eunice Chi, Thomas Kan, Nellie Peck (managers), Jean Kennedy (brand manager), Michael Won (finance manager), Nancy D'Auria, Shannon Bruffy, Dolores Assalini, Amy Rick, Jared Levy, Jason Tanenbaum  EUROPE: Alana Jacobs (circulation director), Harvey Gidley (newsstand director)  HONG KONG: Rick Kam, Katherine Chow, Susie Pattison (directors)
**FINANCE** Roger Adler, Andrew Weissman (group directors), Brian Clavell, (group editorial director), Parniyan Gutierrez (associate director), Arbena Bal, Yvonne Griffin, Catherine Keenan, Julia Luu, Sarah Marino, Mary Wong (managers), Marie Shivraj
**CONFERENCES** Lisa Cline (executive director), Delwyn Gray (director), Lysa Lee Price, Kourtney Holmes
**CUSTOM PUBLISHING** Lori Ioannou (executive editor), Lawrence A. Armour, Alec Morrison (deputy editors), Peter Franco (associate director), Vera Naughton (art director), Brenden Delaney, Carole Harnoff, Dorie Herman, Jennifer Hwang, Jordan Keyes, J. Thomas Lewis, Debbie Linehan, Cindy Murphy, Wenjun Zhao

## TIME INC. NEWS GROUP

**PRESIDENT** John Q. Griffin
**GROUP DIGITAL PRESIDENT** John Cantarella
**VICE PRESIDENT, FINANCE** Peter Greer
**VICE PRESIDENT, COMMUNICATIONS** Ali Zelenko
**SENIOR VICE PRESIDENT, CONSUMER MARKETING** Nate Simmons
**GROUP DIRECTOR OF OPERATIONS** Brooke Twyford

## TIME INC.

**EXECUTIVE VICE PRESIDENTS** Howard M. Averill, Paul J. Caine, Mark Ford, Stephanie George, Randall Rothenberg, Steve Sachs, Evelyn Webster
**EDITORIAL DIRECTOR** Martha Nelson
**BRANDED SOLUTIONS** Leslie Picard (president), Cyrus Beagley (SVP, group general manager), Monique Manso (VP), Peter Bauer (VP), Kristen Jones Connell (VP, marketing and communications), Cara Deoul Perl (VP, creative director), Mary Haskin (VP, marketing and sales development), Liz Ritzcovan (VP, sales and client services, digital), Bettina Cisneros (VP, marketing and sales development, digital), Betsy Frank (chief research and insights officer), Tim Reisen (VP, Detroit), Mary Wojciechowski (VP, database marketing), Caryn Klein (VP, business research and insights)
**INFORMATION TECHNOLOGY** Mitchell A. Klaif (CIO and SVP), Agatha M. Cutrone, Abe Cytryn, Robert Duran, Timothy Mummers, Ben Ramadan, Annabelle Soper, Jimmie Tomei (vice presidents)

**WHILE YOU WERE OUT** / **by Stanley Bing**



# Snow Day

**Which takes more bravery? Going to work in spite of the weather, or staying home in spite of the scorn?**

**OH, LORD. SNOWING AGAIN.** Trains will be a mess. Buses will fail to appear. Bob will be in, though. Bob is always in. Bob lives a quarter-mile from the office in a penthouse the size of Versailles and is driven to work in a carriage drawn by Lipizzaners—why shouldn't he come in? Also, he's non-fungible, Bob is. If he doesn't appear at the office, business will cease. That's why he makes the big bucks.

That's the nub of it, laid bare by the storm. There are those who must come in … and those whose presence is not truly required. Let's pursue that for a moment. How often do you want the boss to realize that when you are not on the job, everything of import can continue unabated? That's a rhetorical question. The answer is never. You want him to think the opposite—"Thank God Bing is here!"

Then there's the issue of Brod. Brod lives in the wilds of suburbia, far from the madding hurly-burly. One might say his situation was bucolic, except that Brod is never home. Rain, shine, or blizzard, Ed Brod rises before the worms put on their flak jackets. He scrapes his face, tightens his sphincter, and heads for the office, almost two hours away by train. When the rails are frozen, he climbs into his modest Subaru and slowly makes his way into town, where he mans his turret. He does not depart until the moon is high in the sky. So Brod will be at the office today, in spite of the nine inches of white stuff now blanketing the metropolitan area. "Ed's here," Bob will say when I call in. "But I guess he only has to come from frickin' Maryland."

And let's consider the macho factor. The jungle we work in is run by big, tough gorillas with hair on their knuckles. They are not bothered by a little snow. "When I was a boy in Chicago," Bob will say, "we used to walk to school in snow up to our belly buttons." Of course, belly buttons were lower then, but that's beside the point. These days people freak out a lot worse than they used to about a little bit of snow. London twisted its knickers for a week this year over less than six inches of the stuff. Washington and Baltimore run around screaming like little girls every time they get a light dusting. Do I want to be one of those weenies? I think not!

Anyway, I can't afford to miss a day. There's the Kreeger document that has to be circulated, and the Needleman material that needs revision. Let's tear ourselves away from this frosty window and head off into the wild!

Just look at it snow, though. Pretty pretty snow. When I was a little boy a day like this was a source of celebration. Mr. Weatherbee would wait until the last moment and then grudgingly call off the school day. I would have cocoa with a marshmallow in it. Then my mom would bundle me up in a ridiculous padded outfit and throw me out of doors to make snow angels on the lawn. There was no freedom like the feeling that God had wrested control of the universe, if only for one day, from the corporate powers that ran my tiny life.

There's cocoa in the cabinet, I think.

I should dress. Put on my boots, my shoes in a bag. It would take me at least an hour to get to the office, of course. Maybe longer. Not everything has been plowed. Big waste of time, really. How much more could I get done if I just hunkered down and, you know, worked from home? I have my BlackBerry. I have my computer. But do I have the guts?

Who has more courage? The grownup who goes to work because he fears authority and is mindful of the consequences? Or the child who accepts the judgment of the elements and stays home? In fact, how long has it been since I've had a grilled cheese sandwich and a bowl of tomato soup and watched one snowflake chase another across the raging sky? Too long, I say! What am I? A man or a mouse?

Oh, the hell with it. I'm going in. 🅕

92 / FORTUNE

*Fortune* (ISSN 0015-8259) is published once every three weeks, with an extra issue in November and two issues combined in May and at year-end, by Time Inc. Principal office: Time & Life Building, Rockefeller Center, New York, N.Y. 10020-1393. Jack Griffin, CEO. **U.S. subscriptions:** $29.95 for one year. Canada Post Publications Mail Agreement No. 40110178. Periodicals postage paid at New York, N.Y., and at additional mailing offices. Return undeliverable Canada addresses to: Postal Stn A, PO Box 4321, Toronto, ON, M5W 3G8. GST #122781974RT. Member, Audit Bureau of Circulations. **POSTMASTER:** Send address changes to *Fortune*, P.O. Box 30604, Tampa, Fla. 33630-0604. **Customer Service and Subscriptions:** For 24/7 service, please use our website: www.fortune.com/customerservice. You can also call 1-800-621-8000 or write to *Fortune* at P.O. Box 30604, Tampa, Fla. 33630-0604. © 2011 Time Inc. All rights reserved. *Fortune* is a registered mark of Time Inc. PRINTED IN THE U.S.A. **Subscribers:** If the postal services alert us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within two years. **Mailing List:** We make a portion of our mailing list available to reputable firms.

JASON SCHNEIDER

TIME_RCO_0047407