# Exhibit P


2:12-cv-14390-GCS-MKM Doc # 84-17 Filed 03/13/15 Pg 2 of 5 Pg ID 1373



TIME_RCO_0047515

## great body, trés intense, refined, decadent a little nutty...



## what's your type?

Whether you feel bold one minute or mellow the next, our Cuisinart Single Serve brews hundreds of gourmet beverages in less time than that and has more choices tailored to your taste than a coffee bar. If you want your water hot, hotter, even hotter still, there's even a button just for that. Want to pick from five cup sizes; everything from iced beverage to travel mug? There's even a button for that. There's also a reusable My K-Cup® filter to brew your own custom blend. Our 80 oz. reservoir keeps coffee, tea, cocoa, steamy oatmeal and soup flowing. And the rinse feature keeps each flavor pure. So whatever type you like, our Single Serve Brewing System gives you the total package.



## Cuisinart
SAVOR THE GOOD LIFE®

www.cuisinart.com
www.facebook.com/cuisinart

Macy's • Bed Bath & Beyond • Bloomingdale's



cuisinart.com/scan

**EDITOR IN CHIEF** JOHN HUEY

# REAL SIMPLE

**EDITORIAL DIRECTOR, TIME INC.** MARTHA NELSON

**MANAGING EDITOR** KRISTIN VAN OGTROP

Creative Director JANET FROELICH

Executive Editor SARAH HUMPHREYS
Deputy Managing Editor JACKLYN MONK
Managing Editor, RealSimple.com KATHLEEN MURRAY HARRIS
Deputy Editors NOELLE HOWEY, AMY MACLIN

**FOOD**
Food Director ALLIE LEWIS CLAPP
Senior Editor LYGEIA GRACE
Staff Food Editors CHARLYNE MATTOX, DAWN PERRY
Associate Food Editor EMILY McKENNA
Food Assistant MARIA XERAKIA

**HOME**
Editor at Large DANIELLE CLARO
Senior Editor NICOLE SFORZA
Senior Market Editor KELLEY CARTER
Assistant Market Editor AMY BLEIER LONG
Home Assistant STEPHANIE SISCO

**FASHION**
Fashion Director VICTORIA SANCHEZ-LINCOLN
Fashion Market Director RANDI PACKARD
Staff Fashion Editor JULEE A. WILSON
Assistant Editor ELINOR SMITH
Fashion Assistant ALLISON CHESKY

**BEAUTY AND HEALTH**
Beauty and Health Director DIDI GLUCK
Senior Editor LISA KOVALOVICH WHITMORE
Beauty Assistant ALEXANDRA GONZALEZ

**EDITORIAL**
Senior Editor MARY KATE McGRATH
Money Editor ASHLEY TATE
Staff Editor YOLANDA WIKIEL
Associate Editor JULIA EDELSTEIN
Editorial Assistant ASHLEY NIEDRINGHAUS
Reader Service Editor LORI SETO
Executive Assistant to the Managing Editor ANN SAVARINO

**ART**
Design Director CYBELE GRANDJEAN
Art Director ABBEY KUSTER-PROKELL
Associate Art Director JAMIE DANNECKER
Senior Designers ALEXANDRA MOONEY, TRACY WALSH, JESSICA WEIT
Art Assistant JENNICA JOHNSTONE

**COPY**
Copy Chief NANCY NEGOVETICH
Associate Copy Editor JENNY BROWN

**PHOTO**
Photo Director CASEY TIERNEY
Photo Editor LAUREN REICHBACH EPSTEIN
Associate Photo Editor LINDSAY DOUGHERTY ROGERS
Photo Archivist BRIAN MADIGAN
Photo Assistant EVE LYONS

**EDITORIAL PRODUCTION**
Editorial Production Director FILOMENA GUZZARDI
Editorial Production Manager ALBERT YOUNG

**CONTRIBUTING EDITORS**
Style Editor JEFFREY W. MILLER
Garden Editor MADALINE SPARKS

**RESEARCH**
Research Chief WESTRY GREEN
Research Editor MAYA KUKES
Associate Research Editors STEPHANIE ABRAMSON, CLAUDIA BLOOM
Reporter/Researchers ALLEGRA MUZZILLO, RACHEL SHELASKY

**IMAGING**
Imaging Director RICHARD PRUE
Imaging Managers CLAUDIO MULLER, AL RUFINO

**REALSIMPLE.COM**
Deputy Editors MAURA FRITZ, MAGGIE SHI, KRISSY TIGLIAS
Production Manager ANASTASIA SIGNORETTA
Associate Editor KRISTIN APPENBRINK
Web Designer VALERIA BLOOM
Producer ANTIGONI GOURAS MANZI
Assistant Producer-Editor ERIN HENRY

**TECHNOLOGY SUPPORT**
Director JOHN T. WEHBA
Manager VARUN ARORA
DAVID CHOI, KEN KLOKEL, LOLA KOUNDAKJIAN

**PUBLISHING SOLUTIONS**
Senior Director SCOTT SMITH
Senior Manager JOHN ARBUCCI
Managers SUE FALLS, JOANNE RECCA, MICHAEL SHEEHAN
Specialists KEN BAIERLEIN, ELLEN BOHAN, RICH CASSONE, DUSTIN GAVIN, BARRY HECKARD, RYAN KELLY, MICHAEL KIAER, MARK LEICH, JOHN MEYER, JOE PONZO, CHRIS RICHTER, JONATHAN VASATA, ED WONG

**MAGAZINE AND DIGITAL ENGINEERING**
Directors CRAIG COFFEY, LOU TSAI
Managers CRAIG CARDILLO, ASHIM MAN PRADHAN, TONY SHIN
CARLOS AMÉDÉE, TOM CHAMNONGVONGSE, HAROLD CLARK, RYAN DANIELS, MARTHA DRATTLER, SHAWN HAYNE, DON MacKINNON, RON TAYLOR, NORMAN VÁSQUEZ

**INFORMATION TECHNOLOGY**
Chief Information Officer and Senior Vice President MITCHELL A. KLAIF
Vice Presidents AGATHA M. CUTRONE, ABE CYTRYN, ROBERT DURAN, TIMOTHY MUMMERS, BEN RAMADAN, ANNABELLE SOPER, JIMMIE TOMEI





EXECUTIVE VICE PRESIDENT, LIFESTYLE GROUP EVELYN WEBSTER

# REAL SIMPLE

**PUBLISHER** KEVIN WHITE

Associate Publisher MELISSA GASPER
Senior Vice President, Consumer Marketing CARRIE GOLDIN
Vice President, Marketing SARAH KATE ELLIS
General Manager, RealSimple.com SHANNON McGARRIGAL KING
Executive Director, Communications AMANDA POTTERS SCHUMACHER
Executive Director, Brand Development MICHELLE JACOBS
Eastern Advertising Manager AMY OELKERS

**ADVERTISING SALES**
**MAIN OFFICE**
1271 Avenue of the Americas, New York, NY 10020   212.522.1212
Account Development Director MARY ANNE McGRORY
Executive Fashion Director MELISSA POST
Account Director ANN GOBEL
Health Director SARI KLEINMAN
Account Manager JULIE GRAYBILL
Executive Assistant SHARON BUDHAI
Sales Assistants JILLIAN RUTTER, ALLEGRA SACHS
**MIDWEST**
Sales Manager MINDY PROVENZANO
Senior Account Manager JENNIFER LATWIS
Sales Assistants TERESA DASBACH, CHANDA PLEPEL
**DETROIT**
Sales Managers DANIELLE MILLER, LORI STANLEY
Sales Assistant SHARON DeCOURCY
**SOUTHEAST**
Account Manager CLAIRE BUCALOS
**SOUTHWEST**
Sales Manager DEBBIE LUCAS
Account Manager JUSTINE CROCKER
Sales Assistant JENNIFER GARDNER
**NORTHWEST**
Sales Manager JANET YANO
Sales Assistant ELLEN MARTZ
**MILAN**
STUDIO CAVALLINI

**MARKETING**
Executive Director, Integrated Marketing and Business Insights
MICHELLE LAMISON
Executive Creative Services Director COURTNEY BROWN
Executive Director, Events TAMARA STEWART
Copy Director AMY FEEZOR
Associate Director, Integrated Marketing
BROOKS BETTS DIBBLE
Senior Manager, Integrated Marketing BETHANY CLEVENSTINE
Senior Business Insights Manager VANESSA MURO
Manager, Integrated Marketing KATHERINE GALEOTTI
Associate Events Manager ALYSON WELLMAN
Associate Managers, Integrated Marketing
ALIZA MELLEY, LAUREN PLATEROTI, EMILY SMITH
Art Directors MARGARET GALLAGHER, CRISTINA LUNA
Senior Designers TERI JOE, KRUTI JOSHI
Marketing Coordinators BLAIR MUNRO, CAITLIN PIGAGA
Presentation Specialist EILEEN KEATOR

**PRODUCTION**
Vice President, Operations
TOM COLAPRICO
Makeup, Positioning, and Production Manager
ROSEMARIE IAZZETTA
Advertising Production Manager GEORGE WOODS JR.
Advertising Production Coordinators
ROSANA CHANG, CHRISTIAN PENA

**CONSUMER MARKETING**
Consumer Marketing Director MICHELLE GARCIA
Marketing Director ELYSE KOSSIN
Financial Director JESSICA LIN
Vice President, Retail MELISSA LEVIN
Finance Manager MICHAEL NECECKAS
Marketing Managers KATIE MILLER, REBECCA NOVAC, GRACE WONG
Associate Managers DOLORES ASSALINI, SANTINO CERTO, THOMAS MILANO, COURTNEY SCHWARTZ

**RESEARCH**
Executive Director, Lifestyle Network LEE ANNE BAER
Senior Research Manager BRENDA KURITZKY
Senior Associate Research Manager AMANDA MOPSICK
Research Associate ANA POPKOWSKI

**BUSINESS OFFICE**
Vice President, Finance JENNIFER WALSH
Advertising Finance Director SHERRY WOLFE
Digital Finance Director KERRY MURPHY WINN
Associate Finance Director JENNA ADIKES
Senior Financial Manager PATTI BRASFIELD
Senior Advertising Finance Manager JEREMY ADAMS
Production Finance Manager ANDREA SCHON
Compensation Finance Manager JENNIFER REILLY
Senior Financial Analyst KRISTEN SIETSMA
Financial Analysts MICHELLE HSUEH, NANCY KIM, SHERRY MURRELL, DANA ROBINSON
Office Manager ABIGAIL BAKER

**REALSIMPLE.COM**
Director, Business Development CATHERINE ODDENINO
Associate, Business Development EMILY SCHROEDER
Director, Social Media HEIDI SCHOEMBS
Director, Digital Solutions JULIE WARNER
Senior Product Manager HUIWEN LU
Director, Account Services JAMIE KIDECKEL
Senior Sales Development Manager JACLYN MOCKRIDGE
Sales Development Managers JAMIE McNAMARA, SABINA WARREN
Junior Sales Development Manager JACKIE ROSEN
Account Services Managers ILANA MIZRAHI, LEIGH TORRETTA
Director, Audience Development DEB CURTIS
Audience Development Manager JULIA GILFILLAN
Associate Manager, Audience Development ANNA IVNITSKAYA
Senior Account Director, East NICOLE SEGARRA
Senior Account Manager, East NADINE D. TIMPA
Digital Account Director, Midwest PATTI COSTELLO
Account Director, Midwest HILLARY HAWKER
Sales Director, Western Region LINDSEY ABRAMO
Digital Sales Planner STEPHANIE SCHEPER
Digital Coordinators LINDSEY COX, DANIELLE ROSEN

**LEGAL**
Assistant General Counsel HELEN WAN

**TIME INC. BRANDED SOLUTIONS**
President LESLIE PICARD
Senior Vice President and General Manager CYRUS BEAGLEY
Vice Presidents, PETER BAUER
Vice President, Detroit TIM REISEN
Vice President and Creative Director CARA DEOUL PERL
Vice President, Marketing & Communications KRISTEN JONES CONNELL
Vice President, Marketing & Sales Development MARY HASKIN
Vice President, Digital AARON GALLAGHER
Vice President, Database Marketing MARY WOJCIECHOWSKI

**TIME INC. RESEARCH & INSIGHTS**
Chief Research & Insights Officer BETSY FRANK
Vice President, Business Research & Insights CARYN KLEIN

**LIFESTYLE GROUP**
Senior Vice President and General Manager ALISON FRIED
Chief Marketing Officer GRANT SCHNEIDER
Senior Vice President, Group Publisher GREG KEYES
Vice President, Communications DEBRA RICHMAN
Vice President and Deputy General Counsel REBECCA SANHUEZA
Associate Integrated Marketing Director ERIKA MIKLUS MERCURIO

**TIME INC. EXECUTIVE VICE PRESIDENTS**
HOWARD AVERILL, PAUL J. CAINE, MARK FORD, STEPHANIE GEORGE, STEVE SACHS

**PUBLIC RELATIONS**
Senior Publicist MEGAN LEVINSON
Publicity Coordinator KRISTEN McELHONE

**CUSTOMER SERVICE AND SUBSCRIPTIONS**
For 24/7 service, please use our website: realsimple.com/customerservice. You can also call 800-881-1172 or write to REAL SIMPLE at P.O. Box 30657, Tampa, FL 33630-0657.

# credits

**FIND OUT WHERE TO BUY ITEMS FEATURED IN THIS ISSUE.**

### EDITOR'S NOTE
DKNY crepe dress, $245, dkny.com for stores. Jimmy Choo suede heels, $495, jimmychoo.com. Lulu Frost necklace of brass and buffalo horn, $530, lulufrost.com. Bracelet and rings, her own.

### SOLUTIONS
Special thanks to: Ava Shamban, M.D.; Ellen Marmur, M.D.; Vernon O'Donnell, corporate communications manager at True Value Company; Linda Kuenning; and Chris Dancy, media-relations director for the Aircraft Owners and Pilots Association.

### DENIM, DECODED
Page 71: Loft leather heels, $79.50, loft.com. Ben-Amun Italian resin bracelets, from $125 each, ben-amun.com. Page 72: Sasha Rhett watch with ostrich band, $269, sasharhett.com. Page 74: Olga Prieto brass bangles, $20 each, olgaprietojewelry.com. FantasyJewelryBox.com brass ring, $43, fantasyjewelrybox.com. Page 76: Brave Leather leather belt, $85, braveleather.com. Ann Taylor tigereye necklace, $68, anntaylor.com. Ben-Amun wood bangles, $25 each, 212-944-6480. Page 78: Sarah Chloe gold-plated necklace, $49, sarahchloe.com. Allison Daniel Designs metal ring, $48, allisondanieldesigns.com. Adesso wood bracelets, from $115 each, adessoshop.com. Rachel Leigh 14-karat-gold–plated bracelet, $68, rachelleigh.com.

### FIFTEEN MINUTES AND YOU'RE DONE: LOWER ABDOMINALS
Page 89: C9 by Champion for Target cotton sports bra, $13, target.com. Nux microfiber-and-spandex shorts, Equinox, 212-752-5360.

### ONE WORD: COLOR
Page 140: Budgerigar handcrafted bird, $1,298, The Porcelain Room, 212-367-8206. Page 142: Christine low round side table, $1,525, olystudio.com for stores. Brompton sofa, $13,485, georgesmith.com for info. Velvet II Platinum pillow (large), $89, roomandboard.com. Canvas linen pillow (small), $66, ochre.com for info. Nineteenth-century Italian mirror (small, above sofa), $1,200, hudsoncityantiques.com for info. Handmade Tibetan rug (8 by 10 feet), $3,400, dolmarugs.com for info. Page 143: Till and Sons 19th-century English saucers, $800 for nine, and 19th-century English stoneware candlesticks, $1,100 for two: bardith.com for info. Ruff 809001-10 fabric in Ciel, $59 a yard (to the trade), Rogers & Goffigon, 203-532-8068. Page 144: German porcelain from 1960s (on mantel), $300 to $3,000, The End of History, 212-647-7598. Josephine chair (similar to shown), from $995, restorationhardware.com. Drawing by Corey Daniels, price upon request, Paula Rubenstein, 212-966-8954 for info. Color Reform rug (6 by 9 feet), $5,899, abchome.com. Page 145: Glass vase, $195, The End of History, 212-647-7598. Versailles E24302 fabric (top right), $120 a yard (to the trade), Kravet, 800-645-9068. Page 146: Vintage glass bottle, $225, Paula Rubenstein, 212-966-8954 for info. Lidded laundry basket, $175, calypsostbarth.com for stores. Snooze chair, $4,469, ochrestore.com for info. *Skowhegan Quarry,* by Robert Eaton, $7,500; and side table by James Mont, $8,000 for two: Lobel Modern, 212-242-9075. Aldo Londi for Bitossi lamp, $995, Cosmo, 718-302-4662. Color Reform rug (8 by 11 feet), $7,499, abchome.com. Page 147: Versailles E26500 fabric, $120 a yard (to the trade), Kravet, 800-645-9068. Somerset 910038 fabric in Petal, $90 a yard (to the trade), Rogers & Goffigon, 203-532-8068. Page 148: Large amber vase, $400, calvinklein.com. Danish 1950s tall oxblood red ceramic vase, $1,950, The End of History, 212-647-7598. Leger Tube stool, $1,169, ochrestore.com for info. Gueridon side table, $2,375, stelacollection.com for info. Georgian sofa with fixed seat, $10,440, georgesmith.com for info. Color Reform rug (6 by 10 feet), $3,799, abchome.com. Page 149: Murano-glass apple, $150, The End of History, 212-647-7598. Serge De Nimes 870004-10 fabric in Floradade, $98 a yard (to the trade), Rogers & Goffigon, 203-532-8068.

### IT'S THE LITTLE THINGS
Page 163: Small vintage dress form, $850, Paula Rubenstein, 212-966-8954. Page 164: Vintage reversible cotton-fleece panel in exotic floral pattern, $165, Paula Rubenstein, 212-966-8954.

### SIX SENSATIONAL SALAD SUPPERS
Page 171: Church and Maple Grass Studio bowl, $195, saranyc.com for info.



*Color combinations from a pro to suit your taste and space (page 140).*

PHOTOGRAPH BY GENTL & HYERS

REAL SIMPLE® (ISSN 1528-1701) IS PUBLISHED MONTHLY BY TIME INC. PRINCIPAL OFFICE: TIME & LIFE BUILDING, ROCKEFELLER CENTER, NEW YORK, NY 10020-1393. PERIODICALS POSTAGE PAID AT NEW YORK, NY, AND ADDITIONAL MAILING OFFICES. CANADA POST PUBLICATIONS MAIL AGREEMENT NO. 40110178. RETURN UNDELIVERABLE CANADA ADDRESSES TO: POSTAL STN. A, P.O. BOX 4015, TORONTO, ON M5W 2T2. GST#888381621RT0001. SUBSCRIBERS: IF THE POSTAL SERVICE ALERTS US THAT YOUR MAGAZINE IS UNDELIVERABLE, WE HAVE NO FURTHER OBLIGATION UNLESS WE RECEIVE A CORRECTED ADDRESS WITHIN TWO YEARS. U.S. SUBSCRIPTIONS: $28.95 FOR ONE YEAR. POSTMASTER: SEND ADDRESS CHANGES TO REAL SIMPLE, P.O. BOX 30657, TAMPA, FL 33630-0657. MAILING LIST: WE MAKE A PORTION OF OUR MAILING LIST AVAILABLE TO REPUTABLE FIRMS. CUSTOMER SERVICE AND SUBSCRIPTIONS: FOR 24/7 SERVICE, PLEASE USE OUR WEBSITE, REALSIMPLE.COM/CUSTOMERSERVICE. YOU CAN ALSO CALL 1-800-881-1172 OR WRITE TO REAL SIMPLE AT P.O. BOX 30657, TAMPA, FL 33630-0657. © 2011 TIME INC. ALL RIGHTS RESERVED. REPRODUCTION IN WHOLE OR IN PART WITHOUT WRITTEN PERMISSION IS PROHIBITED. REAL SIMPLE® IS A REGISTERED TRADEMARK OF TIME INC. VOLUME 12, ISSUE 8. PRINTED IN THE U.S.A.

TIME_RCO_0047518