# Exhibit Q

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN


ROSE COULTER-OWENS,

individually, and on behalf of all others

similarly situated,

        Plaintiffs,


    vs.            Case No. 2:12-cv-14390-GCS-MKM

                    Hon. George C. Steeh

TIME, INC., a Delaware Corporation,

        Defendant.

_____


    Deposition of ROSE COULTER-OWENS

    Taken at 5353 Gateway Center

    Flint, Michigan

    Commencing at 9:33 a.m.

    Tuesday, February 3, 2015

    Before Denise M. Kizy, CSR-2466, RPR, CRR


Job No. WDC-026915

Pages: 1 - 240

```
 1    APPEARANCES:
 2
 3    BENJAMIN THOMASSEN
 4    Edelson PC
 5    350 North LaSalle Street
 6    Suite 1300
 7    Chicago, Illinois 60654
 8    312.589.6370
 9    bthomassen@edelson.com
10         Appearing on behalf of the Plaintiffs
11
12    JEFFREY LANDIS
13    ZwillGen PLLC
14    1900 M Street NW
15    Sutie 250
16    Washington, DC 20036
17    202.706.5205
18    jeff@zwillgen.com
19         Appearing on behalf of the Defendant
20
21
22
23
24
25
```

```
 1    Flint, Michigan
 2    Tuesday, February 3, 2015
 3    9:33 a.m.
 4
 5                    ROSE COULTER-OWENS,
 6        was thereupon called as a witness herein, and after
 7        having first been duly sworn to testify to the truth,
 8        the whole truth and nothing but the truth, was
 9        examined and testified as follows:
10                        EXAMINATION
11   BY MR. LANDIS:
12   Q.   Good morning, Ms. Coulter-Owens.
13   A.   Good morning.
14   Q.   Have you ever been deposed before?
15   A.   No.
16   Q.   So I'm going to go over some rules of the road for
17        today's deposition with you.
18               First, the court reporter is taking
19        everything down, so if you can try to answer my
20        questions verbally as opposed to nods or uh-huhs, that
21        would be better.
22               Can you try to do that?
23   A.   Sure.  No expressions will work.
24   Q.   We'll also ask that you let me finish asking my
25        question before you answer, and I'll try to do the
```

```
 1          renew her subscription."
 2                    Do you see that?
 3   A.     That's correct.
 4   Q.     Do you recall when in 2009 you subscribed to TIME
 5          magazine?
 6   A.     One of those dark months.  I think it was like
 7          November or December, you know.
 8   Q.     Do you recall how long your subscription lasted?
 9   A.     It was for a year as far as I remember.
10   Q.     Did you renew your subscription when it ended?
11   A.     No.
12   Q.     You were not a subscriber -- you're not currently a
13          subscriber to TIME magazine?
14   A.     No.
15   Q.     You're not a subscriber to any magazine published by
16          Time Inc.?
17   A.     No.
18   Q.     I'm sorry, I asked a bad question in kind of a double
19          negative way.  So I'm just going to reask these
20          questions.
21                    Are you currently a subscriber to TIME
22          magazine?
23   A.     No.
24   Q.     Are you currently a subscriber to any magazine
25          published by Time Inc.?
```

| | | |
|---|---|---|
| 1 | A. | Not that I'm aware of.  If it is, I'm canceling it |
| 2 | | tomorrow.  If you know about anything, let me know. |
| 3 | Q. | Did you subscribe to any magazines published by Time |
| 4 | | Inc. in 2014? |
| 5 | A. | Not that I'm aware of. |
| 6 | Q. | Did you subscribe to TIME magazine in 2014? |
| 7 | A. | It's not coming to my house, so, no, I'm thinking I |
| 8 | | didn't subscribe, if you guys know about it. |
| 9 | Q. | Did you subscribe to TIME magazine in 2013? |
| 10 | A. | No. |
| 11 | Q. | Were you a subscriber to TIME magazine in 2012? |
| 12 | A. | No, not to my knowledge. |
| 13 | Q. | 2011? |
| 14 | A. | Not to my knowledge, because it was only a |
| 15 | | subscription from '9 to '10, so, no. |
| 16 | Q. | To the best of your knowledge, have you subscribed to |
| 17 | | any magazine published by Time Inc. since November of |
| 18 | | 2010 when your subscription ran out? |
| 19 | A. | Not to my knowledge. |
| 20 | Q. | Now if you can turn back to Exhibit D1 for a moment, |
| 21 | | and if you go to page 16 of the complaint, you see |
| 22 | | there's a bunch of numbers -- |
| 23 | | MR. THOMASSEN:  Can I help her navigate? |
| 24 | | MR. LANDIS:  Of course. |
| 25 | | THE WITNESS:  I started from the back |

```
 1                         CERTIFICATE
 2    STATE OF MICHIGAN
 3    COUNTY OF OAKLAND
 4
 5               I, DENISE M. KIZY, a Notary Public in and
 6      for the above county and state, do hereby certify that
 7      this deposition was taken before me at the time and
 8      place hereinbefore set forth; that the witness was by
 9      me first duly sworn to testify to the truth; that this
10      is a true, full and correct transcript of my
11      stenographic notes so taken; and that I am not
12      related, nor of counsel to either party, nor
13      interested in the event of this cause.
14
15
16
17
18
19
20
21                          _____
22                          DENISE M. KIZY, CSR-2466, RPR, CRR
23                          Notary Public
24                          Oakland County, Michigan
25                          My commission expires 7-28-2019
```