# Group Exhibit R (filed under seal)