# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## ORDER PERMITTING
## PLAINTIFF TO FILE DOCUMENTS UNDER SEAL

This matter coming before the Court on Plaintiff Rose Coulter-Owens' ("Plaintiff") Unopposed Motion to File her Motion for Class Certification and Exhibits Under Seal, compelling reasons being shown, and the Court being fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Plaintiff is authorized to file the following documents under seal in accordance with Local Rule 5.3(c):

    a. An un-redacted version of Plaintiff's Motion for Class Certification, which references sensitive and/or proprietary information marked as Confidential by Time pursuant to the Protective Order.

    b.    An un-redacted version of the Declaration of Ari J. Scharg ("Scharg Declaration"), which references sensitive and/or proprietary information marked as Confidential by Time pursuant to the Protective Order.

    c.    Exhibits B-G, I-K, M and R to the Scharg Declaration, which contain sensitive and/or proprietary information marked as Confidential by Time pursuant to the Protective Order.

2.    Compelling reasons exist to allow Plaintiff to file these documents under seal because the documents contain information claimed to be sensitive and proprietary information, and marked as Confidential, by Time pursuant to the Protective Order. Accordingly, pursuant to Local Rule 5.3(b)(2)(A)(iv), means other than sealing these documents are not satisfactory to preserve Time's interests in protecting the private and sensitive information contained therein.

**IT IS SO ORDERED**, this 16th day of March, 2015.

<u>s/George Caram Steeh</u>
HONORABLE GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE