# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## STIPULATION AND ORDER
## TO AMEND SCHEDULING ORDER

This Stipulation is entered into by and among Plaintiff Rose Coulter-Owens ("Plaintiff") and Defendant Time Inc. ("Time" or "Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, on November 25, 2014, the Court modified and entered the operative Scheduled Order, pursuant to which the Parties' dispositive motions are due on May 4, 2015. (Dkt. 72.)

WHEREAS, On April 15 and 16, 2015, counsel for Plaintiff and Defendant discussed the dispositive motion deadline, and both Parties agreed that—to present the Court with the best possible record and arguments in support of their forthcoming motions for summary judgment, and, through such briefing, potentially narrow the

issues for trial in this matter—the Parties would benefit from a modest extension to the current schedule.

WHEREAS, the Parties agree, and respectfully request, that the Court extend the dispositive motion deadline by two weeks—from May 4, 2015 to May 18, 2015.

WHEREAS, the instant motion is filed in good faith and not for undue delay or any improper purpose.

NOW THEREFORE, the Parties stipulate as follows:

1. The dispositive motion deadline in this matter shall be extended by two weeks, from May 4, 2015 to May 18, 2015.

**IT IS SO STIPULATED**

                                  Respectfully submitted,

Dated: April 17, 2015          By: /s/ Benjamin S. Thomassen

                                  Ari J. Scharg
                                  ascharg@edelson.com
                                  Benjamin S. Thomassen
                                  bthomassen@edelson.com
                                  J. Dominick Larry
                                  nlarry@edelson.com
                                  EDELSON PC
                                  350 North LaSalle Street, Suite 1300
                                  Chicago, Illinois 60654
                                  Tel: 312.589.6370
                                  Fax: 312.589.6378

                                  Henry M. Scharg – P28804
                                  hmsattyatlaw@aol.com
                                  LAW OFFICE OF HENRY M. SCHARG
                                  718 Ford Building
                                  Detroit, Michigan 48226

Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Coulter-Owens and the putative classes*

Dated: April 17, 2015    By: /s/ Jeffrey Landis

Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

*Counsel for Defendant Time Inc.*

IT IS SO ORDERED.

Entered: April 21, 2015    s/George Caram Steeh

THE HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

3