## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated, | Case No. 2:12-cv-14390-GCS-MKM |
| Plaintiff, | Hon. George C. Steeh |
| v. | |
| TIME INC., a Delaware Corporation, | |
| Defendant. | |

### UNOPPOSED MOTION FOR ORDER PERMITTING PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION AND EXHIBIT UNDER SEAL

Pursuant to Local Rules 5.3(b) and 26.4, Plaintiff Rose Coulter-Owens ("Plaintiff") hereby respectfully requests that the Court enter an Order permitting Plaintiff to file under seal her Reply brief in support of her Motion for Class Certification and its accompanying exhibit. Plaintiff certifies that, pursuant to Local Rule 7.1(a), there was a conference between attorneys for Plaintiff and attorneys for Defendant Time, Inc. ("Time") on April 22, 2015 and Time's attorneys indicated that they would not oppose the relief sought in this Motion.

**WHEREFORE**, Plaintiff Rose Coulter-Owens respectfully requests that this Court enter an Order (i) granting Plaintiff's Motion to File her Reply brief in support of her Motion for Class Certification and Exhibit Under Seal, and (ii) providing such other and further relief as the Court deems reasonable and just.

Dated: April 22, 2015                    Respectfully submitted,

                                         **ROSE COULTER-OWENS**,
                                         individually and on behalf of all
                                         others similarly situated


                                         By: /s/ Ari J. Scharg
                                          One of her attorneys

                                         Ari J. Scharg
                                         ascharg@edelson.com
                                         Benjamin S. Thomassen
                                         bthomassen@edelson.com
                                         J. Dominick Larry
                                         nlarry@edelson.com
                                         EDELSON PC
                                         350 N. LaSalle, Suite 1300
                                         Chicago, Illinois 60654
                                         Tel: (312) 589-6370
                                         Fax: (312) 589-6378

                                         Henry M. Scharg —P28804
                                         hmsattyatlaw@aol.com
                                         LAW OFFICE OF HENRY M. SCHARG
                                         718 Ford Building
                                         Detroit, Michigan 48226
                                         Tel: 248.596.1111
                                         Fax: 248.596.1578

                                         *Counsel for Plaintiff Coulter-Owens*
                                         *and the putative classes*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated, | Case No. 2:12-cv-14390-GCS-MKM |
| | Hon. George C. Steeh |
| Plaintiff, | |
| v. | |
| TIME INC., a Delaware Corporation, | |
| Defendant. | |

## BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ORDER PERMITTING PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION AND EXHIBIT UNDER SEAL

## <u>STATEMENT OF ISSUES PRESENTED</u>

Should Plaintiff Rose Coulter-Owens be permitted to file her Reply brief in support of her Motion for Class Certification and its accompanying exhibit under seal?

Plaintiff's Answer: Yes.

**CONTROLLING AND MOST IMPORTANT AUTHORITY**

E.D. Mich. L.R. 5.3

E.D. Mich. L.R. 26.4

Plaintiff Rose Coulter-Owens ("Plaintiff") submits this brief in support of her unopposed motion to file her Reply brief in support of her Motion for Class Certification and its accompanying exhibit under seal. Plaintiff's Reply brief in support of her Motion for Class Certification and its exhibit reference and contain documents that have been designated as "Confidential" by Defendant Time Inc. ("Time") pursuant to the Protective Order previously entered in this case. (Dkt. 69.) Such documents contain information considered sensitive and/or proprietary by Time and/or Time's third party vendors.

It is well settled that all courts have supervisory power over their own records and files, and may deny access "where court files might have become a vehicle for improper purposes." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *see also Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983) (noting that legitimate interests to limit public access include "certain privacy rights of participants or third parties [and] trade secrets"); *Turner v. Bresette*, No. 11–15036, 2012 WL 4511244, at *2 (E.D. Mich. Sept. 30, 2012) ("The Court may order that documents containing private or sensitive information be filed under seal.") (citing E. D. Mich. L. R. 5.3). A party seeking to file a document under seal must demonstrate "compelling reasons" for doing so. *White v. GC Servs. Ltd. P'ship*, No. 08–11532, 2009 WL 174503, at *1 (E.D. Mich. Jan. 23, 2009) (citing *Meyer Goldberg, Inc. v. Fisher Foods, Inc.*, 823 F.2d

1

159, 163 (6th Cir. 1987)).

Here, compelling reasons exist to allow Plaintiff to file her Reply brief in support of her Motion for Class Certification and its accompanying exhibit under seal. Plaintiff's Reply brief in support of her Motion for Class Certification and its accompanying exhibit reference and contain information deemed sensitive and/or proprietary—and marked "Confidential" by Time—pursuant to the Protective Order entered in this case. Pursuant to Local Rule 5.3(b)(2)(A)(iv), a means other than sealing these documents is not available or is unsatisfactory to preserve Time's interests in protecting the private and sensitive information contained therein.

### *Documents Requested to be Filed Under Seal*

1.     An un-redacted version of Plaintiff's Reply brief in support of her Motion for Class Certification. This document contains detailed references to the exhibit listed below, which contains sensitive and/or proprietary information marked Confidential by Time pursuant to the Protective Order. Likewise, the Reply references both Plaintiff's Motion for Class Certification, and Time's Response in Opposition to that Motion—both of which also contain detailed references to exhibits and information that Time has designed as Confidential, and both of which have been sealed by order of this Court. (*See* Dkts. 87, 92.)

2.     An un-redacted version of the Declaration of Ari J. Scharg ("Scharg

2

Declaration") (filed contemporaneously with Plaintiff's Reply brief in support of her Motion for Class Certification). The Declaration contains detailed references to the exhibit listed below, which contains sensitive and/or proprietary information marked Confidential by Time pursuant to the Protective Order.

3.      Exhibit 1 to the Scharg Declaration (filed contemporaneously with Plaintiff's Reply brief in support of her Motion for Class Certification). This document contains excerpt screenshots of a native file produced by Time in this matter and contains sensitive and/or proprietary information marked Confidential by Time pursuant to the Protective Order.

Wherefore, Plaintiff respectfully requests that this Court enter the Proposed Order submitted contemporaneously with the filing of this Motion.


Dated: April 22, 2015                          Respectfully submitted,

                                               **ROSE COULTER-OWENS**,
                                               individually and on behalf of all
                                               others similarly situated


                                               By: /s/Ari J. Scharg
                                                One of her attorneys

                                               Ari J. Scharg
                                               ascharg@edelson.com
                                               Benjamin S. Thomassen
                                               bthomassen@edelson.com
                                               J. Dominick Larry
                                               nlarry@edelson.com

EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

Henry M. Scharg —P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff Coulter-Owens
and the putative classes*

## <u>CERTIFICATE OF SERVICE</u>

I, Ari J. Scharg, an attorney, certify that on April 22, 2015, I served the above and foregoing ***Unopposed Motion for Order Permitting Plaintiff to File Her Reply Brief in Support of Her Motion for Class Certification and Exhibit Under Seal***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/     Ari J. Scharg _____

5