UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TIME INC., a Delaware Corporation, <br><br> Defendant. | Case No. 12-cv-14390-GCS-MKM <br><br> Hon. George C. Steeh |

## **STIPULATION AND ORDER**

This Stipulation is entered into by and among Plaintiff Rose Coulter-Owens ("Plaintiff") and Defendant Time Inc. ("Time" or "Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, on April 21, 2015, and pursuant to the Parties' stipulation, the Court extended the dispositive motion deadline in this matter to May 18, 2015. (Dkt. 99.)

WHEREAS, the Parties have re-engaged in settlement negotiations.

WHEREAS, on May 12, 2015—and given that the Parties anticipated filing cross motions for summary judgment in this matter—the Parties conferred and agreed that an additional three-week extension to the dispositive motion deadline

(i.e., from May 18, 2015 to June 8, 2015) would facilitate their settlement negotiations; potentially lead to the resolution of this matter without additional, non-settlement related motion practice; and, as such, would be an efficient and productive use of the time and resources of the Court and Parties.

WHEREAS, the instant motion is filed in good faith and not for undue delay or any improper purpose. To the contrary, the Parties believe that the requested extension will enable them to determine whether a settlement is possible at this time.

WHEREAS, the Parties agree, and respectfully request, that the Court extend the dispositive motion deadline by three weeks—from May 18, 2015 to June 8, 2015.

NOW THEREFORE, the Parties stipulate as follows:

1. The dispositive motion deadline in this matter shall be extended by three weeks, from May 18, 2015 to June 8, 2015.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: May 15, 15　　　　　　　　　By: /s/ Benjamin S. Thomassen

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Dominick Larry
nlarry@edelson.com

2

<div style="margin-left: 40%">

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Coulter-Owens and the putative classes*

</div>

Dated: May 15, 15          By: /s/ Jeffrey Landis
                                    Marc Zwillinger
                                    marc@zwillgen.com
                                    Jacob Sommer
                                    jake@zwillgen.com
                                    Jeffrey Landis
                                    jeff@zwillgen.com
                                    ZWILLGEN PLLC
                                    1900 M. St. N.W., Ste. 250
                                    Washington, DC 20036
                                    (202) 706-5205

                                    *Counsel for Defendant Time Inc.*

IT IS SO ORDERED.

Entered: May 15, 2015               s/George Caram Steeh

                                    THE HON. GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

3