# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## STIPULATION AND ORDER
## TO AMEND SCHEDULING ORDER

This Stipulation is entered into by and among Plaintiff Rose Coulter-Owens ("Plaintiff") and Defendant Time Inc. ("Time" or "Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, on June 2, 2015, the Court modified and entered the operative Scheduling Order resetting the dispositive motion deadline in this matter to July 15, 2015.

WHEREAS, on July 6, 2015, counsel for Defendant contacted counsel for Plaintiff and requested a modest extension to the current schedule to accommodate various other case commitments and to enable Defendant to present the Court with the best possible record and arguments in support of its forthcoming motion for

summary judgment, and, through such briefing, potentially narrow the issues for trial in this matter.

WHEREAS, Plaintiff agreed to the requested extension of the dispositive motion deadline.

WHEREAS, the Parties agree, and respectfully request, that the Court extend the dispositive motion deadline by sixteen days—from July 15, 2015 to July 31, 2015.

WHEREAS, the instant request is made in good faith and not for undue delay or any improper purpose.

NOW THEREFORE, the Parties stipulate as follows:

1. The dispositive motion deadline in this matter shall be extended by sixteen days, from July 15, 2015 to July 31, 2015.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: July 7, 2015

By: /s/ Jeffrey Landis
Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

*Counsel for Defendant Time Inc.*

Dated: July 7, 2015       By: /s/ Ari J. Scharg
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Coulter-Owens and the putative classes*

IT IS SO ORDERED.

Entered: July 7, 2015       s/George Caram Steeh

THE HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

3