# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## INDEX OF EXHIBITS TO LANDIS DECLARATION SUBMITTED IN SUPPORT OF TIME'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| A. | Excerpts from Time's Objections and Responses to Plaintiff's First Set of Interrogatories |
| B. | Excerpts from Plaintiff Rose Coulter-Owens's Answers to Defendant Time Inc.'s First Set of Interrogatories (under seal) |
| C. | Excerpts from the Deposition of Plaintiff Rose Coulter-Owens |
| D. | May 20, 2007 New York Times Article |
| E. | March 11, 2013 Email Chain (under seal) |
| F. | List Order Form – for Postal Addresses (under seal) |
| G. | List Management Agreement (under seal) |
| H. | Time Consumer Marketing, Inc. List Rental Group Presentation (under seal) |

1

| I. | Excerpts from the Deposition of Scott Breininger of Time, Inc. (under seal) |
|---|---|
| J. | List Rental Output File (under seal) |
| K. | May 2010 List Rental Record (under seal) |
| L. | TIME Magazine Page with Opt-Out Notice |
| M. | Fortune and Real Simple Magazine Pages with Opt-Out Notices |
| N. | TIME Privacy Notice |
| O. | Fortune Offline Privacy Option Instructions |
| P. | Excerpts from Time's Objections and Responses to Plaintiff's Second Set of Interrogatories (under seal) |
| Q. | Third-Party Services and Data Use Agreement (under seal) |
| R. | Plaintiff's Publicly Available Resume Bucket Page |
| S. | Wiland Contract (under seal) |
| T. | 2010 Opt Out statistics page (under seal) |
| U. | 2011 Opt Out statistics page (under seal) |
| V. | TIME Magazine Invoice Template |
| W. | SMART DNP/DNE Overview (under seal) |
| X. | Fortune Magazine Invoice Template |
| Y. | Real Simple Magazine Invoice Template |
| Z. | TIME Magazine Renewal Notice Template |
| AA. | Fortune Magazine Renewal Notice Template |
| BB. | Real Simple Magazine Renewal Notice Template |
| CC. | Sommer/Scharg Email Chain |

| | |
|---|---|
| DD. | Excerpts from United States Postal Service Mailing Standards of the United States Postal Service, Domestic Mail Manual. |
| EE. | Brief of Alabama, Colorado, Michigan, Nebraska, Tennessee, West Virginia, Wisconsin, and Wyoming as Amicus Curiae in Support of Petitioner, Spokeo, Inc. v. Robins, 135 S. Ct. 1892 (2015) (No. 13-1339). |
| FF. | Sixth Circuit's July 16, 2008 opinion in *Giles v. Univ. of Toledo,* No. 07–3528, available on Westlaw at 286 F. App'x 295. |
| GG. | Eastern District of Michigan's September 25, 2013 opinion in *Turner v. Grand Trunk W. R. Co.*, No. 11–CV–13281, available on Westlaw at 2013 WL 5372753. |
| HH. | Eastern District of Michigan's January 15, 2014 opinion in *Imhoff Inv., LLC v. SamMichaels, Inc.,* No. 10-10996, available on Westlaw at 2014 WL 172234. |
| II. | Eastern District of Michigan's April 17, 1997 opinion in *Huang v. Int'l Total Servs.,* No. 94-75368, available on Westlaw at 1997 WL 33377508. |
| JJ. | Eastern District of Michigan's August 26, 2014 opinion in *Kinder v. Meredith*, No. 14–cv–11284, available on Westlaw at 2014 WL 4209575. |