UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIME INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

**INDEX OF EXHIBITS TO COULTER-OWENS'**
**MOTION FOR SUMMARY JUDGMENT**

- A. Excerpts of Defendant's Responses to Plaintiff's First Set of Interrogatories
- B. Excerpts of Transcript of the Deposition of Rose Coulter-Owens
- C. Excerpts of Transcript of the Rule 30(b)(6) Deposition of Scott Breininger
- D. Excerpts of Defendant's Responses to Plaintiff's Second Set of Interrogatories
- E. File Specifications for Data Upload to Time's FTP Database for Agents
- F. Time Datacards
- G. Time-Acxiom Restatement of Work
- H. Time-Wiland Contract
- I. Wiland Website Screenshots
- J. Amendment to the Time-Wiland Contract
- K. Time 2012 Guide for Fundraising
- L. List of Time's 2012 Top 25 Mailers
- M. Time-Acxiom Contract
- N. Wiland 2010 Participants and Usage
- O. Wiland Promotional Materials
- P. Real Simple opt-out notice
- Q. Fortune's opt-out notice
- R. *TIME's* opt-out notice