# Exhibit M

(FILED PROVISIONALLY UNDER SEAL)