UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Susan Fox, et al.,

      Plaintiff(s),

v.            Case No. 2:12−cv−14390−GCS−MKM
              Hon. George Caram Steeh

Time, Inc.,

      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 236. The following motion(s) are scheduled for hearing:

   Motion for Summary Judgment – #119
   Sealed Motion – #123
   Motion for Summary Judgment – #126
   Sealed Motion – #128

- RESPONSE DUE: October 1, 2015

- REPLY DUE: October 29, 2015

- MOTION HEARING: December 15, 2015 at 02:00 PM

**ADDITIONAL INFORMATION:** Courtesy copies required ONLY if pleadings, including exhbits, exceed 20 pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/M. Beauchemin
              Case Manager

Dated: September 3, 2015