AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| Rose Coulter-Owens | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:12-cv-14390-GCS-MKM |
| Time Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Time Inc.

Date:  09/09/2015

/s/ Jacob Sommer
*Attorney's signature*

Jacob Sommer (N/A)
*Printed name and bar number*

ZwillGen PLLC
1900 M Street, NW
Suite 250
Washington, DC 20036
*Address*

jake@zwillgen.com
*E-mail address*

(202) 296-3585
*Telephone number*

(202) 706-5298
*FAX number*