UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

### ORDER PERMITTING DEFENDANT TO FILE DOCUMENTS UNDER SEAL

This matter coming before the Court on Defendant Time Inc.'s ("Defendant") Unopposed Motion to File its Opposition to Motion for Summary Judgment and Exhibits Under Seal, compelling reasons being shown, and the Court being fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Plaintiff is authorized to file the following documents under seal in accordance with Local Rule 5.3(c):

    a. An un-redacted version of Defendant's Opposition to Motion for Summary Judgment, which references sensitive and/or proprietary

1

information marked as Confidential by Time and or its service providers pursuant to the Protective Order.

b. Exhibits A-D and F-G to the Sommer Declaration, which contain sensitive and/or proprietary information marked as Confidential by Time pursuant to the Protective Order.

c. An un-redacted version of the Declaration of Karan Simoneau which contains sensitive and/or proprietary information regarding Time's interactions and relationship with various third-parties authorized to sell subscriptions to Time magazines

2. Compelling reasons exist to allow Defendant to file these documents under seal because the documents contain information that Time or its service providers considers sensitive and proprietary information as contemplated by the Protective Order agreed to by the parties and entered by the Court. Accordingly, pursuant to Local Rule 5.3(b)(2)(A)(iv), means other than sealing these documents are not satisfactory to preserve Time's interests in protecting the private and sensitive information contained therein.

**IT IS SO ORDERED**, this 5th day of October, 2015.

s/George Caram Steeh  
HONORABLE GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE