UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE COULTER-OWENS, individually and
on behalf of all others similarly situated,

        Plaintiff,

                              CASE NO. 12-CV-14390
v.                                HONORABLE GEORGE CARAM STEEH

TIME, INC., a Delaware Corporation,

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on the parties' cross-motions for summary judgment, and in accordance with the court's order granting defendant's motion and denying plaintiff's motion, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                BY:    s/Marcia Beauchemin
                                                  DEPUTY COURT CLERK

Dated: February 16, 2016

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 16, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk