UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:12-cv-14390-GCS-MKM |

**NOTICE OF APPEAL**

    Notice is hereby given that Rose Coulter-Owens appeals to the United States Court of Appeals for the Sixth Circuit from the order granting summary judgment to the defendant (Doc. 166) and the final judgment entered by the District Court in this action on the 16th day of February, 2016 (Doc. 167).

/s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 N. LaSalle, 13th Floor
Chicago, Illinois 60654

*Counsel for Plaintiff Rose Coulter-Owens and the Class*

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen , an attorney, certify that on March 16, 2016, I served the above and foregoing Notice of Appeal by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen