# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIME INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-14390-GCS-MKM<br><br>Hon. George C. Steeh |

## NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Time Inc. conditionally cross-appeals to the United States Court of Appeals for the Sixth Circuit from the order granting Plaintiff's Motion to Certify Class [ECF 117].

Dated: March 28, 2016　　　　/s/ Jeffrey Landis
　　　　　　　　　　　　　　Marc Zwillinger
　　　　　　　　　　　　　　Jeffrey Landis
　　　　　　　　　　　　　　Jacob Sommer
　　　　　　　　　　　　　　ZWILLGEN PLLC
　　　　　　　　　　　　　　1900 M St. NW, Ste. 250
　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　(202) 706-5203
　　　　　　　　　　　　　　marc@zwillgen.com
　　　　　　　　　　　　　　jeff@zwillgen.com
　　　　　　　　　　　　　　jake@zwillgen.com

　　　　　　　　　　　　　　　　and

Robert M. Jackson (P40723)
Arthur T. O'Reilly (P70406)
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
(313) 465-7430
rjackson@honigman.com
aoreilly@honigman.com

*Counsel for Defendant Time, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2016, I electronically filed the foregoing Time's Notice of Conditional Cross-Appeal with the Clerk of the Court via the ECF system, which will send a notification of such filing to all counsel of record.

/s/ Jeffrey Landis
Jeffrey Landis